**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO.: 17-CI-__522-DJH__**

*Electronically Filed*

| | |
|---|---|
| WILLOWBROOK INVESTMENTS, LLC | PLAINTIFF |
| v. | |
| MARYLAND CASUALTY COMPANY, ZURICH AMERICAN INSURANCE COMPANY, and FARMERS INSURANCE | DEFENDANTS |

**NOTICE OF REMOVAL**

Please take notice the Defendants, Maryland Casualty Company, Zurich American Insurance Company, and Farmers Insurance, have removed this action from the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky at Louisville. Copies of all process, pleadings, and order served on these Defendants are attached hereto and made a part hereof.

**GROUNDS FOR REMOVAL**

1. This Court has original jurisdiction over this type of action pursuant to 28 U.S.C. § 1332(a)(1), and the Defendant may therefore remove this action to this Court pursuant to 28 U.S.C. § 1441(a) because the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs and complete diversity of citizenship exists.

2. The Plaintiff commenced this action in the Jefferson Circuit Court by filing a Complaint on or about July 24, 2017, styled *Willowbrook Investments, LLC v. Maryland Casualty Company, Zurich American Insurance Company, and Farmers Insurance*, Civil Action No. 17-CI-3863. The Plaintiff's Complaint alleges it is entitled to recover compensatory and punitive

damages and asserts causes of action for alleged unfair claims settlement practices and other bad faith conduct violations of KRS § 304.12-230.

3. The Plaintiff served a copy of the Complaint upon Zurich American Insurance Company on July 27, 2017, via its statutory agent. The Plaintiff served a copy of the Complaint upon Farmers Insurance Exchange on August 1, 2017, via its statutory agent. The Plaintiff served a copy of the Complaint upon Maryland Casualty Company on August 2, 2017, via the Kentucky Secretary of State. The Defendants filed an Answer to the Plaintiff's Complaint on August 14, 2017.

4. This Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days of the Defendants' receipt of the Complaint.

5. Pursuant to L.R. 3.1(b)(4), Jefferson Circuit Court is located within the jury division of the United States District for the Western District of Kentucky at Louisville.

6. Pursuant to 28 U.S.C. § 1446(a), a copy of the docket summary and all process, pleadings, and orders served upon the Defendants are attached hereto at Exhibit A.[1]

7. As required by 28 U.S.C. § 1332(a), the amount in controversy exceeds $75,000.00, exclusive of interest and costs. In the Complaint, the Plaintiff has requested judgment in the amount of $308,509.54 for "special damages of a liquidated sum," in addition to other amounts for other categories of alleged damages.

8. As required by 28 U.S.C. § 1332(a)(1), there is diversity of citizenship amongst the parties.

9. Under 28 U.S.C. § 1332, the Plaintiff is a citizen of Kentucky.

---

[1] Exhibit A, Jefferson Circuit Court Record.

10. Pursuant to *Key Equipment Fin. Inc. v. McCarty Trans., LLC*, No. 08-83, 2008 WL 1868033, at *1 (E.D. Ky. April 24, 2008), limited liability companies are citizens of all states where their members are citizens. Based on filings made by Willowbrook Investments, LLC with the Kentucky Secretary of State, the members of Willowbrook Investments, LLC are Timothy Mulloy, Mark Pulliam, Renato Larocca, and Robert Ogburn. Based on filings made by Willowbrook Investments, LLC with the Kentucky Secretary of State, all of these individuals are domiciled in the Commonwealth of Kentucky. Exhibit B.

11. Pursuant to 28 U.S.C. § 1332, the Defendants are citizens of states other than Kentucky.

12. Maryland Casualty Company was merged into Zurich American Insurance Company on December 31, 2015. Zurich American Insurance Company was the surviving entity. In order for diversity of citizenship to exist after two corporations merge, the citizenship of the surviving entity must to be diverse. *Hoefferle Truck Sales, Inc. v. Divco-Wayne Corp.*, 523 F.2d 543, 549 (7th Cir. 1975). Therefore the citizenship of Maryland Casualty Company is determined by the citizenship of Zurich American Insurance Company.

13. Zurich American Insurance Company is a citizen of the State of New York, as its principal place of business is in New York and it was incorporated in New York.

14. There is no such entity as "Farmers Insurance." To the extent the Plaintiff is referring to "Farmers Insurance Exchange," Farmers Insurance Exchange is a citizen of the State of California, as its principal place of business is in California and it was incorporated in California. To the extent the Plaintiff is referencing "Farmers Insurance Company, Inc.," Farmers Insurance Company, Inc., is a citizen of the State of Kansas, as its principal place of business is in Kansas and it was incorporated in Kansas.

15. By removing this action to this Court, the Defendant does not waive any defenses available to it and expressly reserves the right to assert all such defenses.

16. All Defendants in this action are represented by undersigned counsel, and pursuant to 28 U.S.C. § 1446(b)(2)(A), undersigned counsel hereby expressly represents and warrants that all Defendants in this action consent to removal.

WHEREFORE, the Defendants, Maryland Casualty Company, Zurich American Insurance Company, and Farmers Insurance, respectfully request this Court assume jurisdiction over the above-captioned case.

    MAZANEC, RASKIN & RYDER CO., LPA

    *s/Tia J. Combs*
    CHRISTINA L. VESSELS
    TIA J. COMBS
    230 Lexington Green Circle, Suite 605
    Lexington, KY 40503
    (859) 899-8499
    (859) 899-8498 – Fax
    bmiller@mrrlaw.com
    cvessels@mrrlaw.com
    tcombs@mrrlaw.com
    *Counsel for Defendant,*
    *Maryland Casualty Company, Zurich American*
    *Insurance Company, and Farmers Insurance*

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served on August 25, 2017, via First Class US Mail, postage prepaid, upon the following:

F. Larkin Fore, Esq.
Sarah M. Fore, Esq.
Fore, Miller & Schwartz
200 South Fifth Street, Suite 700 N
Louisville, KY 40202
*Counsel for Plaintiff*

*s/Tia J. Combs*
*Counsel for Defendant*

SAEG-17K016/Federal Court Notice of Removal