

**17-CI-003863**

### *WILLOWBROOK INVESTMENTS LLC VS. MARYLAND CASUALTY COMPANY, E*

**JEFFERSON CIRCUIT COURT**
Filed on **07/24/2017** as **CONTRACT** with **HON. BARRY WILLETT**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Parties | 17-CI-003863 |
|---|---|

**FARMERS INSURANCE** as **DEFENDANT / RESPONDENT**

| Memo |
|---|
| Registered Agent of Service exist s. |

| Summons |
|---|
| **CIVIL SUMMONS** issued on **07/24/2017** by way of **CERTIFIED MAIL** |

**MARYLAND CASUALTY COMPANY** as **DEFENDANT / RESPONDENT**

| Address |
|---|
| CLAIMS SERVICE CTR - NATIONAL DOC CTR |
| P.O. BOX 268994 |
| OKLAHOMA CITY OK 73126 |

| Summons |
|---|
| **CIVIL SUMMONS** issued on **07/24/2017** served on **08/10/2017** |
| *SOS EX 8/2/17* |

**WILLOWBROOK INVESTMENTS LLC** as **PLAINTIFF / PETITIONER**

| Address |
|---|
| 131 WEST MAIN STREET |
| LOUISVILLE KY 40202 |

**ZURICH AMERICAN INSURANCE COMPANY** as **DEFENDANT / RESPONDENT**

| Memo |
|---|
| Registered Agent of Service exist s. |

| Summons |
|---|
| **CIVIL SUMMONS** issued on **07/24/2017** served on **07/27/2017** by way of **CERTIFIED MAIL** |

**FORE, F LARKIN** as **ATTORNEY FOR PLAINTIFF**

| Address |
|---|
| FORE & SCHWARTZ |
| 200 SOUTH FIFTH STREET, SUITE 700N |
| LOUISVILLE KY 40202 |

**MILLER, BARRY MICHAEL** as **ATTORNEY FOR DEFENDANT**

| Address |
|---|
| MAZANEC, RASKIN & RYDER CO., L.P.A. |
| 230 LEXINGTON GREEN CIRCLE, SUITE 605 |
| LEXINGTON KY 40503 |

**CORPORATION SERVICE COMPANY** as **REGISTERED AGENT OF SERVICE**

| Memo |
|---|
| Related party is ZURICH AMERICAN INSURANCE COMPANY |

| Address |
|---|
| 421 WEST MAIN STREET |
| FRANKFORT KY 40601 |

**HOHL, DOREN E** as **REGISTERED AGENT OF SERVICE**

| Memo |
|---|
| Related party is FARMERS INSURANCE |

**EXHIBIT A**

| Address |
| --- |
| 6301 OWENSMOUTH AVENUE |
| WOODLAND HILLS CA 91367 |

| Documents | 17-CI-003863 |
| --- | --- |
| **COMPLAINT / PETITION** filed on **07/24/2017** | |
| **RETURN OF SERVICE** filed on **08/07/2017**<br>*DOREN E. HOHL 8/1/17* | |
| **ANSWER** filed on **08/14/2017**<br>*MARYLAND CASUALTY COMPANY, ZURICH AMERICAN INSURANCE COMPANY, AND FARMERS INSURANCE* | |
| **EXHIBIT** filed on **08/14/2017** | |

| Images | 17-CI-003863 |
| --- | --- |
| **COMPLAINT / PETITION** filed on **07/24/2017**   *Page(s): 5* | |
| **SUMMONS** filed on **07/24/2017**   *Page(s): 1* | |
| **SUMMONS** filed on **07/24/2017**   *Page(s): 1* | |
| **SUMMONS** filed on **07/24/2017**   *Page(s): 1* | |
| **COURTESY FINANCIAL TRANSACTION REPORT** filed on **07/24/2017**   *Page(s): 1* | |
| **ANSWER** filed on **08/14/2017**   *Page(s): 7* | |
| **EXHIBIT** filed on **08/14/2017**   *Page(s): 154* | |

**** End of Case Number : 17-CI-003863 ****

Filed          17-CI-003863     07/24/2017          David L. Nicholson, Jefferson Circuit Clerk

                                                                    FILED DOCUMENT
                                                                    08/22/2017 02:53:14 PM
                                                                    89056

# COMMONWEALTH OF KENTUCKY
## JEFFERSON CIRCUIT COURT
### DIVISION __
### ACTION NO. ___
#### JUDGE _____

**Willowbrook Investments, LLC**                                                **Plaintiff**
**131 West Main Street**
**Louisville, KY  40202**
**Attn:  Tim Mulloy**


### COMPLAINT


**Maryland Casualty Company**
**Claims Service Center**                                                        **Defendants**
**National Document Center**
**P.O. Box 268994**
**Oklahoma City, OK  73126**


**SERVE:**      **Secretary of State**
                **Commonwealth of Kentucky**
                **Capitol Building**
                **Frankfort, KY  40601**
                **KRS 304.3-230**


**Zurich American Insurance Company**

**SERVE:**      **Corporation Service Company**
                **421 West Main Street**
                **Frankfort, KY  40601**

**Farmers Insurance**

**SERVE:**      **Doren E. Hohl**
                **6301 Owensmouth Avenue**
                **Woodland Hills, CA  91367**


Comes the Plaintiff, Willowbrook Investments, LLC ("Willowbrook"), by counsel, and for its

cause of action, states as follows:

1

Presiding Judge: HON. BARRY WILLETT (630175)

COM : 000001 of 000005

Filed            17-CI-003863    07/24/2017          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/22/2017 02:53:14 PM
89056

1. Willowbrook is now and at all times relevant to this action was, a Kentucky limited liability company, principally operating and existing the Jefferson County, Kentucky.

2. Maryland Casualty Company ("Maryland"), Zurich American Insurance Company ("Zurich") and/or Farmers Insurance, ("Farmers") are the Defendants herein.  Maryland in conjunction with Zurich, at a time relevant to this action is believed to have been a corporation duly organized and existing under the laws of Maryland, authorized in 2011 by the Department of Insurance of the Commonwealth of Kentucky to engage in the business of writing and selling apartment owner's insurance in this state, with administrative offices then located at 1400 American Lane, Schaumburg, Illinois 60196.  Maryland appears to have been acquired by Zurich at some point in time.  Zurich at all times relevant to this action was a corporation duly organized and existing under the laws of New York, authorized by the Department of Insurance of the Commonwealth of Kentucky to engage in the business of writing and selling apartment owner's insurance in this state, with offices located at Four World Trade Center, 150 Greenwich Street, New York, NY 10007. Zurich is/was the principal insurer under the policy described below and/or may be the successor to Maryland under the policy of insurance in question in this lawsuit.  Farmers a/k/a Farmers Insurance Exchange at all times relevant to this action was a corporation duly organized and existing under the laws of California, authorized by the Department of Insurance of the Commonwealth of Kentucky to engage in the business of writing and selling apartment owner's insurance in this state, with offices located at P.O. Box 268994, Oklahoma City, OK 73126-1389. Farmers is/was the principal insurer under the policy described below and/or may be the successor to Maryland and/or Zurich under the policy of insurance in question in this lawsuit.

3. On or about December 13, 2011, Maryland issued to Willowbrook under the auspices of Zurich an

Presiding Judge: HON. BARRY WILLETT (630175)

COM : 000002 of 000005

Filed            17-CI-003863    07/24/2017          David L. Nicholson, Jefferson Circuit Clerk

Filed                    17-CI-003863    07/24/2017          David L. Nicholson, Jefferson Circuit Clerk DOCUMENT

08/22/2017 02:53:14 PM
89056

apartment owner's insurance policy, Policy No. PAS 05027414.   The claim number used by Farmers which handled the claim is 8000369832-1-2; policy number 0Z05027414.

4.   Under the terms of the policy, among other things the Defendants and each of them agreed to indemnify Willowbrook for loss and harm, for damages it sustained on property and improvements to 2106 Buechel Bank Road, Louisville KY 40218 (the "Premises") from fire or a similar occurrence on or about Premises owned by the insured, up to the amount of $8,004,581.00 and such other coverages as are set forth in the Businessowners Property Schedule appearing at page 2.2.1 in the Insured's Copy of the policy.

5.   On or about April 11, 2012, while the policy was in full force and effect, a fire occurred which destroyed units 49-57 of the Premises.

6.   Willowbrook gave due notice of proof of the loss to the Defendants and certain payments were subsequently made by the Defendants or one or more of them for the depreciated cost of the damage to the Premises and certain other matters.   Due to delays caused by governmental agencies in granting the necessary building permits over which Willowbrook had no control, Willowbrook was unable to complete the rebuild and obtain a certificate of occupancy until December 22, 2016. Willowbrook advised Farmers of the rebuild once the permits had been granted.   Willowbrook then requested payment for the withheld depreciation and a supplemental request for additional cost incurred for the rebuild.   Farmers paid the withheld depreciation but denied the application for supplemental payment by letter dated April 25, 2017 called Claim Outcome Letter.   Willowbrook then demanded payment of the additional sum of $308,509.54 plus interest as the supplemental request on June 12, 2017, which amount is due under the terms of the mentioned policy.

3

Presiding Judge: HON. BARRY WILLETT (630175)

COM : 000003 of 000005

Filed          17-CI-003863     07/24/2017     David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/22/2017 02:53:14 PM
89056

7.   Farmers has failed and refused, and continues to fail and refuse, to pay Willowbrook the amount stated above as is due under the policy.  Farmers also has failed to respond timely to the demand for payment of the supplemental request made on May 31, 2017 and modified on June 12, 2017.

8.   Defendants' conduct in failing to pay and respond timely to the demand for the supplemental request was and is in violation of certain provisions of KRS 304.12-230.  Defendant's refusal to pay the amount due under the policy was without good cause and was in bad faith, in that Farmers knew it had no good cause for its refusal to pay, and in that Farmers' refusal to pay was willful and for the purpose of injuring Willowbrook.

WHEREFORE, Willowbrook respectfully demands judgment against the Defendants and each of them, as the case may be, for:

1.   General damages in the amount to be set to adequately and fairly compensate Willowbrook for the losses and damages sustained by reason of the actions of the Defendants and each of them;

2.   Special damages of a liquidated sum of $308,509.54 plus interest from December 22, 2016;

3.   Punitive and exemplary damages according to proof;

4.   Court costs and expenses of litigation;

5.   Reasonable attorneys' fees to the fullest extent permitted by law;

6.   A jury of all issues so triable; and

7.   Such other and further equitable and legal relief as is just and proper.

Presiding Judge: HON. BARRY WILLETT (630175)

COM : 000004 of 000005

4

Filed                    17-CI-003863    07/24/2017          David L. Nicholson, Jefferson Circuit Clerk    DOCUMENT
                                                                                        08/22/2017 02:53:14 PM
                                                                                        89056

Respectfully submitted by:


/s/ F. Larkin Fore_____
F. LARKIN FORE
SARAH M. FORE
FORE, MILLER & SCHWARTZ
200 South Fifth Street, Suite 700N
Louisville, KY  40202
Phone:  (502) 589-5250
Email:  lfore@foreandschwartz.com
            sfore@foreandschwartz.com

COUNSEL FOR WILLOWBROOK

Presiding Judge: HON. BARRY WILLETT (630175)

COM : 000005 of 000005

Filed                    17-CI-003863    07/24/2017          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/22/2017 02:52:36 PM
89056

| | | |
|---|---|---|
| AOC-E-105<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | Sum Code: CI<br><br><br><br>**CIVIL SUMMONS** | Case #: **17-CI-003863**<br>Court:  **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **WILLOWBROOK INVESTMENTS LLC VS. MARYLAND CASUALTY COMPANY, E**, *Defendant*

TO:  **DOREN E HOHL**

   **6301 OWENSMOUTH AVENUE**

   **WOODLAND HILLS, CA 91367**

Memo: Related party is FARMERS INSURANCE

The Commonwealth of Kentucky to Defendant:
**FARMERS INSURANCE**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

            /s/ David L. Nicholson, Jefferson Circuit Clerk

            Date: **07/24/2017**

Presiding Judge: HON. BARRY WILLETT (630175)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

            _____
                          Served By

            _____
                          Title

CI : 000001 of 000001

Summons ID: @00000832971
CIRCUIT: 17-CI-003863 Certified Mail
WILLOWBROOK INVESTMENTS LLC VS. MARYLAND CASUALTY COMPANY, E



Page 1 of 1

eFiled

NOT ORIGINAL DOCUMENT
08/22/2017 02:53:06 PM
89056

| AOC-E-105 | Sum Code: CI | | Case #: | **17-CI-003863** |
|---|---|---|---|---|



AOC-E-105
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

Case #: **17-CI-003863**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

---

*Plantiff,* **WILLOWBROOK INVESTMENTS LLC VS. MARYLAND CASUALTY COMPANY, E**, *Defendant*

TO:   **CORPORATION SERVICE COMPANY**

   **421 WEST MAIN STREET**

   **FRANKFORT, KY 40601**

Memo: Related party is ZURICH AMERICAN INSURANCE COMPANY

The Commonwealth of Kentucky to Defendant:
**ZURICH AMERICAN INSURANCE COMPANY**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

   /s/ David L. Nicholson, Jefferson Circuit Clerk
   Date: **07/24/2017**

*(right margin, rotated)* Presiding Judge: HON. BARRY WILLETT (630175)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____

_____
Served By

_____
Title

*(right margin, rotated)* CI : **000001 of 000001**





NOT ORIGINAL DOCUMENT
08/22/2017 02:53:11 PM
89056

AOC-E-105          Sum Code: CI
Rev. 9-14



Commonwealth of Kentucky
Court of Justice      Courts.ky.gov

CR 4.02; Cr Official Form 1

Case #:  **17-CI-003863**
Court:   **CIRCUIT**
County:  **JEFFERSON Circuit**

# CIVIL SUMMONS

---

*Plantiff,* **WILLOWBROOK INVESTMENTS LLC VS. MARYLAND CASUALTY COMPANY, E**, *Defendant*

### TO:  **MARYLAND CASUALTY COMPANY**
   **CLAIMS SERVICE CTR - NATIONAL DOC CTR**
   **P.O. BOX 268994**
   **OKLAHOMA CITY, OK 73126**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                /s/ David L. Nicholson, Jefferson Circuit Clerk
                Date: **07/24/2017**

*Presiding Judge: HON. BARRY WILLETT (630175)*

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

                     _____
                              Served By

                     _____
                                Title

*CI : 000001 of 000001*

---

Summons ID: @00000832969
CIRCUIT: 17-CI-003863 Long Arm Statute – Secretary of State
WILLOWBROOK INVESTMENTS LLC VS. MARYLAND CASUALTY COMPANY, E



Page 1 of 1

**eFiled**



**Commonwealth of Kentucky**

**David L. Nicholson, Jefferson Circuit Clerk**

NOT ORIGINAL DOCUMENT
08/22/2017 02:53:19 PM
89056

| Case #: **17-CI-003863** | | Envelope #: **612800** | |
|---|---|---|---|
| Received From: **F LARKIN**   FORE | | Account Of: **F LARKIN**   FORE | |

Case Title: **WILLOWBROOK INVESTMENTS LLC VS. MARYLAND CASUALTY COMPANY, E**

| # | Item Description | Amount |
|---|---|---|
| 1 | Civil Filing Fee | $115.00 |
| 2 | Access To Justice Fee | $20.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $10.00 |
| 4 | Library Fee | $3.00 |
| 5 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 6 | Money Collected For Others(Postage) | $23.44 |
| 7 | Charges For Services(Copy - Photocopy) | $1.40 |
| 8 | Money Collected For Others(Postage) | $11.93 |
| 9 | Money Collected For Others(Secretary of State) | $10.00 |
| 10 | Charges For Services(Copy - Photocopy) | $1.40 |
| 11 | Charges For Services(Attestation) | $0.50 |
| | **TOTAL:** | $201.67 |

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:25 PM
89056

**COMMONWEALTH OF KENTUCKY**
**JEFFERSON CIRCUIT COURT**
**DIVISION I**
**ACTION NO. 17-CI-003863**
**JUDGE BARRY WILLETT**

Willowbrook Investments, LLC                                          Plaintiff

v.

Maryland Casualty Company, et al.                                    Defendants

**ANSWER**

Defendants, Maryland Casualty Company, Zurich American Insurance Company, and Farmers Insurance, by counsel, state as follows for their Answer:

**First Defense**

1.    Plaintiff's Complaint fails to state a claim against Defendants under which relief may be granted.

**Second Defense**

2.    Defendants admit paragraphs 1, 3, 4 and 5 of Plaintiff's Complaint.

3.    Defendants admit so much of paragraph 2 as states that Defendants Maryland Casualty issued a Small Business Policy to Plaintiff,  policy number PAS 05027414 (the "Policy") and that Defendants Maryland Casualty, Zurich American Insurance Company, and Farmers Insurance are related entities. A copy of the Policy is attached as Exhibit A, bates number Farmers 000001-000154. To the extent a response is required of the balance of paragraph 2, it is denied.

4.    Defendants admit so much of paragraph 6 of the Complaint as states that Plaintiff gave notice of a fire loss, and that Defendants made payments under the Policy. Defendants are without sufficient information to admit or deny that government agencies caused delay in the rebuilding of the damaged apartment units, and therefore deny that allegation. Defendants admit they paid withheld depreciation amounts after the

ANS : 000001 of 000007

Filed          17-CI-003863     08/14/2017        David L. Nicholson, Jefferson Circuit Clerk      NOT ORIGINAL DOCUMENT
                                                                                                     08/22/2017 02:53:25 PM
                                                                                                     89056

rebuilding, and that they declined to pay other amounts claimed. Defendants deny the balance of paragraph 6, and specifically deny that any further amounts were due under the Policy.

5.    Defendants deny paragraphs 7 and 8 of the Complaint, as well as any other allegation of the Complaint not specifically admitted in this Answer.

### Third Defense

6.    Section E of the Policy contains Property Loss Conditions. Paragraph E.4. (Exhibit A, p. 000048) states:

### Legal Action Against Us

No one may bring a legal action against us under this insurance unless:

a.    There has been full compliance with all the terms of this insurance; and

b.    The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

7.    Plaintiff failed to comply with all the terms of the insurance, and its Complaint should be dismissed for that reason.

8.    Plaintiff's Complaint states that direct physical loss or damage to its property occurred on April 11, 2012. Plaintiff's suit was filed more than two years after that date. Plaintiff has failed to comply with paragraphs E.4.b. of the policy, which is a condition precedent to recovery under Kentucky law, and its Complaint should be dismissed for that reason.

9.    The Defendants affirmatively plead each term and condition of the policy of insurance held by it as a bar in whole or in part to the Plaintiff's Complaint, including Paragraph E.4.

### Fourth Defense

10.   At all times complained of, the Defendants acted in good faith and in conformance with all standards, statutes and regulations pertaining to their conduct.

### Fifth Defense

11.   The Defendants affirmatively plead that they have complied with each and every aspect of the Kentucky Unfair Claims Settlement Practices Act, KRS 304.12-230 et

2

ANS : 000002 of 000007

Filed          17-CI-003863   08/14/2017       David L. Nicholson, Jefferson Circuit Clerk      NOT ORIGINAL DOCUMENT
                                                                            08/22/2017 02:53:25 PM
                                                                            89056

seq. and rely upon compliance with same as a bar in whole or in part to the Plaintiff's Complaint.

### Sixth Defense

12.   The Defendants affirmatively state that they have honored the terms and conditions of the contract of insurance, and the Defendants plead and rely upon the same as a bar in whole or in part to the Plaintiff's Complaint.

### Seventh Defense

13.   The Defendants affirmatively plead that they have acted in good faith and have dealt fairly with the Plaintiff and rely upon same as a bar in whole or in part to the Plaintiff's Complaint.

### Eighth Defense

14.   The Defendants affirmatively plead that there existed fairly debatable issues of fact and law with regard to the claims at issue in the Plaintiff's Complaint, and the Defendants plead and rely upon the same as a bar in whole or in part to the Plaintiff's Complaint.

### Ninth Defense

15.   The Defendants affirmatively state that the Plaintiff has failed to set forth the requisite elements to pursue a claim for bad faith, and the Defendants plead and rely upon same as a bar in whole or in part to the Plaintiff's Complaint.

### Tenth Defense

16.   The Defendants affirmatively plead that they have not undertaken any conduct that would rise to the level of "extreme" or "outrageous" conduct that is required to recover damages for bad faith or for purported violations of KRS 304.12-230, and the Defendants rely upon same as a complete bar to those claims and all damages sought thereon.

### Eleventh Defense

17.   The Plaintiff has an implied duty of good faith and fair dealing in carrying out its duties under the insurance policy at issue and, therefore, if it has failed to exercise this

ANS : 000003 of 000007

3

Filed          17-CI-003863     08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:25 PM
89056

duty, the Defendants rely upon this failure as a bar in whole or in part to recovery on the Plaintiff's Complaint.

### Twelfth Defense

18.   The Defendants affirmatively plead that a reasonable investigation was conducted and performed, and all actions engaged in by the Defendants were done in good faith.  The Defendants affirmatively plead and rely upon same as a bar in whole or in part to the Plaintiff's Complaint.

### Thirteenth Defense

19.   The Plaintiff may have failed to mitigate its damages, if any there were, and the Defendants plead and rely upon same as a bar to the Plaintiff's Complaint against it.

### Fourteenth Defense

20.   The Plaintiff has failed to plead sufficient facts or allegations to justify a claim for punitive damages against Defendants, and Defendants plead and rely upon same as a bar in whole or in part to the allegations of punitive damages in the Plaintiff's Complaint.

21. The conduct of Defendants does not justify or support an award of punitive damages under applicable Kentucky law.  Any recovery of punitive damages by the Plaintiff as against Defendants is unconstitutional in that the Kentucky system for the imposition and review of punitive damage awards violates Defendants' rights under the Constitution of the United States of America, including without limitation, Defendants' rights to both substantive and procedural due process under the due process clause of the Fourteenth Amendment to the Constitution and additionally violates Defendants' rights under the Constitution of the Commonwealth of Kentucky, including without limitation the prohibition of Section 2 on the exercise of arbitrary power over the property of Defendants.  Defendants also plead the provisions of KRS 411.184 and KRS 411.186 as a complete bar to Plaintiff's claims for punitive damages.

22.   The Plaintiff's claims for punitive damages should be dismissed because any punitive damage awards under Kentucky law, without bifurcating the trial and trying the punitive damage issues if and only if liability were found on the merits, would violate Defendants' due process rights as guaranteed by the Fourteenth Amendment of the

ANS : 000004 of 000007

4

Filed          17-CI-003863     08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/22/2017 02:53:25 PM
89056

United State Constitution and the due process provisions of the Constitution of the Commonwealth of Kentucky.

23.  The Plaintiff's claims for punitive damages should be dismissed because a punitive damage award under Kentucky law, which is not subject to a predetermined limit on the amount of punitive damages that a jury may impose would violate Defendants' due process rights as guaranteed by the Constitution of the Commonwealth of Kentucky, and it would violate the excessive fines provision of Section 17 of the Constitution of the Commonwealth of Kentucky.

24.  Any award of prejudgment interest for damages which have not yet accrued would violate Defendants' rights to substantive and procedural due process under the Fifth and Fourteenth Amendments to the United States Constitution and to the Constitution of the Commonwealth of Kentucky and Defendants' rights to equal protection of the laws under the Fourteenth Amendment to the United States Constitution and under the Constitution of the Commonwealth of Kentucky.

### Fifteenth Defense

25.  Defendants affirmatively plead the defenses set forth in Civil Rule 8.03, including but not limited to assumption of risk, contributory negligence, estoppel, fraud, illegality, payment and release, accord and satisfaction, failure of consideration, laches and waiver, as a complete defense to the Plaintiff's Amended Complaint, which should therefore be dismissed.

### Sixteenth Defense

26.  Because investigation of the allegations contained in the Plaintiff's Complaint is not complete at this time, Defendants may have defenses which are not presently known. To preserve any such defenses, Defendants herein incorporate by reference all of those appropriate defenses set forth in Rules 8 and 12 of the Kentucky Rules of Civil Procedure. Moreover, Defendants reserve all rights pursuant to Rule 15 of the Kentucky Rules of Civil Procedure to subsequently amend this pleading to clarify, if necessary, the applicability of any such defense or to add any other defenses (affirmative or otherwise) pertinent to this action.

ANS : 000005 of 000007

Filed          17-CI-003863     08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

Filed          17-CI-003863    08/14/2017       David L. Nicholson, Jefferson Circuit Clerk

                                                                                08/22/2017 02:53:25 PM
                                                                                89056

### Seventeenth Defense

27.  Defendants reserve the right to assert any and all additional affirmative defenses, cross-claims, counterclaims, or third-party complaints as the evidence may warrant in this matter.

**Wherefore,** Defendants respectfully demand that Plaintiff's Complaint be dismissed, with prejudice, and all other relief to with these Defendants may be entitled.

Respectfully submitted,

_____
Barry Miller
Tia J. Combs
**Mazanec, Raskin & Ryder Co., LPA**
230 Lexington Green Circle, Suite 605
Lexington, KY 40503
(859) 899-8499
(859) 899-8498 (fax)
Bmiller@mrrlaw.com
Tcombs@mrrlaw.com
*Counsel for Defendants*

ANS : 000006 of 000007

Filed          17-CI-003863    08/14/2017       David L. Nicholson, Jefferson Circuit Clerk

Filed          17-CI-003863     08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:25 PM
89056

## Certificate of Service

This is to certify that a true and accurate copy of the foregoing was served by United

States Mail, postage prepaid, this 14th day of August, 2017, upon:

F. Larkin Fore, Esq.
Sarah M. Fore, Esq.
Fore, Miller & Schwartz
200 South Fifth Street, Suite 700N
Louisville, KY 40202
***Counsel for Plaintiff***

_____

Counsel for Defendants

ANS : 000007 of 000007

Filed          17-CI-003863     08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

Filed                17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk        DOCUMENT

08/22/2017 02:53:31 PM
89056



**ZURICH**

## Verification of Policy Records

The attached record constitutes the true and complete contents of policy,
PAS 05027414, effective 12/13/2011 to 12/12/2012 as assembled by the Records
Management Department based on data maintained by the issuing company.
Formatting or cosmetic changes not affecting the contents of the insuring
agreement may have occurred since the original policy was issued to the insured.

*Michele Walstrum*
_____
Name

**Michele Walstrum**
*Records Management*

*august 4, 2017*
_____
Date

## Zurich NA

**RICOH**

Records Management
600 Red Brook Blvd,  Suite 600
Owings Mills , Maryland  21117
USA
Phone 410-559-8391
Fax 410-559-8908

| Exhibit A |
| :---: |

EXH · 000001 of 000154

Filed          17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                               Farmers 000001

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk DOCUMENT

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT PERIOD |
|------|---------------|-----------------|----------------|--------------|
| D | PAS 05027414 | 02084218 | M020317113-001-00001 9056 | NONE |
| BRANCH ZQ EASTERN PENNSYLVANIA OFFICE | | | NEW BUSINESS EFF 12/13/2011 | |



# MARYLAND CASUALTY COMPANY
# COMMON POLICY DECLARATIONS
# PRECISION AMERICA
# HABITATIONAL PROGRAM - PREFERRED

This policy consists of the declarations as well as the coverage forms and endorsements listed on the Forms and Endorsements Applicable List.

| NAMED INSURED AND MAILING ADDRESS | AGENCY NAME AND SERVICING ADDRESS |
|---|---|
| WILLOWBROOK INVESTMENTS, LLC. 2106 BUECHEL BANK ROAD LOUISVILLE KY 40218 | R. H. CLARKSON INSURANCE AGENCY, LLC PO BOX 70129 LOUISVILLE KY 40270-0129 (502) 585-3600 |

| BRANCH NAME AND SERVICING ADDRESS | POLICY PERIOD | |
|---|---|---|
| EASTERN PENNSYLVANIA OFFICE P.O. BOX 10197 JACKSONVILLE, FL 32247-0197 | **FROM** 12/13/2011 12:01 a.m. | **TO** 12/13/2012 12:01 A.M. |
| | Standard Time At Your Mailing Address Shown Above | |

BUSINESS ENTITY:  CORPORATION

BUSINESS DESCRIPTION:  APARTMENT BUILDINGS (FIVE OR MORE HOUSING UNITS) – RESIDENTIAL OCCUPANCY ONLY

## POLICY PREMIUMS

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated. This premium may be subject to adjustment.

| | PREMIUM |
|---|---|
| BUSINESSOWNERS | $ 32,437.00 |
| COMMERCIAL UMBRELLA COVERAGE PART | $ 778.00 |
| TOTAL TAXES AND SURCHARGES | $ 2,557.78 |
| TERRORISM PREMIUM | $ 656.00 |
| **TOTAL ANNUAL PREMIUM** | $ 36,428.78 |

Countersigned by _____

_____    _____
Authorized Representative              Date

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001
Copyright, Zurich American Insurance Company 2004

12/14/2011

INSURED'S COPY                U-CL-D-100-A CW (06-04)

EXH - 000002 of 000154

Filed          17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:31 PM
89056

# TO OUR CUSTOMER:

Attached is your Precision Portfolio Policy.
Your agent's and, if applicable, mortgagee's copies
have been mailed directly to your agent.
Thank you for giving us the opportunity
to insure your business.

9S5001 Ed. 10-92

EXH - 000003 of 000154

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056



# Small business policy



EXH - 000004 of 000154

Filed          17-CI-003863     08/14/2017     David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:31 PM
89056



# Advisory notice to policyholders regarding the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC") regulations

No coverage is provided by this policyholder notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided.

This notice provides information concerning possible impact on your insurance coverage due to directives issued by the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC").

**Please read this Notice carefully.**

OFAC administers and enforces sanctions policy based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons." This list can be located on the United States Treasury's web site – http://www.treasury.gov/about/organizational-structure/offices/Pages/Office-of-Foreign-Assets-Control.aspx.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC restrictions. When an insurance policy is considered to be such a blocked or frozen contract, no payments or premium refunds may be made without authorization from OFAC. Other limitations on premiums and payments also apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

EXH: - 000005 of 000154

Filed          17-CI-003863   08/14/2017      David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
08/22/2017 02:53:31 PM
89056



# ZURICH®

## THIS DISCLOSURE IS ATTACHED TO AND MADE PART OF YOUR POLICY.
# DISCLOSURE OF IMPORTANT INFORMATION RELATING TO TERRORISM RISK INSURANCE ACT

### SCHEDULE*

| Premium attributable to risk of loss from certified acts of terrorism for lines of insurance subject to TRIA: |
|---|
| 656.00 |

\* Any information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A.  Disclosure of Premium
In accordance with the federal Terrorism Risk In-surance Act ("TRIA"), as amended, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from ter-rorist acts certified under that Act for lines subject to TRIA. That portion of premium attributable is shown in the Schedule above. The premium shown in the Schedule above is subject to adjustment upon premium audit, if applicable.

B.  Disclosure of Federal Participation in Pay-ment of Terrorism Losses
The United States Government may pay a share of insured losses resulting from an act of terrorism. The federal share equals 85% of that portion of the amount of such insured losses that exceeds the insurer retention. The insurer retention equals 20% of the insurer's prior calendar year direct earned premium associated with lines of insurance subject to TRIA. TRIA is scheduled to expire on December 31, 2014.

C.  Disclosure of $100 Billion Cap on All Insurer and Federal Obligations
If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100 billion in a Program Year (January 1 through December 31) and an insurer has met its deductible under the program, that insurer shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

D.  Availability
As required by TRIA, we have made available to you for lines subject to TRIA coverage for losses resulting from acts of terrorism certified under TRIA with terms, amounts and limitations that do not differ materially from those for losses arising from events other than acts of terrorism.

E.  Definition of Act of Terrorism under TRIA
TRIA defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States:
1.  to be an act of terrorism;
2.  to be a violent act or an act that is dangerous to human life, property or infrastructure;
3.  to have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and
4.  to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

Copyright © 2007 Zurich American Insurance Company
Includes copyrighted material of ISO Properties, Inc. with its permission.

U-GU-630-C (12/07)
Page 1 of 1

EXH - 000006 of 000154

8/14/2017                                                                                      Farmers 000006

Filed        17-CI-003863    08/14/2017      David L. Nicholson, Jefferson Circuit Clerk        DOCUMENT
                                                                              08/22/2017 02:53:31 PM
                                                                              89056

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM



**ZURICH**®

| Insureds Name | Policy Number | Effective Date | Endorsement Number |
|---|---|---|---|
| WILLOWBROOK INVESTMENTS, LLC. | PAS 05027414 | 12/13/2011 | |

THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies your insurance:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL UMBRELLA LIABILITY COVERAGE PART

A.     Cap on Losses From Certified Terrorism Losses

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act ("TRIA").  The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

1.     to be an act of terrorism;

2.     to be a violent act or an act that is dangerous to human life, property or infrastructure;

3.     to have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

4.     to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

If aggregate insured losses attributable to one or more "certified acts of terrorism" exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

B.     Application of Other Exclusions

The terms and limitations of a terrorism exclusion or any other exclusion, or the inapplicability or omission of a terrorism exclusion or any other exclusion, do not serve to create coverage which would otherwise be excluded, limited or restricted under this policy.

Copyright © 2008 Zurich American Insurance Company

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

U-GU-767-A CW  (01/08)

Page 1 of 1

EXH · 000007 of 000154

Filed            17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk    DOCUMENT
                                                                          08/22/2017 02:53:31 PM
                                                                          89056

# Notice to Our Customers

## Virtual Consulting Report

When you purchase insurance from Zurich North America, you are insured by one of the leading insurance carriers. We are always working to improve our products and offer our agents and their clients a little extra. This notice is to advise you of a new offering we hope you will find helpful in your business. We joined forces with our Risk Engineering team to develop a new service called Virtual Consulting. Virtual Consulting is a program designed to give you valuable information on risk improvement and loss prevention. By using basic policy information you provided, we are able to generate industry specific loss prevention suggestions including, exposure information, major causes of loss and recommendations to prevent losses.

The document is a detailed report, which identifies causes of loss and discusses possible control strategies you can immediately use in your business. Implementing some of the suggestions has the potential to lead to less workplace accidents and less employee time off.

This service is provided free of charge and available from your agent. Please contact them and they will be able to print or email the document to you. Your agent has also received a notice, asking that they contact you. Make sure you're in contact with your agent to examine the document.

We urge you to take advantage of this service. We are certain you will find this program is a value added feature.

Contact your agent to find out more about Virtual Consulting.

The information provided through this service is compiled from sources believed to be reliable. We make no guarantee of results and assume no liability in connection with the information, methods or safety suggestions offered. Moreover, Zurich North America reminds you that this service cannot be assumed to contain every acceptable safety and compliance procedure or that additional procedures might not be required by abnormal or unusual circumstances.

9S5087 Ed. 08/08

EXH - 000008 of 000154

Filed            17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                    Farmers 000008

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
08/22/2017 02:53:31 PM
89056

# Employment Practices Liability Insurance
# OPT-OUT ACKNOWLEDGEMENT

I acknowledge that Employment Practices Liability Insurance has been offered as part of my Precision Policy. I understand that Employment Practices Liability Insurance provides an insured person with protection against employee's claims for actual or alleged acts of harassment or discrimination.

I have independently evaluated my business's environment and the potential exposure to claims of harassment or discrimination. Based on my evaluation, I have determined not to accept Employment Practices Liability Insurance protection.

By my signature below, I choose to reject this Employment Practices Liability Insurance and request that the coverage be removed from my policy, effective with the date it was first added. I understand that I will not have Employment Practices Liability coverage under my policy.

_____          _____

Named Insured's Signature                                                    Date

EXH·: 000009 of 000154

9S5322 10 09

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk

8/14/2017 Farmers 000009

Filed          17-CI-003863    08/14/2017      David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:31 PM
89056



**ZURICH**®

# MARYLAND CASUALTY COMPANY

**ADMINISTRATIVE OFFICES**
**1400 AMERICAN LANE**
**SCHAUMBURG, ILLINOIS 60196**

## PRECISION PORTFOLIO POLICY

**For**

WILLOWBROOK INVESTMENTS, LLC.
2106 BUECHEL BANK ROAD
LOUISVILLE KY 40218

**By**

R. H. CLARKSON INSURANCE AGENCY, LLC
PO BOX 70129
LOUISVILLE KY 40270-0129

In witness whereof, the Company has executed this policy and, where required by law, has caused this policy to be countersigned by its duly Authorized Representative.

President                                Secretary

9S5217 Ed. 12-09

EXH- 000010 of 000154

Filed          17-CI-003863     08/14/2017          David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                                    08/22/2017 02:53:31 PM
                                                                                    89056



# Disclosure Statement

It is our pleasure to present the enclosed policy to you
for presentation to your customer.

**INSTRUCTION TO AGENT OR BROKER:**

WE REQUIRE THAT YOU TRANSMIT THE ATTACHED/ENCLOSED DISCLOSURE STATEMENT TO THE CUSTOMER
WITH THE POLICY.

Once again, thank you for your interest, and we look forward to meeting your needs and those of your customers.

U-GU-873-A CW  (06/11)
Page 1 of 1

Filed          17-CI-003863     08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                    Farmers 000011

Filed          17-CI-003863      08/14/2017        David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                        08/22/2017 02:53:31 PM
                                                                        89056



# Disclosure Statement

## NOTICE OF DISCLOSURE FOR AGENT & BROKER COMPENSATION

If you want to learn more about the compensation Zurich pays agents and brokers visit:

http://www.zurichnaproducercompensation.com

or call the following toll-free number:  (866) 903-1192.

This Notice is provided on behalf of Zurich American Insurance Company

and its underwriting subsidiaries.

EXH - 000012 of 000154

U-GU-874-A CW  (06/11)
Page 1 of 1

Filed          17-CI-003863    08/14/2017    David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                                  08/22/2017 02:53:31 PM
                                                                                  89056

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT PERIOD |
|------|---------------|-----------------|----------------|--------------|
| D | PAS 05027414 | 02084218 | M020317113-001-00001 | NONE |

| BRANCH ZQ EASTERN PENNSYLVANIA OFFICE | NEW BUSINESS EFF 12/13/2011 |
|---|---|



**ZURICH**

## MARYLAND CASUALTY COMPANY
## COMMON POLICY DECLARATIONS
## PRECISION AMERICA
## HABITATIONAL PROGRAM - PREFERRED

| TAXES AND SURCHARGES | |
|---|---|
| LOUISVILLE | $ 1,948.10 * |
| JEFFERSON | $ .00 * |
| *These charges include both the local government premium tax and collection fee. | |
| PREMIUM SURCHARGE, REFUNDABLE | $ 609.68 |

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001
Copyright, Zurich American Insurance Company 2004

12/14/2011

COMMON                    INSURED'S COPY                    U-CL-D-100-A CW (06-04)

Filed          17-CI-003863    08/14/2017    David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                            Farmers 000013

EXH-I-000013 of 000154

Filed          17-CI-003863     08/14/2017          David L. Nicholson, Jefferson Circuit Clerk
                                                                    08/22/2017 02:53:31 PM

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|--------------|-----|-----------------|-----|----------------|-------|
| D | PAS 05027414 | | 02084218 | | M020317113-001-00001 | NONE |

BRANCH ZQ   EASTERN PENNSYL                                  ENDORSEMENT EFF 02/01/2012



## PRECISION PORTFOLIO POLICY
## POLICY CHANGES

**ZURICH**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

| POLICY EFFECTIVE | | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|---|
| FROM | TO | | |
| 12/13/2011 | 12/13/2012 | 02/01/2012 | MARYLAND CASUALTY COMPANY |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| WILLOWBROOK INVESTMENTS, LLC.<br>2106 BUECHEL BANK ROAD<br>SUITE #10<br>LOUISVILLE KY 40218 | R. H. CLARKSON INSURANCE AGENCY, LLC<br>PO BOX 70129<br>LOUISVILLE KY 40270-0129 |

### COVERAGE PARTS AFFECTED

COMMON COVERAGE PART

### CHANGES

CHANGED FIRST NAMED INSURED MAILING ADDRESS TO 2106 BUECHEL BANK ROAD
                                    SUITE #10
FULL TERM PREMIUM INCLUDING THIS TRANSACTION:  $     36,428.78
PREMIUM EFFECT OF THIS TRANSACTION:            $          .00

Countersigned by _____     _____
                         Authorized Representative                      Date

Copyright, Insurance Services Office, Inc., 1983.
Copyright, ISO Commercial Risk Services, Inc., 1983.

IL 12 01 06 01                    INSURED'S COPY                        02/27/2012

EXH: - 000014 of 000154

Filed          17-CI-003863     08/14/2017     David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
08/22/2017 02:53:31 PM
89056

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT PERIOD |
|------|---------------|-----------------|----------------|--------------|
| D | PAS 05027414 | 02084218 | M020317113-001-00001 | NONE |

| BRANCH ZQ EASTERN PENNSYLVANIA OFFICE | ENDORSEMENT EFF 02/01/2012 |
|---|---|



## MARYLAND CASUALTY COMPANY
## COMMON POLICY DECLARATIONS
### PRECISION AMERICA
### HABITATIONAL PROGRAM - PREFERRED

| TAXES AND SURCHARGES | |
|---|---|

| LOUISVILLE | $ 1,948.10 * |
| JEFFERSON | $     .00 * |

*These charges include both the local government premium tax and collection fee.

| PREMIUM SURCHARGE, REFUNDABLE | $  609.68 |

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001
Copyright, Zurich American Insurance Company 2004

02/27/2012

COMMON                                    INSURED'S COPY          U-CI-D-100-A CW (06-04)

Filed          17-CI-003863     08/14/2017     David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                              Farmers 000015

EXHI- 000015 of 000154

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
08/22/2017 02:53:31 PM

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT PERIOD |
|------|---------------|-----------------|----------------|--------------|
| D | PAS 05027414 | 02084218 | M020317113-001-00001 | NONE |

BRANCH ZQ EASTERN PENNSYLVANIA OFFICE     ENDORSEMENT EFF 02/01/2012



# ZURICH

## FORMS AND ENDORSEMENTS APPLICABLE LIST

## MARYLAND CASUALTY COMPANY

| FORM NUMBER | FORM OR ENDORSEMENT NAME |
|-------------|--------------------------|
| **COMMON** | |
| *   U-CL-D-100-A CW    06-04 | COMMON POLICY DECLARATIONS |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

*THESE FORMS ARE ATTACHED. REMAINING FORMS WERE ATTACHED TO A PREVIOUS COPY OF THE POLICY.

9C0010 Ed. 06-04      INSURED'S COPY      02/27/2012

EXH - 000016 of 000154

Case 3:17-cv-00522-DJH-CHL   Document 1-1   Filed 08/25/17   Page 35 of 179 PageID #: 40

Filed          17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:31 PM

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT PERIOD |
|------|---------------|-----------------|----------------|--------------|
| D | PAS 05027414 | 02084218 | MO20317113-001-00001 | NONE |

BRANCH ZQ EASTERN PENNSYLVANIA OFFICE                    ENDORSEMENT EFF 02/01/2012



# ZURICH

## LIST OF ADDITIONAL FORMS ENCLOSED - NON-POLICY FORMS

## MARYLAND CASUALTY COMPANY

| FORM NUMBER | | FORM DESCRIPTION |
|-------------|---|------------------|
| 9C0015 | 01-96 | COMMISSION SCHEDULE |
| 9S5040 | 06-94 | ENDORSEMENT COVER PAGE TO AGENTS |
| 760638 | 02-98 | INSURED SEPARATOR PAGE |

02/27/2012                    INSURED'S COPY                    U-CL-103-A CW (06/04)

EXH - 000017 of 000154

Filed          17-CI-003863   08/14/2017   Page      1 of    David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                      Farmers 000017

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk DOCUMENT

08/22/2017 02:53:31 PM
89056



**The Maryland**
Commercial Insurance Group

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT PERIOD |
|------|---------------|-----------------|----------------|--------------|
| D | PAS 05027414 | 02084218 | M020317113-001-00001 | NONE |

| BRANCH ZQ EASTERN PENNSYLVANIA OFFICE | ENDORSEMENT EFF 02/01/2012 |
|---|---|

# PRECISION AMERICA
## HABITATIONAL PROGRAM - PREFERRED

### COMMISSION SCHEDULE

| LINE OF BUSINESS | COMMISSION |
|------------------|------------|
| Commercial Property and General Liability | 21.0 |
| Commercial Umbrella Coverage Part | 21.0 |

9C0015 Ed. 1-96 INSURED'S COPY 02/27/2012

EXH: 000018 of 000154

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk

8/14/2017 Farmers 000018

Filed          17-CI-003863          08/14/2017          David L. Nicholson, Jefferson Circuit Clerk          DOCUMENT
08/22/2017 02:53:31 PM
89056

# Lead Poisoning and Contamination Exclusion

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

This endorsement modifies insurance provided under the:

**APARTMENT OWNERS POLICY**
**CONDOMINIUM POLICY**

When this endorsement is attached to your policy, the following provisions apply to the applicable **Property** and **Liability Coverage Forms** of your policy.

1. This insurance does not apply to any "bodily injury", "property damage" or " personal and advertising injury" or property loss or damage arising out of, resulting from, caused by or contributed by lead, or any hazardous properties of lead, including, but not limited to, lead poisoning and lead contamination and the threat or fear of lead poisoning or lead contamination.

   Lead poisoning includes, but not limited to, actual "bodily injury" and "property damage" or "personal and advertising injury" resulting from exposure to, ingestion, of any nature, cause or duration to or of lead, or objects or substances comprised of or containing lead.

   Lead contamination includes, but not limited to, the presence of lead in paint, soil, plants, animals, water, pipes, buildings or structures.

For purposes of this exclusion, the definition of "bodily injury" and "personal and advertising injury" is amended to include mental injury, anguish, distress or fear of lead poisoning or lead contamination.

For purposes of this exclusion, the definitions of "property damage" and property loss or damage are amended to include actual or threatened loss of property value, loss of equity, loss of use, loss of rents or other economic injury caused by lead poisoning or lead contamination.

2. We will not for any loss, cost or expense arising out of, resulting from, caused by or contributed to by:

   a. The testing or monitoring for, abatement, mitigation, neutralization, removal or disposal of lead, lead compounds or materials containing lead;

   b. The testing or monitoring for or treatment of lead poisoning or lead contamination in humans or animals;

   c. Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with lead poisoning or lead contamination;

   d. Any obligation to share damages with or repay someone else who must pay damages in connection with lead poisoning or lead contamination.

EXH: 000019 of 000154

Includes copyrighted material of Insurance Services Office, Inc. , with its permission.

Filed          17-CI-003863          08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                                          Farmers 000019

Filed          17-CI-003863     08/14/2017          David L. Nicholson, Jefferson Circuit Clerk          DOCUMENT
                                                                                              08/22/2017 02:53:31 PM
                                                                                              89056

# Calculation of Premium

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**APARTMENT OWNERS POLICY**
**CONDOMINIUM POLICY**

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued.  On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

EXH-I - 000020 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

E3015-ED2 07 02
Page 1 of 1

Filed          17-CI-003863     08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                   Farmers 000020

Filed          17-CI-003863     08/14/2017      David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:31 PM
89056

# Apartment Owners Common Policy Conditions

All coverages of this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 5 days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy.

      (1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

         (a) Seasonal unoccupancy; or

         (b) Buildings in the course of construction, renovation or addition.

      Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

      (2) After damage by a covered cause of loss, permanent repairs to the building:

         (a) Have not started, and

         (b) Have not been contracted for, within 30 days of initial payment of loss.

      (3) The building has:

         (a) An outstanding order to vacate;

         (b) An outstanding demolition order; or

         (c) Been declared unsafe by governmental authority.

      (4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

      (5) Failure to:

         (a) Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

         (b) Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   b. 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

   c. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in

EXH - 000021 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

E3025-ED3 07 02
Page 1 of 3

Filed          17-CI-003863     08/14/2017      David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                      Farmers 000021

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Concealment, Misrepresentation Or Fraud**

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This policy;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this policy.

**D. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**E. Inspections And Surveys**

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**F. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**G. Liberalization**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the

policy period, the broadened coverage will immediately apply to this policy.

**H. Other Insurance**

1. If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

2. Business Liability Coverage is excess over any other insurance that insures for direct physical loss or damage.

3. When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so; but we will be entitled to the insured's rights against all those other insurers.

**I. Premiums**

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

3. With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

   a. Paid to us prior to the anniversary date; and

   b. Determined in accordance with Paragraph **2.** above.

   Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

4. Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

E3025-ED3 07 02
Page 2 of 3

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk

8/14/2017 Farmers 000022

Filed          17-CI-003863    08/14/2017    David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

premium will be determined in accordance with our rates and rules then in effect.

**J. Premium Audit**

1. This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

2. Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

3. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**K. Transfer Of Rights Of Recovery Against Others To Us**

1. Applicable to Apartment Owners Property Coverage:

   If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

   **a.** Prior to a loss to your Covered Property.

   **b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

(1) Someone insured by this insurance;

(2) A business firm:

   **(a)** Owned or controlled by you; or

   **(b)** That owns or controls you; or

(3) Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

2. Applicable to Apartment Owners Liability Coverage:

   If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

**L. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

EXH - 000023 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

E3025-ED3 07 02
Page 3 of 3

Filed          17-CI-003863    08/14/2017    David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                          Farmers 000023

Filed         17-CI-003863     08/14/2017     David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:31 PM
89056

# Asbestos and Silica Exclusion

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**APARTMENT OWNERS PROPERTY COVERAGE FORM**
**APARTMENT OWNERS LIABILITY COVERAGE FORM**
**CONDOMINIUM PROPERTY COVERAGE FORM**
**CONDOMINIUM LIABILITY COVERAGE FORM**

This insurance does not apply to any actual, alleged, or threatened injury, loss, or damage from asbestos or silica or any asbestos or silica containing good, product or material, including but not limited to the following:

1. "Bodily Injury", "property damage" or "personal and advertising injury" which would not have occurred in whole or in part but for inhalation or exposure to asbestos or silica;

2. Property loss or "property damage" arising out of, resulting from, caused by, contributed to or aggravated by asbestos or silica or exposure to asbestos or silica;

3. Any loss, cost, expense, request, demand, order, claim or "suit" to test for, monitor, clean up, remove, abate, mitigate, contain, treat, detoxify, neutralize, dispose of or in any way respond to or assess the effects, inhalation or exposure to asbestos or silica;

4. Any loss, cost, expense, request, demand, order, claim or "suit" to share damages with or repay someone else who must pay damages arising out of exposure to asbestos or silica or inhalation of asbestos or silica;

5. Any loss, cost, expense or damage arising out of, resulting from, caused by or contributed to by any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with asbestos or silica, exposure to asbestos or silica, or inhalation of asbestos or silica.

For purposes of this exclusion, "bodily injury" is amended to include mental injury, anguish, distress or fear of cancer or other injury, illness or disease caused by or related to inhalation or exposure to asbestos or silica.

For purposes of this exclusion, "property damage" and property loss are amended to include actual or threatened loss of property value, loss of equity, loss of use, loss of rents or other economic injury caused by asbestos or silica or exposure to asbestos or silica.

EXH - 000024 of 000154

Filed         17-CI-003863     08/14/2017     David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                    Farmers 000024

Filed          17-CI-003863     08/14/2017      David L. Nicholson, Jefferson Circuit Clerk          DOCUMENT
08/22/2017 02:53:31 PM
89056

# Kentucky Changes

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

This endorsement modifies insurance provided under the:

APARTMENT OWNERS POLICY
CONDOMINIUM POLICY

**A.** The APARTMENT OWNERS PROPERTY COVERAGE FORM is amended as follows:

   **1.** The following exclusion and related provisions are added to Paragraph **B.2. EXCLUSIONS:**

      **a.** We will not pay for loss or damage arising out of any act committed:

         **(1)** By or at the direction of any insured; and

         **(2)** With the intent to cause a loss.

      **b.** However, this exclusion will not apply to deny coverage to an innocent co-insured who did not cooperate in or contribute to the creation of the loss, provided the loss is otherwise covered under this Policy and:

         **(1)** The loss arose out of a pattern of domestic violence and abuse; and

         **(2)** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

      **c.** If we pay a claim pursuant to Paragraph **1.b.**, our payment to the innocent co-insured is limited to that insured's ownership interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**B.** The applicable COMMON POLICY CONDITIONS form is amended as follows:

   **1.** Paragraph **A. Cancellation** is amended as follows:

      **a.** Paragraph **2.** is replaced by the following:

         **2. Cancellation Of Policies In Effect For 60 Days Or Less**

         If this policy has been in effect for 60 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least 14 days before the effective date of cancellation.

      **b.** The following paragraph is added:

         **7. Cancellation Of Policies In Effect For More Than 60 Days**

         **a.** If this policy has been in effect for more than 60 days or is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

            **(1)** Nonpayment of premium;

            **(2)** Discovery of fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

            **(3)** Discovery of willful or reckless acts or omissions on your part which increase any hazard insured against;

            **(4)** The occurrence of a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued or renewed;

            **(5)** A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any insured property or the occupancy thereof which substantially increases any hazard insured against;

EXH - 000025 of 000154

Contains copyrighted material of Insurance Services Office, Inc., with its permission.

W1013-ED1 08 08
Page 1 of 2

Filed          17-CI-003863     08/14/2017      David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                      Farmers 000025

Filed   17-CI-003863   08/14/2017   David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

(6) We are unable to reinsure the risk covered by the policy; or

(7) A determination by the commissioner that the continuation of the policy would place us in violation of the Kentucky insurance code or regulations of the commissioner.

**b.** If we cancel this policy based on Paragraph **7.a.** above, we will mail or deliver a written notice of cancellation to the first Named Insured, stating the reason for cancellation, at least:

(1) 14 days before the effective date of the cancellation, if cancellation is for nonpayment of premium; or

(2) 75 days before the effective date of the cancellation, if cancellation is for any reason stated in **7.a.(2)** through **7.a.(7)** above.

**2.** The following is added to Paragraph **K. Transfer Of Rights Of Recovery Against Others To Us** in the APARTMENT OWNERS COMMON POLICY CONDITIONS:

If we pay an innocent co-insured for a loss described in Paragraph **A.1.b.**, the rights of the innocent co-insured to recover damages from the perpetrator are transferred to us to the extent of our payment. Following the loss, the innocent co-insured may not waive such rights to recover against the perpetrator of the domestic violence.

**3.** The following paragraph is added to the applicable COMMON POLICY CONDITIONS form and supersedes any provision to the contrary:

**M. Nonrenewal**

**1.** For the purpose of this Condition:

**a.** Any policy period or term of less than 6 months shall be considered to be a policy period or term of six months; and

**b.** Any policy period or term of more than 1 year or any policy with no fixed expiration date shall be considered a policy period or term of 1 year.

**2.** If we elect not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, at the last mailing address known to us, at least 75 days before the expiration date of the policy period.

**3.** If notice of nonrenewal is not provided pursuant to this Condition, coverage under the same terms and conditions shall be deemed to be renewed for the ensuing policy period upon payment of the appropriate premium until you have accepted replacement coverage with another insurer, or until you have agreed to the nonrenewal.

**4.** If we mail or deliver a renewal notice to the first Named Insured at least 30 days before the end of the policy period, stating the renewal premium and its due date, the policy will terminate without further notice unless the renewal premium is received by us or our authorized agent by the due date.

**5.** If this policy terminates because the renewal premium has not been received by the due date, we will, within 15 days, mail or deliver to the first Named Insured at his last known address a notice that the policy was not renewed and the date it was terminated.

**6.** If notice is mailed, proof of mailing is sufficient proof of notice.

EXH·: 000026 of 000154

Contains copyrighted material of Insurance Services Office, Inc., with its permission.

W1013-ED1 08 08

Filed   17-CI-003863   08/14/2017   David L. Nicholson, Jefferson Circuit Clerk

8/14/2017

Farmers 000026

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
08/22/2017 02:53:31 PM
89056

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|
| D | PAS 05027414 | 02084218 | M020317113-001-00001 | NONE |

| BRANCH: ZQ EASTERN PENNSYL | NEW BUSINESS EFF 12/13/2011 |
|---|---|



## PRECISION PORTFOLIO POLICY
## BUSINESSOWNERS PROPERTY DECLARATIONS

### PRECISION AMERICA
### HABITATIONAL PROGRAM - PREFERRED

For descriptions of premiums, see the attached Businessowners Property Schedule.

Insurance at the described premises applies only for coverage for which a limit of insurance is shown. These may be found in these declarations and the attached schedules.

| PRIMARY PROPERTY COVERAGE | DEDUCTIBLE | LIMITS |
|---|---|---|
| SCHEDULED BUILDINGS | $10,000 | SEE SCHEDULE |
| SCHEDULED BUSINESS PERSONAL PROPERTY | $10,000 | SEE SCHEDULE |

| ADDITIONAL COVERAGES | DEDUCTIBLE | LIMITS |
|---|---|---|
| ACCOUNTS RECEIVABLE - ON PREMISES* / OFF PREMISES | $10,000 | $5,000/ $2,500 |
| CRIME CONVICTION REWARD | NONE | $5,000 |
| DEBRIS REMOVAL | N/A | INCLUDED |
| EDP - EQUIPMENT, MEDIA AND RECORDS* | $10,000 | $10,000 |
| EMPLOYEE DISHONESTY* | $10,000 | $10,000 |
| FIRE DEPARTMENT SERVICE CHARGE | NONE | $1,000 |
| FIRE EXTINGUISHER RECHARGE EXPENSE | NONE | $2,500 |
| FORGERY AND ALTERATION | $10,000 | $2,500 |
| MASTER KEY | NONE | $10,000 |
| MONEY ORDERS & COUNTERFEIT PAPER CURRENCY | $10,000 | $1,000 |
| MONEY AND SECURITIES* INSIDE THE PREMISES AND OUTSIDE THE PREMISES | $10,000 | $10,000 |
| NEWLY ACQUIRED OR CONSTRUCTED BUILDINGS | $10,000 | $250,000 |
| OUTDOOR PROPERTY* | $10,000 | $2,500 |
| OUTDOOR SIGNS* | $10,000 | $7,500 |
| PERSONAL EFFECTS | $10,000 | $2,500 |
| PERSONAL PROPERTY AT NEWLY ACQUIRED PREMISES | $10,000 | $250,000 |
| PERSONAL PROPERTY - OFF PREMISES | $10,000 | $5,000 |
| POLLUTANT CLEAN UP AND REMOVAL (EACH LOCATION) | $10,000 | $10,000 |
| PRESERVATION OF PROPERTY | NONE | 30 DAYS |
| VALUABLE PAPERS AND RECORDS - ON PREMISES* / OFF PREMISES | $10,000 | $5,000/ $2,500 |

* The limits for these coverages may be increased. Contact your agent.

**BUSINESSOWNERS PROPERTY**                                        9S1111 Ed 11-08

EXH : 000027 of 000154

INSURED'S COPY
3. 2. 1

8/14/2017                                                                    12/14/2011
Farmers 000027

Filed          17-CI-003863    08/14/2017          David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
08/22/2017 02:53:31 PM

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | 89056 | AUDIT |
|---|---|---|---|---|---|
| D | PAS 05027414 | 02084218 | M020317113-001-00001 | | NONE |

BRANCH: ZQ  EASTERN PENNSYL                                    NEW BUSINESS EFF 12/13/2011

# PRECISION PORTFOLIO POLICY
# BUSINESSOWNERS PROPERTY SCHEDULE
# PRECISION AMERICA
# HABITATIONAL PROGRAM - PREFERRED

**ZURICH®**

**LOCATION   01  BUILDING #  N/A  2106 BUECHEL BANK RD**          LOUISVILLE          KY   40218-3500

**PREMISES PRIMARY**
**OCCUPANCY:** APARTMENT BUILDINGS (FIVE OR MORE HOUSING UNITS) – RESIDENTIAL OCCUPANCY ONLY
**INSURED'S INTEREST:** OWNER
**CONSTRUCTION:** Joisted masonry                          **PROTECTION CLASS: 003**

| | DEDUCTIBLE | LIMIT |
|---|---|---|
| The following coverages apply to the Location stated above: | | |
| SCHEDULED BUILDINGS                    REPLACEMENT COST | $10,000 | $8,004,581 |
| SCHEDULED BUSINESS PERSONAL PROPERTY   REPLACEMENT COST | $10,000 | $1,000 |
| AUTOMATIC INFLATION GUARD | NONE | 8% |
| BUSINESS INCOME & EXTRA EXPENSE – WAITING PERIOD – 0 HOURS | NONE | 18 MOS. ALS |
| BUILDING ORDINANCE OR LAW | | |
| LOSS TO UNDAMAGED PORTION | $10,000 | INCLUDED |
| DEMOLITION COST | $10,000 | $50,000 |
| INCREASED COST OF CONSTRUCTION | $10,000 | $25,000 |
| GLASS – EXTERIOR | $10,000 | INCLUDED |
| GLASS – INTERIOR (ALL FLOORS) | $10,000 | INCLUDED |
| MECHANICAL BREAKDOWN | $10,000 | INCLUDED |
| SPECIFIED PROPERTY(POOLS, FENCES, WALLS & WALKWAYS) | $10,000 | $5,000 |

* The limits for these coverages may be increased. Contact your agent.
**BUSINESSOWNERS PROPERTY**

9S1112 Ed  11-08

EXH: 000028 of 000154

Filed          17-CI-003863   08/14/2017       David L. Nicholson, Jefferson Circuit Clerk       DOCUMENT

08/22/2017 02:53:31 PM
89056

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|--------------|-----|----------------|-----|----------------|-------|
| D | PAS 05027414 | | 02084218 | | M020317113-001-00001 | NONE |

| BRANCH | EASTERN PENNSYL | | NEW BUSINESS EFF 12/13/2011 |
|--------|-----------------|--|------------------------------|



## PRECISION PORTFOLIO POLICY
## SUPPLEMENTAL DECLARATIONS
## PRECISION AMERICA

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|---|
| PROPERTY | | Apartment Owners Property Coverage Form |
| E3424-ED3 | 0302 | PREM NO.:    1<br>LIST ADDRESS RANGES FOR THIS COMPLEX:<br>BUILDING 1 -8 |

**COMMERCIAL PROPERTY**

9S5008 Ed. 3-00

INSURED'S COPY                                             12/14/2011

Filed          17-CI-003863   08/14/2017       David L. Nicholson, Jefferson Circuit Clerk

2. 3. 1

EXH - 000029 of 000154

8/14/2017                                                   Farmers 000029

Filed          17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
08/22/2017 02:53:31 PM
89056



# Business Income and Extra Expense – 18 Months

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Policy Number: _____          Effective Date: _____

This endorsement modifies insurance provided under the following:

**APARTMENT OWNERS PROPERTY COVERAGE FORM**
**BUSINESSOWNERS COVERAGE FORM**
**BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM**

The provisions of the applicable Coverage Form apply unless modified by this endorsement.

**A.** The Businessowners Special Property Coverage Form **BP 00 02,** or Section I – Property of the Businessowners Coverage Form **BP 00 03** is amended as follows:

   **1.** Item **A.5.f.(1) Business Income** is amended as follows:

   The maximum period for which we will pay for loss of Business Income that you sustain during the "period of restoration" is **18** consecutive months after the date of direct physical loss or   damage.

   **2.** Item **A.5.g.(2) Extra Expense,** is amended as follows:

   We will only pay for Extra Expense that occurs within **18** consecutive months after the date of direct physical loss or damage.

**B.** The Apartment Owners Property Coverage Form **E3424** is amended as follows:

   **1.** Item **A.5.e.(1) Business Income** is amended as follows:

   The maximum period for which we will pay for loss of Business Income that you sustain during the "period of restoration" is **18** consecutive months after the date of direct physical loss or damage.

   **2.** Item **A.5.f.(2) Extra Expense,** is amended as follows:

   We will only pay for Extra Expense that occurs within **18** consecutive months after the date of direct physical loss or damage.

This endorsement is part of your policy.  It supersedes and controls anything to the contrary.  It is otherwise subject to all the terms of the policy.

EXH - 000030 of 000154

Filed          17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                          Farmers 000030

Filed          17-CI-003863    08/14/2017      David L. Nicholson, Jefferson Circuit Clerk    DOCUMENT
                                                                              08/22/2017 02:53:31 PM
                                                                              89056

# Apartment Owners Property Coverage Form

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning.

Refer to Section **H** - PROPERTY DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to COVERED PROPERTY at the premises described in the Declarations caused by or resulting from any COVERED CAUSE OF LOSS.

### 1. COVERED PROPERTY

COVERED PROPERTY, as used in this policy, means the type of property as described in this section, **A.1.**, and limited in **A.2.**, PROPERTY NOT COVERED, if a Limit of Insurance is shown in the Declarations for that type of property.

**a.** Buildings and structures at the premises described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery; and

(b) Equipment;

(4) Your personal property in apartments or rooms furnished by you as landlord;

(5) Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(6) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the buildings or structures;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

**b.** Business Personal Property located in or on the buildings at the described premises or in the open (or in a vehicle) within 100 feet of the described premises, including:

(1) Property you own that is used in your business;

(2) Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition **E.6.d.(3)(b)**;

(3) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph **A.1.b.(2)**;

(4) Electronic Data Processing Equipment (Hardware), including:

(a) Programmable electronic equipment that is used to store, retrieve and process data; and

(b) Associated peripheral equipment that provides communication including input and output functions such as printing, or auxiliary functions such as data transmission; except as described in **(5)** below.

EXH - 000031 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

E3424-ED3 03 02
Page 1 of 25

Filed          17-CI-003863    08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                    Farmers 000031

Filed    17-CI-003863    08/14/2017    David L. Nicholson, Jefferson Circuit Clerk    UMENT
08/22/2017 02:53:31 PM
89056

(5) Electronic Media and Records (including Software), including:

    (a) Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

    (b) Data stored on such media; and

    (c) Programming records used for electronic data processing or electronically controlled equipment.

**2. PROPERTY NOT COVERED**

COVERED PROPERTY does not include:

**a.** Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

**b** "Money" or "securities" except as provided in the:

    (1) Money and Securities Optional Coverage; or

    (2) Employee Dishonesty Optional Coverage;

**c.** Contraband, or property in the course of illegal transportation or trade;

**d.** Land (including land on which the property is located), water, growing crops or lawns;

**e.** Fences, walls, walks, pools, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the:

    (1) Outdoor Property Coverage Extension; or

    (2) Outdoor Signs Optional Coverage; or

    (3) Specified Property Optional Coverage.

**f.** Watercraft (including motors, equipment and accessories) while afloat;

**g.** Property held as samples, held for rental or sale or that you rent to others;

**h.** Property in storage away from the premises shown in the Declarations except as provided in the Coverage Extensions;

**i.** Electronic data processing equipment which is permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration; or

**j.** Accounts, bills, evidences of debt and valuable papers and records. However, such property is COVERED PROPERTY in its "converted data" form.

**3. COVERED CAUSES OF LOSS**

Risks Of Direct Physical Loss unless the loss is:

**a.** Excluded in Section **B.**, EXCLUSIONS; or

**b.** Limited in Paragraph **A.4.**, LIMITATIONS; that follow.

**4. LIMITATIONS**

**a.** We will not pay for loss of or damage to:

    (1) Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

    (2) Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

    (3) Property that is missing, but there is no physical evidence to show what happened to it, such as shortage disclosed on taking inventory. This limitation does not apply to the Optional Coverage for Money and Securities.

    (4) Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**b.** With respect to glass (other than glass building blocks) that is part of the interior of a building or structure, or part of an outdoor sign, we will not pay more than $500 for the total of all loss or damage in any one occurrence. Subject to the $500 limit on all loss or damage, we will not pay more than $100 for each plate, pane, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter.

EXH - 000032 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

E3424-ED3 03 02
Page 2 of 25

Filed    17-CI-003863    08/14/2017    David L. Nicholson, Jefferson Circuit Clerk

8/14/2017

Farmers 000032

Filed        17-CI-003863   08/14/2017   David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
08/22/2017 02:53:31 PM
89056

This Limitation does not apply to loss or damage by the "specified causes of loss", except vandalism.

**c.** We will not pay for loss of or damage to fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken, unless caused by the "specified causes of loss" or building glass breakage. This restriction does not apply to:

**(1)** Glass that is part of the interior of a building or structure;

**(2)** Containers of property held for sale; or

**(3)** Photographic or scientific instrument lenses.

**d.** For loss or damage by theft, the following types of property are covered only up to the limits shown:

**(1)** $2,500 for furs, fur garments and garments trimmed with fur.

**(2)** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**(3)** $2,500 for patterns, dies, molds and forms.

**5. ADDITIONAL COVERAGES**

**a. Debris Removal**

**(1)** We will pay your expense to remove debris of COVERED PROPERTY caused by or resulting from a COVERED CAUSE OF LOSS that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

**(a)** The date of direct physical loss or damage; or

**(b)** The end of the policy period.

**(2)** The most we will pay under this Additional Coverage is 25% of:

**(a)** The amount we pay for the direct physical loss of or damage to COVERED PROPERTY; plus

**(b)** The deductible in this policy applicable to that loss or damage.

But this limitation does not apply to any additional debris removal limit provided in Paragraph **(4)** below.

**(3)** This Additional Coverage does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**(4)** If:

**(a)** The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

**(b)** The debris removal expense exceeds the amount payable under the 25% Debris Removal Coverage limitation in Paragraph **(2)** above;

we will pay up to an additional $10,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

**b. Preservation Of Property**

If it is necessary to move COVERED PROPERTY from the described premises to preserve it from loss or damage by a COVERED CAUSE OF LOSS, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect COVERED PROPERTY from a COVERED CAUSE OF LOSS, we will pay up to $1,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

**d. Collapse**

**(1)** With respect to buildings:

EXH - 000033 of 000154

E3424-ED3 03 02
Page 3 of 25

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Filed          17-CI-003863      08/14/2017      David L. Nicholson, Jefferson Circuit Clerk DOCUMENT

08/22/2017 02:53:31 PM
89056

**(a)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

**(b)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

**(c)** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;

**(d)** A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(2)** We will pay for direct physical loss or damage to COVERED PROPERTY, caused by collapse of a building or any part of a building that is insured under this policy, if the collapse is caused by one or more of the following:

**(a)** The "specified causes of loss" or breakage of building glass, all only as insured against in this policy;

**(b)** Weight of people or personal property;

**(c)** Weight of rain that collects on a roof;

**(d)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in Paragraphs **(a)** through **(c)**, we will pay for the loss or damage even if use of defective material or methods in construction, remodeling or renovation contributes to the collapse.

The criteria set forth in Paragraphs **(1)(a)** through **(1)(d)** do not limit the coverage otherwise provided under this Additional Coverage for the causes of loss listed in Paragraphs **(2)(a)**, **(2)(c)**, and **(2)(d)**.

**(3)** With respect to the following property:

**(a)** Awnings;

**(b)** Gutters and downspouts;

**(c)** Yard fixtures;

**(d)** Outdoor swimming pools;

**(e)** Piers, wharves and docks;

**(f)** Beach or diving platforms or appurtenances;

**(g)** Retaining walls; and

**(h)** Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed in Paragraphs **(2)(b)** through **(2)(d)**, we will pay for loss or damage to that property only if such loss or damage is a direct result of the collapse of a building insured under this policy and the property is COVERED PROPERTY under this policy.

**(4)** If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to COVERED PROPERTY caused by such collapse of personal property only if:

**(a)** The collapse was caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)** of this Additional Coverage;

**(b)** The personal property which collapses is inside a building; and

**(c)** The property which collapses is not of a kind listed in Paragraph **(3)** above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **(4)** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging,

EXH - 000034 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

E3424-ED3 03 02
Page 4 of 25

Filed          17-CI-003863      08/14/2017      David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                          Farmers 000034

Filed        17-CI-003863     08/14/2017     David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:31 PM
89056

bending, leaning, settling, shrinkage or expansion.

**(5)** This Additional Coverage, Collapse, will not increase the Limits Of Insurance provided in this policy.

**e. Business Income**

**(1) Business Income**

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a COVERED CAUSE OF LOSS. This coverage is subject to the Limits of Insurance shown in the Declarations for Business Income.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

We will only pay for loss of Business Income that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage. We will only pay for ordinary payroll expenses for 60 days following the date of direct physical loss or damage.

Business Income means the:

**(a)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the COVERED CAUSE

OF LOSS on customers or on other businesses; and

**(b)** Continuing normal operating expenses incurred, including payroll.

Ordinary payroll expenses mean payroll expenses for all your employees except:

**(a)** Officers;

**(b)** Executives;

**(c)** Department Managers; and

**(d)** Employees under contract.

Ordinary payroll expenses include:

**(a)** Payroll;

**(b)** Employee benefits, if directly related to payroll;

**(c)** FICA payments you pay;

**(d)** Union dues you pay; and

**(e)** Workers' compensation premiums.

**(2) Extended Business Income**

If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

**(i)** the date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

**(ii)** 30 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the

EXH - 000035 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

E3424-ED3 03 02
Page 5 of 25

Filed          17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk    DOCUMENT
                                                                                          08/22/2017 02:53:31 PM
                                                                                          89056

COVERED CAUSE OF LOSS in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any COVERED CAUSE OF LOSS.

This **Additional Coverage** is subject to the Limits of Insurance shown for **Business Income** in the Declarations.

f.  **Extra Expense**

(1) We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a COVERED CAUSE OF LOSS. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located. With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(a) The portion of the building which you rent, lease or occupy; and

(b) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(2) Extra Expense means expense incurred:

(a) To avoid or minimize the suspension of business and to continue "operations":

(i) At the described premises; or

(ii) At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

(b) To minimize the suspension of business if you cannot continue "operations".

(c) To:

(i) Repair or replace any property; or

(ii) Research, replace or restore the lost information on damaged "valuable papers and records" to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage **e.** Business Income.

We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage.

This **Additional Coverage** is subject to the Limit of Insurance shown for **Extra Expense** shown in the Declarations.

g.  **Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a COVERED CAUSE OF LOSS that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

(1) The date of direct physical loss or damage; or

(2) The end of the policy period.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of COVERED CAUSE OF LOSS occurring during each separate 12 month period of this policy.

h.  **Civil Authority**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any COVERED CAUSE OF LOSS.

The coverage for Business Income will begin 72 hours after the time of that action

EXH - 000036 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Filed          17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                          Farmers 000036

Filed        17-CI-003863     08/14/2017     David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:31 PM
89056

EXH-000037 of 000154

and will apply for a period of up to three consecutive weeks after coverage begins.

The coverage for necessary Extra Expense will begin immediately after the time of that action and ends:

**(1)** 3 consecutive weeks after the time of that action; or

**(2)** When your Business Income coverage ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage.

The Civil Authority Additional Coverage is not subject to the Limits of Insurance.

**i.   Money Orders And Counterfeit Paper Currency**

We will pay for loss due to the good faith acceptance of:

**(1)** Any U.S. or Canadian post office, express company, or national or state (or Canadian) chartered bank money order    that is not paid upon presentation to the issuer; or

**(2)** Counterfeit United States or Canadian paper currency;  in exchange for merchandise, "money" or services or as  part  of  a  normal  business transaction.

The most we will pay for any loss under this Additional Coverage is $1,000.

**j.   Forgery And Alteration**

**(1)** We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

**(2)** If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have  our  written  consent to defend

against the suit, we will pay  for any reasonable legal expenses that you incur in that defense.

**(3)** The most we will pay for any loss, including  legal  expenses,  under this Additional Coverage is $2,500.

**k.   Ordinance Or Law Coverage**

**(1)** Coverage 1 - Coverage For Loss to Undamaged Portion of the Building or Structure

If  a  COVERED  CAUSE  OF  LOSS occurs to covered Building or Structure property, we will pay under Coverage 1 for the loss in value of the undamaged portion of the building or structure as a consequence of enforcement of any ordinance or law that:

**(a)** Requires the demolition of parts of the same property not damaged by a COVERED CAUSE OF LOSS;

**(b)** Regulates  the  construction  or repair of buildings or structures, or establishes  zoning  or  land  use requirements  at  the  described premises; and

**(c)** Is in force at the time of loss.

However:

We will not pay for the Increased Cost Of Construction:

**(a)** Until  the  property  is  actually repaired or replaced, at the same or another premises; and

**(b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years.

We may extend this period in writing during the two years.

If the building or structure is repaired or replaced at the same premises, or if you  elect  to  rebuild  at  another premises, the most we will pay for the Increased Cost Of Construction is the increased cost of construction at the same premises.

If the ordinance or law required relocation to another premises, the most we will pay for Increased Cost Of

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Filed        17-CI-003863     08/14/2017     David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                 Farmers 000037

Filed          17-CI-003863   08/14/2017      David L. Nicholson, Jefferson Circuit Clerk   UMENT
08/22/2017 02:53:31 PM
89056

Construction is the increased cost of construction at the new premises.

Coverage 1 is included within the Limit of Insurance shown in the Declarations as applicable to the covered Building or structure property. Coverage 1 does not increase the Limit of Insurance.

(2) Coverage 2 - Demolition Cost Coverage

If a COVERED CAUSE OF LOSS occurs to covered Building or Structure property, we will pay the cost to demolish and remove debris of undamaged parts of the property caused by enforcement of building, zoning or land use ordinance or law.

Paragraph **E.6.d.** of the Property Loss Conditions does not apply to Demolition Cost Coverage.

(3) Coverage 3 - Increased Cost Of Construction Coverage

If a COVERED CAUSE OF LOSS occurs to the covered Building or Structure property, we will pay for the increased cost to:

(a) Repair or reconstruct damaged portions of that Building or Structure property; and/or

(b) Reconstruct or remodel undamaged portions of that Building or Structure property, whether or not demolition is required.

when the increased cost is a consequence of enforcement of building, zoning or land use ordinance or law.

However:

(a) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

(b) We will not pay for the increased cost of construction if the building or structure is not repaired, reconstructed or remodeled.

Paragraph **E.6.d.** of the Property Loss Conditions does not apply to the Increased Cost of Construction Coverage.

(4) This Additional Coverage applies only to building or structure property insured on a replacement cost basis.

(5) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building or structure was undamaged; and

(b) You failed to comply with.

(6) Under this Additional Coverage, we will not pay any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

(7) The most we will pay under this Additional Coverage, for each described building or structure insured under this Coverage Form, is the Ordinance or Law Coverage Limit of Insurance shown in the Declarations.

(8) The costs addressed in the Loss Payment Property Loss Condition in this Coverage Form do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **I.(7)** of this Additional Coverage, is not subject to such limitation.

**I. Exterior Building Glass**

(1) We will pay for direct physical loss of or damage to glass, including lettering or ornamentation, that is part of the exterior of a covered building or structure at the described premises. The glass must be owned by you, or owned by others but in your care, custody or control. We will also pay for necessary:

(a) Expenses incurred to put up temporary plates or board up openings;

EXH - 000038 of 000154

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Filed        17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk        NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

(b) Repair or replacement of encasing frames; and

(c) Expenses incurred to remove or replace obstructions.

(2) Paragraph **A.3., COVERED CAUSES OF LOSS** and Section **B., EXCLUSIONS** do not apply to this Additional Coverage, except for:

(a) Paragraph **B.1.a.,** Earth Movement;

(b) Paragraph **B.1.b.,** Governmental Action;

(c) Paragraph **B.1.c.,** Nuclear Hazard;

(d) Paragraph **B.1.e.,** War And Military Action; and

(e) Paragraph **B.1.f.,** Water.

(3) We will not pay for loss or damage caused by or resulting from:

(a) Wear and tear;

(b) Hidden or latent defect;

(c) Corrosion; or

(d) Rust.

(4) The most we pay under this Additional Coverage is the Building Limit of Insurance shown in the Declarations.

However, if you are a tenant and no Limit of Insurance is shown in the Declarations for building property, the most we will pay under this Additional Coverage is the Tenant's Exterior Building Glass Limit of Insurance shown in the Declarations.

**m. Crime Conviction Reward**

We will pay an crime conviction reward to a person or persons (not to include the Named Insured or any person responsible in any way for the subject crime) providing information which leads to a crime conviction in connection with a crime loss or damage covered by this policy. The amount of the reward will be equal to the amount of the covered crime loss, however, in no event will the amount of the reward exceed $5,000 for any one crime occurrence.

This limit applies per crime occurrence regardless of the number of persons providing information.

No deductible applies to this Additional Coverage.

**n. Master Key Coverage**

We will pay up to the limits shown in the Declarations for the necessary replacement of locks and keys when a key is lost or stolen.

No deductible applies to this Additional Coverage.

**o. Fire Extinguisher Recharge Coverage**

We will pay up to $2,500 per occurrence for the necessary costs to recharge or replace (whichever is less) fire extinguishers owned by the insured that are discharged as a result of extinguishing a covered fire which occurs at a location shown in the Declarations.

No deductible applies to this Additional Coverage.

**6. COVERAGE EXTENSIONS**

In addition to the Limits of Insurance, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, unless a higher Limit of Insurance is shown in the Declarations.

**a. Newly Acquired Or Constructed Property**

(1) You may extend the insurance that applies to Building(s) to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declaration;

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is the Limit of Insurance shown in the Declarations for **Newly Acquired Or Constructed Property.**

(2) Coverage under this Extension for each newly acquired or constructed

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

E3424-ED3 03 02
Page 9 of 25

EXH - 000039 of 000154

Filed    17-CI-003863    08/14/2017    David L. Nicholson, Jefferson Circuit Clerk    DOCUMENT
08/22/2017 02:53:31 PM
89056

building will end upon the first to occur of the following:

(a) This policy expires or is terminated.

(b) The thirtieth day after you acquire or begin to construct the property; or

(c) You request that the subject building be covered under the policy.

We will charge you additional premium from the date construction begins or you acquire the property.

**Deductible**

The deductible applicable to and shown in the Declarations for Building(s) applies to each loss under this Extension.

b. **Personal Property At Newly Acquired Premises**

(1) You may extend the insurance that applies to Business Personal Property to apply to that property at any premises you acquire.

The most we will pay for loss or damage under this Extension is the Limit of Insurance shown in the Declarations as **Personal Property At Newly Acquired Premises**.

(2) Insurance under this Extension for each newly acquired premises will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire or begin construction at the new premises; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the premises.

c. **Personal Property Off Premises**

You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or temporarily at a premises you do not own, lease or operate. This Coverage Extension

includes duplicate or back-up electronic media and records that are stored at a separate location which is at least 100 feet from the premises described in the Declarations.

The most we will pay for loss or damage under this Extension is $5,000.

d. **Outdoor Property**

You may extend the insurance provided by this policy to apply to your radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense, caused by or resulting from any of the following causes of loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is the Limit of Insurance shown in the Declarations for Outdoor Property, but not more than $500 for any one tree, shrub or plant.

e. **Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or your employees. This extension does not apply to:

(1) Tools or equipment used in your business; or

(2) Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises.

f. **"Valuable Papers And Records"**

(1) You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control caused by or resulting from a COVERED CAUSE OF LOSS. This Coverage Extension includes the cost to

EXH - 000040 of 000154

E3424-ED3 03 02

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Filed          17-CI-003863   08/14/2017   David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
08/22/2017 02:53:31 PM
89056

research lost information on "valuable papers and records" for which duplicates do not exist.

**(2)** This Coverage Extension does not apply to:

**(a)** Property held as samples or for delivery after sale;

**(b)** Property in storage away from the premises shown in the Declarations.

**(3)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $5,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $2,500.

**(4)** Section **B. EXCLUSIONS** of this Coverage Form does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.b.**, Governmental Action;

**(b)** Paragraph **B.1.c.**, Nuclear Hazard;

**(c)** Paragraph **B.1.e.**, War And Military Action;

**(d)** Paragraph **B.2.f.**, Dishonesty;

**(e)** Paragraph **B.2.g.**, False Pretense;

**(f)** Paragraph **B.3.**; and

**(g)** The Accounts Receivable and "Valuable Papers And Records" Exclusions.

**g. Accounts Receivable**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to accounts receivable.

We will pay:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loan required to offset amounts you are unable to collect pending your payment of these amounts;

**(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable; that result from direct physical loss or damage by any COVERED CAUSE OF LOSS to your records of accounts receivable.

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $5,000, unless a higher Limit of Insurance for Accounts Receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $2,500.

**(3)** Section **B. EXCLUSIONS** of this Coverage Form does not apply to this Coverage Extension except for:

**(a)** Paragraph **B.1.b.**, Governmental Action;

**(b)** Paragraph **B.1.c.**, Nuclear Hazard;

**(c)** Paragraph **B.1.e.**, War And Military Action;

**(d)** Paragraph **B.2.f.**, Dishonesty;

**(e)** Paragraph **B.2.g.**, False Pretense;

**(f)** Paragraph **B.3.**; and

**(g)** The Accounts Receivable and "Valuable Papers And Records" Exclusions.

**h. Mechanical Breakdown Of Electronic Data Processing Equipment**

We will pay for loss or damage to COVERED PROPERTY due to mechanical breakdown if such loss or damage exceeds in any one occurrence the applicable deductible shown in the Declarations.

We will then pay the amount of loss or damage in excess of the deductible up to the applicable Limit of Insurance for the COVERED PPROPERTY. This Coverage Extension is included within the Limit of Insurance applying to Electronic Data

EXH - 000041 of 000154

E3424-ED3 03 02

Filed          17-CI-003863   08/14/2017   Includes copyrighted material of Insurance Services Office, Inc. with its permission. David L. Nicholson, Jefferson Circuit Clerk

Filed          17-CI-003863     08/14/2017     David L. Nicholson, Jefferson Circuit Clerk

Processing Equipment at the described premises. The Electrical Apparatus Exclusion **B.1.d, B.2.a, B.2.c., B.2.d., B.2.i., B.2.k.(3),(4)** and **(5)** and **B.3.b.** does not apply to this Coverage Extension.

**i.   Artificially Generated Electrical Current**

We will pay for loss or damage to Electronic Data Processing Equipment due to artificially generated electrical current if such loss or damage is caused by or results from:

**(1)** An occurrence that took place within 100 feet of the described premises; or

**(2)** Interruption of electronic power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

If such loss or damage as specified above, exceeds in any one occurrence the applicable deductible shown in the Declarations, we will then pay the amount of loss or damage in excess of the deductible up to the applicable Limit of Insurance for the Equipment.

This Coverage Extension is included within the Limit of Insurance applying to Electronic Data Processing Equipment at the described Location.

The Electrical Apparatus Exclusion **B.1.d, B.2.a, B.2.c., B.2.d., B.2.i., B.2.k.(3),(4)** and **(5)** and **B.3.b.** does not apply to this Coverage Extension.

**B. EXCLUSIONS**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a.   Earth Movement**

**(1)** Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(2)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust, or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to COVERED PROPERTY.

**b.   Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**c.   Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**d.   Power Failure**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if failure of power or other utility service results in a COVERED CAUSE OF LOSS, we will pay for the loss or damage caused by that COVERED CAUSE OF LOSS.

EXH - 000042 of 000154

E3424-ED3 03 02

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Filed          17-CI-003863     08/14/2017     David L. Nicholson, Jefferson Circuit Clerk

Farmers 000042

Filed          17-CI-003863     08/14/2017     David L. Nicholson, Jefferson Circuit Clerk DOCUMENT

08/22/2017 02:53:31 PM
89056

**e. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**f. Water, Mudslide Or Mudflow**

(1) We will not pay for loss or damage caused directly or indirectly by any of the following:

(a) Water, in any form; or

(b) Mudslide or mudflow

Such loss or damage is excluded (including but not limited to rust, wet or dry rot or fungi) regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

(2) However, we will pay for loss or damage, not otherwise excluded, but not for any other resulting damage, caused by:

(a) Sudden and accidental discharge or leakage of water or steam as a direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

We will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or steam escapes.

We will not pay the cost to repair any defect that caused the loss or damage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

(i) Results in discharge of any substance from an automatic

fire protection system; or

(ii) Is directly caused by freezing.

(b) Water damage to the interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, if:

(i) The building or structure first sustains damage by a COVERED CAUSE OF LOSS to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

(ii) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

(c) Water, other liquids, powder, molten material leaking or flowing from plumbing, heating, air conditioning or other equipment caused by or resulting from freezing, only if:

(i) You have taken all necessary measures to maintain heat in the building or structure; or

(ii) You drain the equipment and shut off the supply if the heat is not maintained.

(d) Hail damage to the exterior of the building or structure.

(e) Water when used to suppress fire.

With respect to **2.(a), (b) and (c)**, we will not pay for loss or damage that occurs over a period of 14 days or more.

But if loss or damage causes fire or explosion, we will pay for the loss or damage caused by the fire or explosion.

**g. Asbestos**

(1) Loss or damage arising out of, resulting from, caused by, contributed to or aggravated by asbestos or exposure to asbestos.

(2) Any loss, cost, expense, request, demand, order, claim or suit to test for, monitor, clean up, remove, abate, mitigate, contain, treat, detoxify, neutralize, dispose of or in any way respond to or assess the effects of asbestos or exposure to asbestos.

E3424-ED3 03 02

EXH - 000043 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Filed          17-CI-003863      08/14/2017      David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
                                                                    08/22/2017 02:53:31 PM
                                                                    89056

(3) Any supervision, instructions, recommendations, warnings or advice given or which should have been given or in connection with the above; and

(4) Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

2. We will not pay for loss or damage caused by or resulting from any of the following:

   **a. Electrical Apparatus**

   Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires. But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by fire.

   **b. Consequential Losses**

   Delay, loss of use or loss of market.

   **c. Smoke, Vapor, Gas**

   Smoke, vapor or gas from agricultural smudging or industrial operations.

   **d. Steam Apparatus**

   Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion

   We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   **e. Dishonesty**

   Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

   (1) Acting alone or in collusion with others;

   (2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

**f. False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**g. Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

**h. Collapse**

Collapse, except as provided in the Additional Coverage for Collapse. But if collapse results in a COVERED CAUSE OF LOSS, we will pay for the loss or damage caused by that COVERED CAUSE OF LOSS.

**i. Pollution**

We will not pay for loss or damage caused by or resulting from or contributed to:

The discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

**j. Other Types Of Loss**

(1) Wear and tear;

(2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

E3424-ED3 03 02

Page 14 of 25

EXH - 000044 of 000154

8/14/2017                                                                    Farmers 000044

Filed          17-CI-003863    08/14/2017    David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

secretions, by insects, birds, rodents or other animals;

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force; or

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere or changes in or extremes of temperature, unless such conditions result from physical damage caused by a COVERED CAUSE OF LOSS to an air conditioning unit or system, including equipment and parts, which is part of, or used with the electronic data processing equipment.

(b) Marring or scratching.

But if an excluded cause of loss that is listed in **B.2.j.(1)** through **B.2.j.(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

3. We will not pay for loss or damage caused by or resulting from any of the following **B.3.a.** through **B.3.c.** But if an excluded cause of loss that is listed in **B.3.a.** through **B.3.c.** results in a COVERED CAUSE OF LOSS, we will pay for the loss or damage caused by that COVERED CAUSE OF LOSS.

   **a.** **Weather Conditions**

   Weather Conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

   **b.** **Acts Or Decisions**

   Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   **c.** **Negligent Work**

   Faulty, inadequate or defective:

   (1) Planning, zoning, development, surveying, siting;

   (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

4. **Business Income And Extra Expense Exclusions**

   We will not pay for:

   **a.** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

   (1) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

   (2) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration".

   **b.** Any other consequential loss.

5. **Accounts Receivable And "Valuable Papers And Records" Exclusions**

   The following additional exclusions apply to the Accounts Receivable and "Valuable Papers And Records" Coverage Extensions:

   **a.** We will not pay for loss or damage caused by or resulting from electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

   (1) Programming errors or faulty machine instructions;

   (2) Faulty installation or maintenance of data processing equipment or component parts;

   But we will pay for direct loss or damage caused by lightning.

   **b.** Applicable to "Valuable Papers and Records" only:

   We will not pay for loss or damage caused by or resulting from any of the following:

   (1) Errors or omissions in processing or copying. But if errors or omissions in processing or copying results in fire or

EXH - 000045 of 000154

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Filed          17-CI-003863    08/14/2017    David L. Nicholson, Jefferson Circuit Clerk

8/14/2017

Farmers 000045

explosion, we will pay for the direct loss or damage caused by that fire or explosion.

**(2)** Wear and tear, gradual deterioration or latent defect.

**c.** Applicable to Accounts Receivable only:

We will not pay for:

**(1)** Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

**(2)** Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

**(3)** Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**6.** Electronic Data Processing Equipment And Media

We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Human errors or omissions in processing, recording or storing information on electronic media and records and electronic data processing equipment.

But we will pay for direct loss or damage caused by resulting fire or explosion.

**b.** Electrical or magnetic injury, disturbance or erasure of electronic recordings, except as provided for under Coverage Extensions.

But we will pay for direct loss or damage caused by lightning.

**c.** Failure, breakdown or malfunction of electronic media and records and electronic data processing equipment, including parts, while the media is being run through the equipment.

But we will pay for direct loss or damage caused by resulting fire or explosion.

**d.** Installation, testing, repair or other similar service performed upon the electronic data processing media and records or electronic data processing equipment, including parts.

## C. LIMITS OF INSURANCE

**1.** The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**2.** The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

**3.** The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

**4.** Building Limit - Automatic Increase

**a.** The Limit of Insurance for Buildings will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year of the effective date of the most recent policy change amending the Building limit, divided by 365.

Example:

If: The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is $100,000 x .08 x 146 Divided By 365 = $3,200.

## D. DEDUCTIBLES

**1.** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

EXH - 000046 of 000154

Filed          17-CI-003863      08/14/2017      David L. Nicholson, Jefferson Circuit Clerk

**2.** Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under all of the following Optional Coverages and the Additional Coverage - Exterior Building Glass in any one occurrence is the Optional Coverage/Exterior Building Glass Deductible shown in the Declarations:

    **a.** Money and Securities;

    **b.** Employee Dishonesty;

    **c.** Interior Glass; and

    **d.** Outdoor Signs.

But this Optional Coverage/Exterior Building Glass Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

**3.** No deductible applies to the following Additional Coverages:

    **a.** Fire Department Service Charge;

    **b.** Business Income;

    **c.** Extra Expense; and

    **d.** Civil Authority.

**E. PROPERTY LOSS CONDITIONS**

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    **a.** Pay its chosen appraiser; and

    **b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

    **a.** You must see that the following are done in the event of loss or damage to COVERED PROPERTY:

      **(1)** Notify the police if a law may have been broken.

      **(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

      **(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

      **(4)** Take all reasonable steps to protect the COVERED PROPERTY from further damage, and keep a record of your expenses necessary to protect the COVERED PROPERTY, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a COVERED CAUSE OF LOSS. Also, if feasible, set the damaged property aside and in the best possible order for examination.

      **(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

      **(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records. Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

      **(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

      **(8)** Cooperate with us in the investigation or settlement of the claim.

      **(9)** Resume all or part of your "operations" as quickly as possible.

    **b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be

EXH - 000047 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk
08/22/2017 02:53:31 PM
89056

reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

### 4. Legal Action Against Us

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

### 5. Limitation Electronic Media And Records

We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media And Records after the longer of:

**a.** 60 consecutive days from the date of direct physical loss or damage; or

**b.** The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

Electronic Media And Records are:

**(1)** Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

**(2)** Data stored on such media; or

**(3)** Programming records used for electronic data processing or electronically controlled equipment.

Example No. 1:

A COVERED CAUSE OF LOSS damages a computer on June 1. It takes until September 1 to replace the computer, and until October 1 to restore the data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1 - September 1. Loss during the period September 2 - October 1 is not covered.

Example No. 2:

A COVERED CAUSE OF LOSS results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 - September 29 (60 consecutive days). Loss during the period September 30 - October 15 is not covered.

### 6. Loss Payment

In the event of loss or damage covered by this policy:

**a.** At our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **d.(1)(e)** below.

**b.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**c.** We will not pay you more than your financial interest in the COVERED PROPERTY.

**d.** Except as provided in **(2)** through **(8)** below, we will determine the value of COVERED PROPERTY as follows:

**(1)** At replacement cost without deduction for depreciation, subject to the following:

**(a)** If, at the time of loss, the Limit of Insurance on the lost or damaged property is 80% or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

**(i)** The Limit of Insurance under this policy that applies to the lost or damaged property;

**(ii)** The cost to replace, on the same premises, the lost or damaged property with other property:

**i.** Of comparable material and quality; and

EXH · 000048 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk
8/14/2017 Farmers 000048

Filed        17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk        08/22/2017 02:53:31 PM
89056

**ii.** Used for the same purpose; or

**(iii)** The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

**(b)** If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

**(i)** The actual cash value of the lost or damaged property; or

**(ii)** A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the cost of repair or replacement.

**(c)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(d)** We will not pay on a replacement cost basis for any loss or damage:

**(i)** Until the lost or damaged property is actually repaired or replaced; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

**(e)** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**(2)** If the "Actual Cash Value - Buildings" option applies, as shown in the Declarations, Paragraph **(1)** above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

**(3)** The following property at actual cash value:

**(a)** Used or second-hand merchandise held in storage or for sale;

**(b)** Property of others, but this property is not covered for more than the amount for which you are liable, plus the cost of labor, materials or services furnished or arranged by you on personal property of others;

**(c)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

**(d)** Manuscripts;

**(e)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

**(4)** Glass at the cost of replacement with safety glazing material if required by law.

**(5)** "Valuable papers and records", including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

**(a)** Blank materials for reproducing the records; and

**(b)** Labor to transcribe or copy the records.

This condition does not apply to "valuable papers and records" and electronic media and records that are actually replaced or restored.

**(6)** Applicable only to the Optional Coverages:

**(a)** "Money" at its face value; and

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Filed        17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                        Farmers 000049

Filed        17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

**(b)** "Securities" at their value at the close of business on the day the loss is discovered.

**(7)** Applicable only to Accounts Receivable:

**(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

**(i)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

**(ii)** We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**(b)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(i)** The amount of the accounts for which there is no loss or damage;

**(ii)** The amount of the accounts that you are able to re-establish or collect;

**(iii)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(iv)** All unearned interest and service charges.

**e.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the COVERED PROPERTY.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy, and

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**7. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**8. Resumption Of Operations**

We will reduce the amount of your:

**a.** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**b.** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**9. VACANCY**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in COVERED PROPERTY, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner of a building, building means the entire building. Such

EXH-I · 000050 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

E3424-ED3 03 02
Page 20 of 25

Filed        17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                    Farmers 000050

Filed    17-CI-003863    08/14/2017    David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
08/22/2017 02:53:31 PM
89056

building is vacant when 70% or more of its total square footage:

(i) Is not rented; or

(ii) Is not used to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**F. PROPERTY GENERAL CONDITIONS**

**1. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance. The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**2. Mortgageholders**

**a.** The term "mortgageholder" includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this policy at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder

E3424-ED3 03 02
Includes copyrighted material of Insurance Services Office, Inc. with its permission.    Page 21 of 25

EXH - 000051 of 000154

Filed    17-CI-003863    08/14/2017    David L. Nicholson, Jefferson Circuit Clerk

8/14/2017    Farmers 000051

Filed         17-CI-003863      08/14/2017      David L. Nicholson, Jefferson Circuit Clerk      DOCUMENT
08/22/2017 02:53:31 PM
89056

at least 10 days before the expiration date of this policy.

**3. No Benefit To Bailee**

No person or organization, other than you, having custody of COVERED PROPERTY will benefit from this insurance.

**4. Policy Period, Coverage Territory**

Under this form:

**a.** We cover loss or damage commencing:

**(1)** During the policy period shown in the Declarations; and

**(2)** Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

**b.** The coverage territory is:

**(1)** The United States of America (including its territories and possessions);

**(2)** Puerto Rico; and

**(3)** Canada.

**G. OPTIONAL COVERAGES**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

**1. SPECIFIED PROPERTY**

**a.** We will pay for direct physical loss of or damage to fences, walls, walks, driveways and pools at the described location.

**b.** The most we will pay for this Optional Coverage is the Limit of Insurance shown in the Declarations for Specified Property.

**2. OUTDOOR SIGNS**

**a.** We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

**(1)** Owned by you; or

**(2)** Owned by others but in your care, custody or control.

**b.** Paragraph **A.3., COVERED CAUSES OF LOSS**, and Section **B., EXCLUSIONS**, do not apply to this Optional Coverage, except for:

**(1)** Paragraph **B.1.b.**, Governmental Action;

**(2)** Paragraph **B.1.c.**, Nuclear Hazard; and

**(3)** Paragraph **B.1.e.**, War And Military Action.

**c.** We will not pay for loss or damage caused by or resulting from:

**(1)** Wear and tear;

**(2)** Hidden or latent defect;

**(3)** Rust;

**(4)** Corrosion; or

**(5)** Mechanical breakdown.

**d.** The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Outdoor Signs shown in the Declarations.

**e.** The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

**3. INTERIOR GLASS**

**a.** We will pay for direct physical loss of or damage to items of glass that are permanently affixed to the interior walls, floors or ceilings of a covered building or structure at the described premises, provided each item is:

**(1)** Described in the Declarations as covered under this Optional Coverage; and

**(2)** Located in the basement or ground floor level of the building or structure, unless the Declarations show that this Optional Coverage is applicable to interior glass at all floors; and

**(3)** Owned by you, or owned by others but in your care, custody or control.

**b.** We will also pay for necessary:

**(1)** Expenses incurred to put up temporary plates or board up openings;

**(2)** Repair or replacement of encasing frames; and

**(3)** Expenses incurred to remove or replace obstructions.

**c.** Paragraph **A.3., COVERED CAUSES OF LOSS**, and Section **B., EXCLUSIONS**, do

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

E3424-ED3 03 02
Page 22 of 25

EXH - 000052 of 000154

Filed         17-CI-003863      08/14/2017      David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                                        Farmers 000052

Filed          17-CI-003863      08/14/2017      David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT

08/22/2017 02:53:31 PM
89056

not apply to this Optional Coverage, except for:

**(1)** Paragraph **B.1.b.**, Governmental Action;

**(2)** Paragraph **B.1.c.**, Nuclear Hazard; and

**(3)** Paragraph **B.1.e.**, War And Military Action.

**d.** We will not pay for loss or damage caused by or resulting from:

**(1)** Wear and tear;

**(2)** Hidden or latent defect;

**(3)** Corrosion; or

**(4)** Rust.

**e.** This Optional Coverage supersedes all limitations in this policy that apply to interior glass.

**4. MONEY AND SECURITIES**

**a.** We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

**(1)** Theft, meaning any act of stealing;

**(2)** Disappearance; or

**(3)** Destruction.

**b.** In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

**(1)** Resulting from accounting or arithmetical errors or omissions;

**(2)** Due to the giving or surrendering of property in any exchange or purchase; or

**(3)** Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**c.** The most we will pay for loss in any one occurrence is:

**(1)** The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

**(a)** In or on the described premises; or

**(b)** Within a bank or savings institution; and

**(2)** The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

**d.** All loss:

**(1)** Caused by one or more persons; or

**(2)** Involving a single act or series of related acts;

is considered one occurrence.

**e.** You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

**5. EMPLOYEE DISHONESTY**

**a.** We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

**(1)** Cause you to sustain loss or damage; and also

**(2)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

**(a)** Any employee; or

**(b)** Any other person or organization.

**b.** We will not pay for loss or damage:

**(1)** Resulting from any dishonest or criminal act that you or any of your partners commit whether acting alone or in collusion with other persons.

**(2)** The only proof of which as to its existence or amount is:

**(a)** An inventory computation; or

**(b)** A profit and loss computation.

**c.** The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

**d.** All loss or damage:

EXH - 000053 of 000154

E3424-ED3 03 02

Page 23 of 25

Filed          17-CI-003863      08/14/2017      David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                              Farmers 000053

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:31 PM
89056

**(1)** Caused by one or more persons; or

**(2)** Involving a single act or series of related acts;

is considered one occurrence.

**e.** We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance accumulates from year to year or period to period.

**f.** This Optional Coverage does not apply to any employee immediately upon discovery by:

**(1)** You; or

**(2)** Any of your partners, officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

**g.** We will pay only for covered loss or damage discovered no later than one year from the end of the Policy Period.

**h.** If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

**(1)** This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

**(2)** The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**i.** The insurance under Paragraph **h.** above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

**(1)** This Optional Coverage as of its effective date; or

**(2)** The prior insurance had it remained in effect.

**H. PROPERTY DEFINITIONS**

**1.** "Money" means:

**a.** Currency, coins and bank notes in current use and having a face value; and

**b.** Travelers checks, register checks and money orders held for sale to the public.

**2.** "Operations" means your business activities occurring at the described premises.

**3.** "Period of restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any COVERED CAUSE OF LOSS at the described premises; and

**b.** Ends on the earlier of:

**(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

"Period of Restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

**(a)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

EXH - 000054 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk

8/14/2017 Farmers 000054

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk DOCUMENT

08/22/2017 02:53:31 PM

89056

5. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

   a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

   b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you; but does not include "money".

6. "Specified Causes of Loss" means the following:

   Fire; lightning; explosion, windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet.

   a. "Sinkhole collapse" means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

      (1) The cost of filling sinkholes; or

      (2) Sinking or collapse of land into manmade underground cavities.

   b. Falling objects does not include loss of or damage to:

      (1) Personal property in the open; or

      (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

7. "Valuable papers and records" means inscribed, printed, or written:

   a. Documents;

   b. Manuscripts; and

   c. Records;

   including abstracts, books, deeds, drawings, films, maps or mortgages.

   But "valuable papers and records" does not mean:

   d. "Money" or "Securities";

   e. Converted Data;

   f. Programs or instructions used in your data processing operations, including the materials on which the data is recorded.

8. "Converted data" means information that is stored on electronic media, that is capable of being communicated, processed or interpreted by electronic data processing equipment.

EXHI - 000055 of 000154

E3424-ED3 03 02

Filed 17-CI-003863 08/14/2017 Includes copyrighted material of Insurance Services Office, Inc., with its permission. David L. Nicholson, Jefferson Circuit Clerk Page 25 of 25

Filed        17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
08/22/2017 02:53:31 PM
89056

# Exclusion Of Loss Due To Virus Or Bacteria



**ZURICH** ®

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS SPECIAL PROPERTY COVERGE FORM**
**APARTMENT OWNERS PROPERTY COVERAGE FORM**
**CONDOMINIUM PROPERTY COVERAGE FORM**

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under **Section A - Coverage** in all forms and endorsements that comprise this policy, except as provided in Paragraph **C.** This includes but is not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

**C.** However, the exclusion in Paragraph **B.** does not apply to the following:

    **1.** Loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage may be addressed in a separate exclusion in this policy; or

    **2.** Coverage otherwise provided under Food Borne Illness Business Interruption Coverage **E3032** (if that endorsement is attached to this policy); or

    **3.** Coverage otherwise provided under the Restaurant Food Contamination Shutdown Coverage **E3419** (if that endorsement is attached to this policy).

**D.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**E.** If the following provisions are part of this policy, they are hereby amended to remove reference to bacteria:

    **1.** Exclusion of "Fungi", Wet Rot, Dry Rot And Bacteria; and

    **2.** Additional Coverage – Limited Coverage For "Fungi", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**F.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this policy.

This endorsement is part of your policy.  It supersedes and controls anything to the contrary.  It is otherwise subject to all the terms of the policy.

EXH-I - 000056 of 000154

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
08/22/2017 02:53:31 PM
89056

# Limited Coverage For Fungi, Wet Rot, Dry Rot And Bacteria

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Apartment Owners Property Coverage Form**
**Condominium Property Coverage Form**

**A.** The following is added under **B.1. EXCLUSIONS** in the applicable PROPERTY COVERAGE FORM:

  **h. "Fungi", Wet Rot, Dry Rot And Bacteria**

  Presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria.

  But if "fungi", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

  This exclusion does not apply:

  **(1)** When "fungi", wet or dry rot or bacteria results from fire or lightning; or

  **(2)** To the extent that coverage is provided in the Additional Coverage -- Limited Coverage For "Fungi", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

**B.** Item **B.1.f. Water, Mudslide or Mudflow** under **B.1. EXCLUSIONS** in the applicable PROPERTY COVERAGE FORM is amended as follows:

  **a.** The following item is added to paragraph **B.1.f.(2)**:

  **(f)** "Fungi", wet or dry rot or bacteria that results from fire or lightning.

  **b.** The following is added as paragraph **B.1.f.(3)**:

  This exclusion does not apply to the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungi", Wet Rot, Dry Rot And Bacteria, if any, with respect to loss or damage by a cause of loss other than fire or lightning.

**C.** Paragraph **B.2.j.(2)** under **B.2. EXCLUSIONS** in the applicable PROPERTY COVERAGE FORM is replaced by the following:

  **(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself.

**D.** The following is added under **B.2.j.** in the applicable PROPERTY COVERAGE FORM:

  **(8)** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**E.** Paragraph **A.5.k.(6)** of the Additional **Ordinance Or Law Coverage** in the APARTMENT OWNERS PROPERTY COVERAGE FORM and paragraph **A.5.i.(6)** of the Additional **Ordinance Or Law Coverage** in the CONDOMINIUM PROPERTY COVERAGE FORM is replaced by the following:

  **(6)** Under this Additional Coverage, we will not pay for:

  **(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or bacteria; or

  **(b)** Any costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet or dry rot or bacteria.

**F.** The following is added as item **n.** in the CONDOMINIUM PROPERTY COVERAGE FORM and item **p.** in the APARTMENT OWNERS PROPERTY COVERAGE FORM under Section **A.5. Additional Coverages:**

EXH - 000057 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

J6829-ED1 03 10
Page 1 of 3

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk

8/14/2017 Farmers 000057

Filed        17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

**Limited Coverage For "Fungi", Wet Rot, Dry Rot And Bacteria**

If "fungi", wet or dry rot or bacteria results from a "specified cause of loss" (other than fire or lightning) that occurs during the policy period, and if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

**(1)** We will pay for loss or damage by "fungi", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

**(a)** Direct physical loss or damage to Covered Property caused by "fungi", wet or dry rot or bacteria, including the cost of removal of the "fungi", wet or dry rot or bacteria;

**(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet or dry rot or bacteria; and

**(c)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided it is reasonable to believe that "fungi", wet or dry rot or bacteria are present.

**(2)** The most we will pay under this Limited Coverage for the sum of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in each 12-month period (beginning with the effective date of this policy), is $15,000. The $15,000 aggregate limit is subject to and not in addition to the applicable Limit of Insurance on the affected property and is applied regardless of the number of premises involved in such occurrence(s).

**(3)** We will not pay more than the total of $15,000 under this Limited Coverage even if the "fungi", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

**(4)** Payments under this Limited Coverage are subject to and not in addition to the applicable Limit of Insurance on any Covered Property.

**(5)** If there is covered loss or damage to Covered Property, not caused by "fungi", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**(6)** The terms of this Limited Coverage do not increase or reduce the coverage provided under the Additional Coverages **5.d. Collapse** or **5.e. Water Damage, Other Liquids, Powder or Molten Material Damage**.

**(7)** This Limited Coverage applies if a Limit of Insurance is shown in the Declarations for Building or Personal Property.

**(8)** The following applies only if Business Income or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense coverage.

**(a)** If the loss which resulted in "fungi", wet or dry rot or bacteria does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet or dry rot or bacteria, we will pay for the actual loss of business income and extra expense you sustain. However, we will only pay for loss of business income and extra expense sustained in a period of not more than 30 days. The days need not be consecutive.

**(b)** If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet or dry rot or bacteria, but remediation of "fungi", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for the actual loss of business income and extra expense you sustain during the delay (regardless of when such a delay occurs during the "period of restoration") but such coverage is limited to 30 days. The days need not be consecutive.

**(9)** The following applies to Association Fees and Extra Expense coverage:

**(a)** If the loss which resulted in "fungi", wet or dry rot or bacteria does not in itself render a unit uninhabitable, but such unit is uninhabitable due to loss or damage to property caused by "fungi", wet or dry rot or bacteria, then our payment under the Association Fees and Extra Expense coverage is limited to the amount of lost fees and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**(b)** If loss or damage other than "fungi" wet or dry rot or bacteria renders a unit

EXH - 000058 of 000154

Filed        17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                Farmers 000058

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
08/22/2017 02:53:31 PM
89056

uninhabitable, but remediation of "fungi", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss of Association Fees and/or Extra Expense you sustain during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**G.** Section **H. PROPERTY DEFINITIONS** of the applicable PROPERTY COVERAGE FORM is revised as follows:

**1.** The following definition is added:

**9.** "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** The first two paragraphs of Item **6. "Specified Causes of Loss"** are replaced by the following:

**6. "Specified Causes of Loss"** means the following:

Fire; lightning; explosion; windstorm; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; water damage; weight of snow, ice or sleet.

**3.** The following subparagraph is added to item **6. "Specified Causes of Loss"**:

**c. Water damage** means sudden and accidental discharge or leakage of water or steam as a direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

EXH - 000059 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

J6829-ED1 03 10
Page 3 of 3

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk

8/14/2017

Farmers 000059

Filed          17-CI-003863     08/14/2017          David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                        08/22/2017 02:53:31 PM
                                                                        89056

# Period of Restoration Redefined

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**APARTMENT OWNERS PROPERTY COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Apartment Owners Property Coverage Form apply unless modified by the endorsement.

Paragraph **H. PROPERTY DEFINITIONS - 3.a.** "Period of restoration", is deleted and replaced with the following:

**a.** Begins immediately after the time of direct physical loss or damage for Business Income Coverage or Extra Expense Coverage caused by or resulting from any COVERED CAUSE OF LOSS at the described premises; and

E0122-ED3 08 07

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Page 1 of 1

EXH·I - 000060 of 000154

8/14/2017                                                                Farmers 000060

Filed          17-CI-003863   08/14/2017   David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
08/22/2017 02:53:31 PM
89056

# Extended Replacement Cost Endorsement
# Coverage A - Building

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**APARTMENT OWNERS POLICY**
**CONDOMINIUM POLICY**

**COVERAGE A BUILDING**

When this endorsement is attached to your policy, we will pay up to 125% of the Limits of Insurance shown on the Declarations Page to repair or replace covered buildings damaged by a covered loss.

**A.** You must agree to and comply with the following additional policy provisions:

1. Building, as defined in the policy, including garages and carports, must be insured at policy inception to 100% of their current replacement cost.

2. You must accept each annual adjustment in building coverage limits to maintain proper insurance to value, and pay the corresponding premium when due.

3. You must notify us within 90 days of the start of any physical changes which increase the value of the insured buildings by $25,000 or more, and pay any additional premium due. This includes any new structures covered under this endorsement and any additions to or remodeling of the buildings.

**B. Extended Replacement Cost Coverage does not apply to the following:**

1. Appurtenant structures other than garages and carports, including but not limited to fences, outdoor signs, patios, driveways, walkways, retaining walls, swimming pools, spas and their related equipment.

2. **PROPERTY NOT COVERED** as specified in the policy to which this endorsement is attached, regardless of any endorsement or declaration page entry which extends to such property coverage other than Extended Replacement Cost Coverage.

3. Building upgrades as required by the enforcement of any ordinance or law regulating the use, construction, repair or demolition of the building including debris removal expense.

4. Damage caused by Earthquake.

**C.** Loss settlement under this endorsement will not exceed the lowest of the following:

1. The replacement cost of the damaged part of the building for equivalent construction and use on the same premises.

2. The amount necessarily spent to repair or replace such property intended for the same occupancy and use.

3. The lesser of Actual Cash Value or Building Policy Limits if the buildings are not repaired or replaced.

4. 125% of the Limits of Insurance shown on the Declarations Page.

This endorsement applies only of indicated on the Declarations Page or schedule of endorsements that is applicable to this policy.

EXH - 000061 of 000154

E6097-ED3 12 05
Page 1 of 1

Filed          17-CI-003863    08/14/2017      David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
08/22/2017 02:53:31 PM
89056

# Mechanical Breakdown Coverage Endorsement

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**APARTMENT OWNERS PROPERTY COVERAGE FORM**
**CONDOMINIUM PROPOPERTY COVERAGE FORM**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

**A.** Under **G. Optional Coverages** of the applicable Property Coverage Form, the following is added:

    **6. Mechanical Breakdown**

        **a.** We will pay for direct damage to Covered Property caused by an Accident to Covered Equipment. The Covered Equipment must be:

            **(1)** Owned by you or in your care, custody or control; and

            **(2)** At the described premises.

        **b.** Accident means a sudden and accidental breakdown of the Covered Equipment or a part of the Covered Equipment. At the time the breakdown occurs, it must manifest itself by physical damage to the Covered Equipment that necessitates repair or replacement.

        If an initial Accident causes other Accidents, all such Accidents will be considered one Accident. All Accidents that are the result of the same event will be considered one Accident.

        **c.** None of the following is an Accident:

            **(1)** Depletion, deterioration, corrosion or erosion;

            **(2)** Wear and tear;

            **(3)** Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

            **(4)** Breakdown of any vacuum tube, gas tube or brush;

            **(5)** Breakdown of any electronic computer or electronic data processing equipment;

            **(6)** Breakdown of any structure or foundation supporting the Covered Equipment or any of its parts;

            **(7)** The functioning of any safety or protective device; or

            **(8)** The explosion of gases or fuel within the furnace of any Covered Equipment or within the flues or passages through which the gases of combustion pass.

        **d.** Covered Equipment means any of the following equipment:

            **(1)** Boiler and Pressure Vessels:

                **(a)** Steam heating boilers and condensate return tanks used with them;

                **(b)** Hot water heating boilers and expansion tanks used with them;

                **(c)** Hot water supply boilers;

                **(d)** Other fired or unfired vessels used for maintenance or service of the described premises but not used for processing or manufacturing;

                **(e)** Steam boiler piping, valves, fittings, traps and separators, but only if they;

                    **(i)** Are on your premises or between parts of your premises;

                    **(ii)** Contain steam or condensate of steam; and

                    **(iii)** Are not part of any other vessel or apparatus;

EXH - 000062 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

E0124-ED1 10 02
Page 1 of 3

Filed          17-CI-003863    08/14/2017      David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                    Farmers 000062

Filed          17-CI-003863      08/14/2017       David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
                                                                                                    08/22/2017 02:53:31 PM
                                                                                                    89056

**(f)** Feed water piping between any steam boiler and a feed pump or injector.

**(2)** Air Conditioning Units - Any air conditioning unit that has a capacity of 60,000 Btu or more, including:

**(a)** Inductors, convectors and coils that make use of a refrigerant and form part of a cooling, humidity control or space heating system;

**(b)** Interconnecting piping, valves and fittings containing only a refrigerant, water, brine or other solution;

**(c)** Vessels heated directly or indirectly that:

**(i)** Form part of an absorption type system; and

**(ii)** Function as a generator, regenerator or concentrator;

**(d)** Compressors, pumps, fans and blowers used solely with the system together with their driving electric motors; and

**(e)** Control equipment used solely with the system.

**(3)** Equipment used for the generation, transmission or utilization of energy.

**e.** Covered Equipment does not mean:

**(1)** any structure, foundation, cabinet, compartment or air supported structure or building;

**(2)** any insulating or refractory material;

**(3)** any sewer piping, any underground vessels or piping, any piping forming a part of a sprinkler system or water piping other than boiler feed water piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

**(4)** any vehicle, dragline, excavation or construction equipment;

**(5)** any equipment manufactured by you for sale.

**f.  Expediting Expenses**

With respect to your damaged Covered Property, we will pay for the reasonable extra cost to:

**(1)** make temporary repairs; and

**(2)** expedite permanent repairs or replacement.

**g.  Hazardous Substances**

We will pay for the additional costs, up to $25,000, to repair or replace Covered Property because of contamination by a hazardous substance. This includes the additional costs to clean up or dispose of such property.

Hazardous substance means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

Additional costs mean those beyond what would have been required had no hazardous substance been involved.

**h.  CFC Refrigerants**

We will pay for the additional cost, up to $25,000 per Accident, to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorinated fluorocarbon) substances. This means the additional expense to do the least expensive of the following:

**(1)** Repair the damaged property and replace any lost CFC refrigerant;

**(2)** Repair the damaged property, retrofit the system to accept a non-CFC refrigerant and charge the system with a non-CFC refrigerant; or

**(3)** Replace the system with one using a non-CFC refrigerant.

Additional costs mean those beyond what would have been required had no CFC refrigerant been involved.

**i.  Drying Out Coverage**

If electrical covered equipment requires drying out as a result of a flood, we will pay for the direct expenses of such drying out.

**B.  Exclusions**

**(1)** All limitations and exclusions in the applicable Coverage Form apply except the following:

**(a)** Limitation A.4.a.(1), Steam Equipment;

**(b)** Limitation A.4.a.(2), Water Heating Equipment;

**(c)** Exclusion B.2.a., Electrical Apparatus;

**(d)** Exclusion B.2.d., Steam Apparatus; and

EXH - 000063 of 000154

Filed          17-CI-003863      08/14/2017       Includes copyrighted material of Insurance Services Office, Inc. with its permission.    David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                                                                          Farmers 000063

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk
08/22/2017 02:53:31 PM
89056

**(e)** Exclusion **B.2.k.(6),** **Mechanical Breakdown.**

**(2)** As respects Equipment Breakdown only, the last paragraph of **Exclusion B.2. , Other Types of Loss** is deleted and replaced with the following:

But if an excluded cause of loss that is listed in **B.2.k.(1)** through **B.2.k.(7)** results in an Accident, we will pay for the loss or damage caused by that Accident.

**(3)** We will not pay under this endorsement for loss or damage caused by or resulting from any of the following:

**(a)** a hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or

**(b)** an insulation breakdown test of any type of electrical equipment.

**C. Suspension Condition**

When any "covered equipment" is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an Accident to that equipment. We can do this by mailing or delivering a written notice of suspension to your address as shown in the Declarations, or at the address where the equipment is located. Once suspended in this way, your insurance can be reinstated only by written notice from us. If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

EXH - : 000064 of 000154

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                  Farmers 000064

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:31 PM
89056

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----------------|----------------|-------|
| D | PAS 05027414 | 02084218 | M020317113-001-00001 | NONE |

**BRANCH:  ZQ  EASTERN PENNSYL**                                   **NEW BUSINESS EFF 12/13/2011**



**ZURICH**®

### PRECISION PORTFOLIO POLICY
### BUSINESSOWNERS LIABILITY DECLARATIONS

### PRECISION AMERICA
### HABITATIONAL PROGRAM - PREFERRED

| COVERAGES AND LIMITS OF INSURANCE | |
|---|---|
| Some of these coverages are sub-limits or are subject to aggregate limits.  Refer to your policy to determine how they apply. | |
| Liability and Medical Expenses | $1,000,000 |
| Liability and Medical Expenses – Aggregate | $2,000,000 |
| Tenants Liability | $   75,000 |
| Medical Expenses (any one person) | $    5,000 |
| HIRED AND NON-OWNED AUTO LIABILITY | $1,000,000 |

**BUSINESSOWNERS LIABILITY**          INSURED'S COPY

Filed          17-CI-003863          08/14/2017          David L. Nicholson, Jefferson Circuit Clerk   U-BOP-822-A 11-09

8/14/2017                                                                                          Farmers 000065

EXH - 000065 of 000154

12/11/2011

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk          DOCUMENT
                                                                                                    08/22/2017 02:53:31 PM
                                                                                                    89056

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----------------|----------------|-------|
| D | PAS 05027414 | 02084218 | M020317113-001-00001 | NONE |

**BRANCH: ZQ  EASTERN PENNSYL**                                         NEW BUSINESS EFF 12/13/2011



# PRECISION PORTFOLIO POLICY
## BUSINESSOWNERS LIABILITY SCHEDULE
## PRECISION AMERICA

| LOC # | CLASS CODE | LOCATION ADDRESS (IF APPLICABLE) CLASSIFICATION NAME | RATING BASIS | ANNUAL EXPOSURE |
|-------|-----------|-----------------------------------------------------|--------------|-----------------|
| 01 | | 2106 BUECHEL BANK RD<br>LOUISVILLE          KY<br>ZIP CODE:        40218-3500 | | |
| | 6513R | APARTMENT BUILDINGS (FIVE OR MORE HOUSING UNITS) – RESIDENTIAL OCCUPANCY ONLY | NOT APPLICABLE | INCLUDED |
| | 6513P | SWIMMING POOLS – APARTMENT | NUMBER OF POOLS | 1 |

**BUSINESSOWNERS LIABILITY**                                          9S2355 Ed. 11-08

EXH - 000066 of 000154

INSURED'S COPY                                          12/14/2011

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                              Farmers 000066

Filed          17-CI-003863     08/14/2017          David L. Nicholson, Jefferson Circuit Clerk DOCUMENT

08/22/2017 02:53:31 PM
89056

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|--------------|-----|-----------------|-----|--------------------|-------|
| D | PAS 05027414 | | 02084218 | | M020317113-001-00001 | NONE |

BRANCH  ZQ  EASTERN PENNSYL                                     NEW BUSINESS EFF 12/13/2011



### PRECISION PORTFOLIO POLICY
### SUPPLEMENTAL DECLARATIONS
### PRECISION AMERICA
### HABITATIONAL PROGRAM - PREFERRED

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|
| LIABILITY<br><br>E3331-ED3          0807 | LIMITATION OF COVERAGE TO DESIGNATED PREMISES<br><br>PREMISES:<br>ALL PREMISES DESCRIBED IN THE BUSINESSOWNERS PROPERTY SCHEDULE |
| LIABILITY<br><br>E3336-ED2          0702 | Hired Auto and Non-Owned Auto Liability<br><br>HIRED AUTO AND NON-OWNED AUTO LIABILITY     Coverage  Additional Premium<br>                                                                              $1,000,000            $132 |
| | |
| | |
| | |
| | |

**COMMERCIAL GENERAL LIABILITY**

9S5008 Ed 3-00

INSURED'S COPY                                                                12/14/2011

3. 3. 1

Filed          17-CI-003863     08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

EXH: 000067 of 000154

Filed          17-CI-003863     08/14/2017        David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                       08/22/2017 02:53:31 PM

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|------------------------|-------|
| D | PAS 05027414 | | 02084218 | | M020317113-001-00001 | NONE |

| BRANCH ZQ   EASTERN PENNSYL | ENDORSEMENT EFF 12/13/2011 |



## PRECISION PORTFOLIO POLICY

## POLICY CHANGES

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

| POLICY EFFECTIVE | | POLICY CHANGES EFFECTIVE | COMPANY |
|------|------|------|------|
| FROM | TO | | |
| 12/13/2011 | 12/13/2012 | 12/13/2011 | MARYLAND CASUALTY COMPANY |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|------|------|
| WILLOWBROOK INVESTMENTS, LLC. 2106 BUECHEL BANK ROAD LOUISVILLE KY 40218 | R. H. CLARKSON INSURANCE AGENCY, LLC PO BOX 70129 LOUISVILLE KY 40270-0129 |

### COVERAGE PARTS AFFECTED

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### CHANGES

ADDED LOC 1 MORTGAGEE, ASSIGNEE, RECEIVER MIDLAND LOAN SERVICES PO BOX 25968  SHAWNEE MISSION KS 66225-5968

FULL TERM PREMIUM INCLUDING THIS TRANSACTION: $     36,428.78
PREMIUM EFFECT OF THIS TRANSACTION:         $       .00

Countersigned by _____   _____
                              Authorized Representative                        Date

Copyright, Insurance Services Office, Inc., 1983.
Copyright, ISO Commercial Risk Services, Inc., 1983.

IL 12 01 06 01                           INSURED'S COPY                        02/22/2012

EXH - 000068 of 000154

Filed          17-CI-003863    08/14/2017    David L. Nicholson, Jefferson Circuit Clerk       DOCUMENT

08/22/2017 02:53:31 PM
89056

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT PERIOD |
|------|---------------|-----------------|----------------|--------------|
| D | PAS 05027414 | 02084218 | MO20317113-001-00001 | NONE |

**BRANCH** ZQ EASTERN PENNSYLVANIA OFFICE                     **ENDORSEMENT EFF 12/13/2011**



## MARYLAND CASUALTY COMPANY
## COMMON POLICY DECLARATIONS
## PRECISION AMERICA
## HABITATIONAL PROGRAM - PREFERRED

| TAXES AND SURCHARGES | |
|---|---|
| LOUISVILLE | $  1,948.10 * |
| JEFFERSON | $     .00 * |
| *These charges include both the local government premium tax and collection fee. | |
| PREMIUM SURCHARGE, REFUNDABLE | $   609.68 |

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001
Copyright, Zurich American Insurance Company 2004

02/22/2012

COMMON                                                   INSURED'S COPY                U-CL-D-100-A CW (06-04)

Filed          17-CI-003863    08/14/2017    David L. Nicholson, Jefferson Circuit Clerk

EXH - 000069 of 000154

8/14/2017                                                                          Farmers 000069

Filed          17-CI-003863      08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:31 PM
89056

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|
| D | PAS 05027414 | 02084218 | M020317113-001-00001 | NONE |

| BRANCH: ZQ EASTERN PENNSYL | ENDORSEMENT EFF 12/13/2011 |
|---|---|



## PRECISION PORTFOLIO POLICY
## BUSINESSOWNERS LIABILITY DECLARATIONS

### PRECISION AMERICA
### HABITATIONAL PROGRAM - PREFERRED

### COVERAGES AND LIMITS OF INSURANCE

Some of these coverages are sub-limits or are subject to aggregate limits.  Refer to your policy to determine how they apply.

| | |
|---|---|
| Liability and Medical Expenses | $1,000,000 |
| Liability and Medical Expenses – Aggregate | $2,000,000 |
| Tenants Liability | $   75,000 |
| Medical Expenses (any one person) | $    5,000 |
| HIRED AND NON-OWNED AUTO LIABILITY | $1,000,000 |

**BUSINESSOWNERS LIABILITY**          INSURED'S COPY

U-BOP-1064-A KY 11-08

EXH : 000070 of 000154

Filed          17-CI-003863      08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

02/22/2012
Farmers 000070

Filed          17-CI-003863     08/14/2017          David L. Nicholson, Jefferson Circuit Clerk    DOCUMENT
                                                                                            08/22/2017 02:53:31 PM
                                                                                            89056

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|
| D | PAS 05027414 | 02084218 | M020317113-001-00001 | NONE |

**BRANCH: ZQ   EASTERN PENNSYL**                                    ENDORSEMENT EFF 12/13/2011



**ZURICH**®

# PRECISION PORTFOLIO POLICY
## BUSINESSOWNERS LIABILITY SCHEDULE
### PRECISION AMERICA

| LOC # | CLASS CODE | LOCATION ADDRESS (IF APPLICABLE) CLASSIFICATION NAME | RATING BASIS | ANNUAL EXPOSURE |
|---|---|---|---|---|
| 01 | | 2106 BUECHEL BANK RD<br>LOUISVILLE          KY<br>ZIP CODE:       40218-3500 | | |
| | 6513R | APARTMENT BUILDINGS (FIVE OR MORE HOUSING UNITS)<br>- RESIDENTIAL OCCUPANCY ONLY | NOT APPLICABLE | INCLUDED |
| | 6513P | SWIMMING POOLS - APARTMENT | NUMBER OF POOLS | 1 |

**BUSINESSOWNERS LIABILITY**                                             9S2355 Ed 11-08

EXH - 000071 of 000154

INSURED'S COPY                                                          02/22/2012

Filed          17-CI-003863     08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                              Farmers 000071

Filed                17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:31 PM
89056

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|----------------|-------|
| D | PAS 05027414 | | 02084218 | | M020317113-001-00001 | NONE |

BRANCH  ZQ  EASTERN PENNSYL                                   ENDORSEMENT EFF 12/13/2011



## PRECISION PORTFOLIO POLICY
## SUPPLEMENTAL DECLARATIONS
## PRECISION AMERICA

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|
| LIABILITY<br><br>E3320-ED2        0702 | Additional Insured – Mortgagee, Assignee, or Receiver<br>NAME OF PERSON OR ORGANIZATION:<br>MIDLAND LOAN SERVICES<br><br>PO BOX 25968<br><br>SHAWNEE MISSION        KS 66225-5968<br>DESIGNATION OF PREMISES:<br>LOCATION:  2106 BUECHEL BANK RD LOUISVILLE, KY 40218 |

**COMMERCIAL GENERAL LIABILITY**

9S5008 Ed 3-00                        INSURED'S COPY                        02/22/2012

EXH - 000072 of 000154

Filed        17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk        DOCUMENT
08/22/2017 02:53:31 PM
89056

# Additional Insured – Mortgagee, Assignee, or Receiver

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**APARTMENT OWNERS POLICY**

**SCHEDULE\***

| |
|---|
| **Name Of Person Or Organization:** |
| **Designation Of Premises:** |

\*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

The following is added to **Paragraph C. Who Is An Insured** in the **Apartment Owners Liability Coverage Form:**

4. The person or organization shown in the Schedule is also an insured, but only with respect to liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and as shown in the Schedule.

   This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

EXH - 000073 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

E3320-ED2 07 02
Page 1 of 1

Filed        17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                    Farmers 000073

Filed    17-CI-003863   08/14/2017    David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
08/22/2017 02:53:31 PM
89056

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|----------------|-------|
| D | PAS 05027414 | | 02084218 | | M020317113-001-00001 | NONE |
| BRANCH | EASTERN PENNSYL | | | | | ENDORSEMENT EFF 12/13/2011 |

# ✇ ZURICH

### PRECISION PORTFOLIO POLICY
### FORMS AND ENDORSEMENTS APPLICABLE
### PRECISION AMERICA
### MARYLAND CASUALTY COMPANY

| | FORM NUMBER | | PROP | LIAB | AUTO | UMB | FORM OR ENDORSEMENT NAME |
|---|-------------|------|------|------|------|-----|--------------------------|
| * | 9S5008 | 0300 | | X | | | SUPPLEMENTAL DECLARATIONS |
| * | 9S2354 | 1108 | | X | | | BUSINESSOWNERS LIABILITY DECLARATIONS |
| * | 9S2355 | 1108 | | X | | | BUSINESSOWNERS LIABILITY SCHEDULE |
| * | E3320-ED2 | 0702 | | X | | | Additional Insured - Mortgagee, Assignee, or Receiver |

* These forms are attached. Remaining forms were attached to a previous copy of the policy.

**COMMON**

9S5009 Ed 3-00

INSURED'S COPY

02/22/2012

6. 1. 1

EXH - 000074 of 000154

8/14/2017

Farmers 000074

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk
08/22/2017 02:53:31 PM

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT PERIOD |
|------|--------------|-----------------|----------------|--------------|
| D | PAS 05027414 | 02084218 | M020317113-001-00001 | NONE |

BRANCH ZQ EASTERN PENNSYLVANIA OFFICE                    ENDORSEMENT EFF 12/13/2011



# FORMS AND ENDORSEMENTS APPLICABLE LIST

# MARYLAND CASUALTY COMPANY

| FORM NUMBER | FORM OR ENDORSEMENT NAME |
|-------------|--------------------------|
| **COMMON** | |
| * U-CL-D-100-A CW 06-04 | COMMON POLICY DECLARATIONS |

*THESE FORMS ARE ATTACHED. REMAINING FORMS WERE ATTACHED TO A PREVIOUS COPY OF THE POLICY.

9C0010 Ed. 06-04                    INSURED'S COPY                    02/22/2012

EXH: - 000075 of 000154

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                    Farmers 000075

Filed          17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk  DOCUMENT
                                                                        08/22/2017 02:53:31 PM

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT PERIOD |
|---|---|---|---|---|
| D | PAS 05027414 | 02084218 | MO20317113-001-00001 | NONE |
| BRANCH | ZQ EASTERN PENNSYLVANIA OFFICE | | | ENDORSEMENT EFF 12/13/2011 |



## ZURICH

### LIST OF ADDITIONAL FORMS ENCLOSED - NON-POLICY FORMS

### MARYLAND CASUALTY COMPANY

| FORM NUMBER | | FORM DESCRIPTION |
|---|---|---|
| 9C0015 | 01-96 | COMMISSION SCHEDULE |
| 9S5040 | 06-94 | ENDORSEMENT COVER PAGE TO AGENTS |
| 760638 | 02-98 | INSURED SEPARATOR PAGE |

02/22/2012                          INSURED'S COPY                    U-CL-103-A CW (08/04)

EXH·: 000076 of 000154

8/14/2017                                                                     Farmers 000076

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk
08/22/2017 02:53:31 PM
89056



**The Maryland**®
Commercial Insurance Group

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT PERIOD |
|------|---------------|-----------------|----------------|--------------|
| D | PAS 05027414 | 02084218 | M020317113-001-00001 | NONE |

| BRANCH ZQ EASTERN PENNSYLVANIA OFFICE | ENDORSEMENT EFF 12/13/2011 |
|---|---|

# PRECISION AMERICA
# HABITATIONAL PROGRAM - PREFERRED

## COMMISSION SCHEDULE

| LINE OF BUSINESS | COMMISSION |
|------------------|------------|
| Commercial Property and General Liability | 21.0 |
| Commercial Umbrella Coverage Part | 21.0 |

EXH - 000077 of 000154

9C0015 Ed. 1-96          INSURED'S COPY          02/22/2012

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                    08/22/2017 02:53:31 PM
                                                                    89056

# Apartment Owners Liability Coverage Form

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **C - WHO IS AN INSURED.**

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F - LIABILITY AND MEDICAL EXPENSES DEFINITIONS.**

## A. COVERAGES

### 1. BUSINESS LIABILITY

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury" to which this insurance does not apply. We may at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result.  But:

   (1) The amount we will pay for damages is limited as described in Section **D - LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE**; and

   (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements or medical expenses.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **Coverage Extension - Supplementary Payments.**

b. This insurance applies:

   (1) To "bodily injury" and "property damage" only if:

   (a) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

   (b) The "bodily injury" or "property damage" occurs during the policy period.

   (c) Prior to the policy period, no insured listed under Paragraph **C.1.** WHO IS AN INSURED and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" know, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known before the policy period.

   (2) To "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **C.1.** WHO IS AN INSURED or any "employee" authorized by you to give or receive notice of an "occurrence" or

EXH - 000078 of 000154

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

E3335-ED3 06 02
Page 1 of 16

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                    Farmers 000078

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
08/22/2017 02:53:31 PM
89056

claim, includes any continuation, change or resumption of "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **C.1.** WHO IS AN INSURED or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" includes damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

f. Coverage Extension - Supplementary Payments

In addition to the Limit of Insurance we will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

(1) All expenses we incur.

(2) Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

(4) All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

(5) All costs taxed against the insured in the "suit".

(6) Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

(7) All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or

EXH - 000079 of 000154

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

Filed          17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
08/22/2017 02:53:31 PM
89056

legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph B.1.b.(2) of EXCLUSIONS, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above are no longer met.

**2. MEDICAL EXPENSES**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or

rent; or

(3) Because of your operations; provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the Limit of Insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**B. EXCLUSIONS**

**1. Applicable To Business Liability Coverage**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property

EXH : 000080 of 000154

---

Filed          17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                    Farmers 000080

Filed          17-CI-003863    08/14/2017       David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
08/22/2017 02:53:31 PM
89056

damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employers' Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the

conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

(a) Whether the insured may be liable as an employer or in any other capacity; and

(b) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations.

(i) If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

E3335-ED3 06 02
Page 4 of 16

Filed          17-CI-003863    08/14/2017       David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                              Farmers 000081

EXH - 000081 of 000154

Filed        17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk
08/22/2017 02:53:31 PM
89056

(ii) If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

Subparagraph **(d)(i)** does not apply to "bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are intentionally discharged, dispersed or released, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor.

Subparagraphs **(a)** and **(d)(i)** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or

neutralizing, or in any way responding to, or assessing the effects of "pollutants".

**g.  Asbestos**

**(1)** "Bodily injury", "property damage" or "personal and advertising injury", arising out of, resulting from, caused by or contributed to asbestos or exposure to asbestos;

**(2)** Any loss, cost or expenses arising out of any request, demand, order, claim, "suit" or statutory or regulatory requirement that any insured or others test for, monitor, abate, remove, clean up, contain, treat or neutralize, or in any way respond to, or assess the effects of asbestos;

**(3)** Any supervision, instruction, recommendation, warning or advise given or which should have been given in connection with **1.** or **2.** above;

**(4)** Any obligation to share with or repay someone else who must pay damages because of such injury or damage.

For the purposes of this exclusion, "bodily injury" includes mental injury, anguish, distress or fear of any injury, illness or disease caused by, or believed to be caused by, or related to asbestos or exposure to asbestos.

**h.  Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge.

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

EXH - 000082 of 000154

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

E3335-ED3 06 02
Page 5 of 16

Filed        17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                                    Farmers 000082

Filed        17-CI-003863    08/14/2017      David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the following equipment:

    **(a)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **(b)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**i.** **Mobile equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

**j.** **War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**k.** **Professional Services**

"Bodily injury", "property damage" or "personal and advertising injury" due to rendering or failure to render any professional service.

This includes but is not limited to:

**(1)** Legal, accounting or advertising services;

**(2)** Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

**(3)** Supervisory, inspection or engineering services;

**(4)** Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

**(5)** Any health or therapeutic service treatment, advice or instruction;

**(6)** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

**(7)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**(8)** Body piercing services; and

**(9)** Services in the practice of pharmacy; but this exclusion does not apply to an insured whose operations include those of a retail druggist or drugstore.

**l.** **Damage To Property**

"Property damage" to:

**(1)** Property you own, rent or occupy;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, Rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

E3335-ED3 06 02

Page 6 of 16

EXH - 000083 of 000154

Filed        17-CI-003863    08/14/2017      David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                        Farmers 000083

Filed          17-CI-003863    08/14/2017    David L. Nicholson, Jefferson Circuit Clerk    DOCUMENT
08/22/2017 02:53:31 PM
89056

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products – completed operations hazard".

**m. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**n. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products – completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**o. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**p. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**q. Personal And Advertising Injury**

"Personal and advertising injury":

**(1)** Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

**(2)** Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

**(3)** Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

**(4)** Arising out of criminal act committed by or at the direction of any insured;

**(5)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

**(6)** Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

**(7)** Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

**(8)** Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

**(9)** Committed by an insured whose business is:

**(a)** advertising, broadcasting, publishing or telecasting;

**(b)** Designing or determining content of web-sites for others; or

**(c)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14. a., b.** and **c.** of "personal and advertising injury" under
**F.   LIABILITY AND MEDICAL EXPENSES DEFINITIONS.**

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Filed          17-CI-003863    08/14/2017    David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                    Farmers 000084

Filed        17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
08/22/2017 02:53:31 PM
89056

For purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting.

**(10)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(11)** Any loss, cost or expense arising out of any:

   **(a)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

**(12)** "Bodily injury" arising out of "personal and advertising injury"

**(13)** Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control.

**(14)** Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

   However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**(15)** Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any similar tactics to mislead another's potential customers.

Exclusions **c.**, **d.**, **e.**, **f.**, **g.**, **h.**, **i.**, **k.**, **l.**, **m.**, **n.** and **o.** do not apply to damage by fire or explosion to premises while rented to you, or temporarily occupied by you with permission of the owner. A separate Limit

of Insurance applies to this coverage as described in Section **D.**, Limits of Insurance.

**r.   Employment Related Practices**

"Bodily injury" or "personal and advertising injury" to:

   **(1)** A person arising out of any:

      **(a)** Refusal to employ that person;

      **(b)** Termination of that person's employment; or

      **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person.

   **(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

   **(1)** Whether the insured may be liable as an employer or in any other capacity; and

   **(2)** To any obligation to share damages with or repay someone else who must pay damages because of injury.

**2.   Applicable To Medical Expenses Coverage**

We will not pay expenses for "bodily injury":

**a.**   To any insured.

**b.**   To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.**   To a person injured on that part of premises you own or rent that the person normally occupies.

**d.**   To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.**   To a person injured while taking part in athletics.

EXH - 000085 of 000154

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Filed        17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

8/14/2017

Farmers 000085

Filed       17-CI-003863    08/14/2017    David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

**f.** Included with the "products - completed operations hazard.

**g.** Excluded under Business Liability Coverage.

**h.** Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**3. Applicable To Both Business Liability Coverage And Medical Expenses Coverage - Nuclear Energy Liability Exclusion**

This insurance does not apply:

**a.** Under Business Liability Coverage, to "bodily injury" or "property damage":

(1) With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association Of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

(a) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

(b) The insured is or had this policy not been issued would be, entitled to indemnity from the United states of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency there of, with any person or organization.

(c) Under Business Liability Coverage, to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**b.** Under Medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous

properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**c.** Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material"; if:

(1) The "nuclear material":

(a) Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

(b) Has been discharged or dispersed therefrom;

(2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or behalf of an insured; or

(3) The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

As used in this exclusion:

"Byproduct material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Hazardous properties" include radioactive, toxic or explosive properties; "Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for:

(1) Separating the isotopes of uranium or plutonium;

(2) Processing or utilizing "spent fuel"; or

(3) Handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any

EXH - 000086 of 000154

E3335-ED3 06 02
Page 9 of 16

Filed       17-CI-003863    08/14/2017    David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                    Farmers 000086

Filed          17-CI-003863     08/14/2017     David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
08/22/2017 02:53:31 PM
89056

time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear material" means "source material", "special nuclear material" or "byproduct material".

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

"Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereto.;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor.

"Waste material" means any waste material:

**(a)** Containing "byproduct material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

**(b)** Resulting from the operation by any person or organization of any "nuclear facility" included under Paragraphs **(a)** and **(b)** of the definition of "nuclear facility".

**C. WHO IS AN INSURED**

    **1.** If you are designated in the Declarations as:

    **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    **b.** A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

    **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

    **2.** Each of the following is also an insured:

    **a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

However, none of these "employees" is an insured for:

    **(1)** "Bodily injury" or "personal and advertising injury":

      **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

      **(b)** To the spouse, child, parent, brother or sister of the co-"employee" as a consequence of Paragraph **(1)(a)** above;

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

E3335-ED3 06 02

Page 10 of 16

EXH : 000087 of 000154

Filed        17-CI-003863    08/14/2017      David L. Nicholson, Jefferson Circuit Clerk        DOCUMENT
                                                                          08/22/2017 02:53:31 PM
                                                                          89056

(c) For which there is any obligation to share damages with or repay someone else who must pay damages of the injury described in Paragraphs **(1)(a)** or **(1)(b)**; or

(d) Arising out of his or her providing or failing to provide professional health care services. However, if you have "employees' who are pharmacists in your retail druggist or drugstore operation, they are insured with respect to their providing or failing to provide professional health care services; or

(2) "Property damage" to property:

(a) Owned, occupied or used by;

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability.

However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**D. LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The most we will pay for the sum of all damages because of all:

**a.** "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

**b.** "Personal and advertising injury" sustained by any one person or organization;

is the Liability And Medical Expenses limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

**3.** The most we will pay under Business Liability Coverage for damages because of "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire or explosion is the Fire Legal Liability limit shown in the Declarations.

**4. Aggregate Limits**

The most we will pay for:

**a.** Injury or damage under the "products - completed operations hazard" arising from all "occurrences" during the policy period

EXH - 000088 of 000154

Filed        17-CI-003863    08/14/2017      David L. Nicholson, Jefferson Circuit Clerk

Filed    17-CI-003863  08/14/2017    David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

is the Liability And Medical Expenses Limit; and

**b.** All other injury or damage, including medical expenses, arising from all "occurrences" during the policy period is twice the Liability And Medical Expenses Limit. This limitation does not apply to "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner, arising out of fire or explosion.

The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E.  LIABILITY  AND  MEDICAL  EXPENSES GENERAL CONDITIONS**

**1.  Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

**2.  Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation, or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3.  Financial Responsibility Laws**

**a.** When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, the insurance provided by the policy for "bodily injury" liability and "property damage" liability will comply with the provisions of the law to the extent of the coverage and limits of insurance required by that law.

**b.** With respect to "mobile equipment" to which this insurance applies, we will provide any liability, uninsured motorists, underinsured motorists, no-fault or other coverage required by any motor vehicle law. We will provide the required limits for those coverages.

**4.  Legal Action Against Us**

No person or organization has a right under this policy:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this policy unless all of its terms have been fully complied with.

EXH - 000089 of 000154

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

E3335-ED3 06 02
Page 12 of 16

Filed    17-CI-003863  08/14/2017    David L. Nicholson, Jefferson Circuit Clerk

8/14/2017

Farmers 000089

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:31 PM
89056

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**5. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this policy to the First Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**F. LIABILITY AND MEDICAL EXPENSES DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or air-space, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in **a.** above; or

**c.** All parts of the world if:

**(1)** The injury or damage arises out of:

**(a)** Goods or products made or sold by you in the territory described in **a.** above; or

**(b)** The activities or a person whose home is in the territory described in **a.** above, but is away for a short time on your business; and

**(2)** The insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in **a.** above or in a settlement we agree to.

**(3)** "Personal and advertising injury" offences that take place through the Internet or similar electronic means of communication;

provided the insureds's responsibility to pay damages is determined in a "suite" on the merits in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, Inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**(1)** The repair, replacement, adjustment or removal of "your product" or " your work"; or

**(2)** Your fulfilling the terms of the contract or agreement.

EXH - 000090 of 000154

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

E3335-ED3 06 02

Page 13 of 16

Filed          17-CI-003863    08/14/2017      David L. Nicholson, Jefferson Circuit Clerk    DOCUMENT

08/22/2017 02:53:31 PM
89056

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

(b) Giving direction or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor,

assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection or engineering services.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, on which are permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying,

EXH - 000091 of 000154

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

E3335-ED3 06 02
Page 14 of 16

Farmers 000091

Filed      17-CI-003863   08/14/2017      David L. Nicholson, Jefferson Circuit Clerk

FILED DOCUMENT
08/22/2017 02:53:31 PM
89056

welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in **a.**, **b.**, **c.**, or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning.

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products - completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned

EXH - 000092 of 000154

Filed      17-CI-003863   08/14/2017      David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                      Farmers 000092

Filed        17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
08/22/2017 02:53:31 PM
89056

or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

(2) The existence of tools, uninstalled equipment or abandoned or unused materials.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Your product" means:

a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(1) You;

(2) Others trading under your name; or

(3) A person or organization whose business or assets you have acquired; and

b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes":

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

b. The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

21. "Your work" means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

b. The providing of or failure to provide warnings or instructions.

EXH I - 000093 of 000154

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

E3335-ED3 06 02
Page 16 of 16

Filed        17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                    Farmers 000093

Filed          17-CI-003863    08/14/2017         David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                                            08/22/2017 02:53:31 PM
                                                                                            89056

# MOLD AND MICROORGANISM EXCLUSION

**ZURICH**®

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS COVERAGE FORM
BUSINESSOWNERS LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE PART
APARTMENT OWNERS LIABILITY COVERAGE FORM
CONDOMINIUM LIABILITY COVERAGE FORM
DIRECTORS AND OFFICERS LIABILITY COVERAGE FROM**

The following provisions apply to your policy.

**A.** Definition:

1. "Mold" means any type or form of fungus, including but not limited to, mildew, mycotoxins, spores, scents or by-products produced or released by "mold".

2. "Microorganism" means any organism (animal or plant) of microscopic size, including but not limited to, any type or form of bacteria, bacterium, germ, intestinal flora, microbe, pathogen or virus or any part or by-product of any of the above.

**B.** This insurance does not apply to any:

1. "Bodily injury" Property Damage" or "personal and advertising injury" arising out of, resulting from, caused or contributed to, whether directly or indirectly by "mold" or "microorganism" and which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of or presence of any "mold" or "microorganism";

2. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effect of "mold" or "microorganism", by any insured or by any other person or entity;

3. Any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with 1or 2 above; and

4. Any obligation to share with or repay someone else who must pay damages because of such injury or damage.

However this exclusion does not apply to any "mold" or "microorganism" that is on, or contained in, a good or product intended for consumption.

The above applies regardless of any other cause that contributed concurrently or in any sequence to the injury or damage.

EXH·: 000094 of 000154

Filed        17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                              08/22/2017 02:53:31 PM
                                                              89056

# Hired Auto And Non-Owned Auto Liability

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

APARTMENT OWNERS POLICY
CONDOMINIUM POLICY

**SCHEDULE**

| Coverage | Additional Premium |
|---|---|
| **Hired Auto Liability** | |
| **Non-Owned Auto Liability** | |

**A.** Insurance is provided only for those coverages for which a specific premium charge is shown in the Declarations or in the Schedule.

**1. HIRED AUTO LIABILITY**

The insurance provided under Paragraph **A.1. Business Liability** in the applicable Liability Coverage Form, applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

**2. NON-OWNED AUTO LIABILITY**

The insurance provided under Paragraph **A.1. Business Liability** in the applicable Liability Coverage Form, applies to "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person.

**B.** For insurance provided by this endorsement only:

**1.** The exclusions, under Paragraph **B.1. Applicable to Business Liability Coverage** in the applicable Liability Coverage Form, other than exclusions **a., b., d., f.** and **i.** and the Nuclear Energy Liability Exclusion, are deleted and replaced by the following:

**a.** "Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(a)** Whether the insured may be liable as an employer or in any other capacity; and

**(b)** To any obligation to share damages with or repay someone else who must pay damages because of injury.

This exclusion does not apply to:

**(1)** Liability assumed by the insured under an "insured contract"; or

**(2)** "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers compensation law.

**b.** "Property damage" to:

EXH-: 000095 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

E3336-ED2 07 02
Page 1 of 2

Filed        17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                    Farmers 000095

Filed        17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:31 PM
89056

(1) Property owned or being transported by, or rented or loaned to the insured; or

(2) Property in the care, custody or control of the insured,

**2.** Paragraph **C. Who Is An Insured** in the applicable Liability Coverage Form, is replaced by the following:

Each of the following is an insured under this endorsement to the extent set forth below:

**a.** You;

**b.** Any other person using a "hired auto" with your permission;

**c.** For a "non-owned auto", any partner or "executive officer" of yours, but only while such "non-owned auto" is being used in your business; and

**d.** Any other person or organization, but only for their liability because of acts or omissions of an insured under **a., b.** or **c.** above.

None of the following is an insured:

(1) Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

(2) Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

(3) Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

(4) The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

(5) Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**C.** The following additional definitions apply:

**1.** "Auto Business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**2.** "Hired Auto" means any auto you lease, hire or borrow. This does not include any auto you lease, hire or borrow from any of your "employees" or members of their households, or from any partner or "executive officer" of yours.

**3.** "Non-Owned Auto" means any auto you do not own, lease, hire or borrow which is used in connection with your business. However, if you are a partnership, a "non-owned auto" does not include any auto owned by any partner.

EXH - 000096 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

E3336-ED2 07 02
Page 2 of 2

8/14/2017                                                                 Farmers 000096

Filed        17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                            08/22/2017 02:53:31 PM
                                                                            89056

# Business Liability Coverage – Tenants Liability

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

APARTMENT OWNERS LIABILITY COVERAGE FORM
CONDOMINIUM LIABILITY COVERAGE FORM

**SCHEDULE\***

**Premises:**

**Tenants Liability Limit Of Insurance (Per Occurrence):**

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

With respect to the coverage provided under this endorsement, the applicable Liability Coverage Form is amended as follows:

**A.** Under **B.1. Exclusions – Applicable To Business Liability Coverage**, the paragraph following **q.(15)** of the applicable Liability Coverage Form is deleted and replaced by the following:

With respect to the premises shown in the Schedule of this endorsement which are rented to you or temporarily occupied by you with the permission of the owner, Exclusions **c., d., e., h., i., l., m., n., o.** and **p.** do not apply to "property damage".

**B.** Paragraph **D.2. Liability And Medical Expenses Limits Of Insurance** is deleted and replaced by the following:

The most we will pay under this endorsement for the sum of all damages because of all "property damage" arising out of any one "occurrence" to premises rented to you or temporarily occupied by you with the permission of the owner is the Tenants Liability Limit of Insurance shown in the Schedule.

**C.** With respect to the premises shown in the Schedule of this endorsement, Paragraph **D.3.** and Paragraph **D.4.b.** are deleted.

EXH - 000097 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

E0104-ED1 09 03
Page 1 of 1

8/14/2017                                                                    Farmers 000097

Filed          17-CI-003863    08/14/2017         David L. Nicholson, Jefferson Circuit Clerk        DOCUMENT
                                                                                                    08/22/2017 02:53:31 PM
                                                                                                    89056

# Multiple or Enhanced Damages Exclusion

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**APARTMENT OWNERS LIABILITY COVERAGE FORM**
**CONDOMINIUM LIABILITY COVERAGE FORM**

The following exclusions are added to Section **B. Exclusions**

1.  **Applicable to Business Liability Coverage**

    This insurance does not apply to:

    s.  **Multiple Or Enhanced Damages Because of "Bodily Injury", "Property Damage", or "Personal and Advertising Injury."**

        The enhanced or multiple amount of damages awarded against any insured including, but not limited to, double or treble damages, whether or not awarded as penalty or compensation, because of "bodily injury", "property damages", or "personal and advertising injury."

    t.  **Taxes, Fines or Penalties**

        Taxes, fines or penalties that are awarded or imposed against any insured.

EXH - 000098 of 000154

E2041-ED1 07 07

Includes copyrighted material of, Insurance Services Office, Inc., with its permission.                    Page 1 of 1

Filed          17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
                                                                          08/22/2017 02:53:31 PM
                                                                          89056

# Exclusion – Building Conversions

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

With respect to coverage provided by this endorsement, the provisions of the coverage form apply unless modified by this endorsement.

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS LIABILITY COVERAGE FORM**
**APARTMENT OWNERS LIABILITY COVERAGE FORM**
**CONDOMINIUM LIABILITY COVERAGE FORM**

**A.** The following is added to Section **B. Exclusions** of the applicable Liability Coverage Form:

This insurance does not apply to "Bodily Injury", "Property Damage", "Personal Injury" or "Advertising Injury" resulting from actions or omissions during work performed by any insured, or on behalf of any insured by any "contractor" in the course of a "Conversion Project".

This exclusion does not apply to routine maintenance and/or repair work performed by any insured or on behalf of any insured whether during the course of conversion or not, provided such maintenance or repair work is not part of the "Conversion Project" and would have occurred in the absence of such project.

**B. Definitions**

As used in this endorsement:

1. Condominiums, townhouses, apartments, hotels, motels and/or any multiple use residential or commercial units are defined as any multiple unit building consisting of two or more residential units, whether or not the building is also designed or intended for any commercial use, regardless of the number of developers involved in the project.

2. "Contractor" means any investor, developer, project manager, general contractor, subcontractor or any other person involved in the "Conversion Project" whether that entity or person is an insured or not.

3. "Conversion Project" means a planned action where part or all of an existing structure is being or has been converted into a condominium, townhouse, apartment, hotel, motel or any multiple use residential or commercial building defined by and subject to the local ordinance in which the property resides.

EXH - 000099 of 000154

E6288-ED2 09 09
Page 1 of 1

8/14/2017                                                                  Farmers 000099

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
                                                                                     08/22/2017 02:53:31 PM
                                                                                     89056

# Exclusion – Violation of Statutes that Govern E-mails, Fax, Phone Calls or Other Methods of Sending Material or Information

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the:

**APARTMENT OWNERS LIABILITY COVERAGE FORM**
**BUSINESSOWNERS COVERGE FORM**
**CONDOMINIUM LIABILITY COVERAGE FORM**

The following exclusion is added to Paragraph **B. Exclusions – Applicable To Business Liability Coverage.**

**B. Exclusions**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Bodily injury", "property damage", or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

EXH·: 000100 of 000154

J6347-ED1 01 07
Page 1 of 1

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                                  08/22/2017 02:53:31 PM
                                                                                  89056

# Limitation of Coverage to Designated Premises

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**APARTMENT OWNERS LIABILITY COVERAGE FORM**
**CONDOMINIUM LIABILITY COVERAGE FORM**

**SCHEDULE\***

**A. Premises:**

\*Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to the **applicable** Liability Coverage Form.

This insurance applies only to "bodily injury", "property damage", or "personal and advertising injury" and medical expenses arising out of the ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises.

EXH-I : 000101 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

E3331-ED3 08 07
Page 1 of 1

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                    Farmers 000101

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                        08/22/2017 02:53:31 PM
                                                                        89056

# War Liability Exclusion

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**APARTMENT OWNERS LIABILITY COVERAGE FORM**
**CONDOMINIUM LIABILITY COVERAGE FORM**

The following provisions are added to the applicable Liability Coverage Form:

**A.** Exclusion **j.** under Paragraph **B.1. Exclusions – Applicable To Business Liability Coverage** is replaced by the following:

   **1. Applicable To Business Liability Coverage**

    This insurance does not apply to:

    **j. War**

    "Bodily injury", "property damage", "personal injury", "advertising injury" or "personal and advertising injury", however caused, arising, directly or indirectly, out of:

    **(1)** War, including undeclared or civil war; or

    **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**B.** Exclusion **h.** under Paragraph **B.2. Exclusions – Applicable To Medical Expenses Coverage** does not apply. Medical Expenses due to war are now subject to Exclusion **g.** of Paragraph **B.2.** since "bodily injury" arising out of war is now excluded under Paragraph **B.1., Exclusions – Applicable To Business Liability Coverage.**

Includes Copyright material, of Insurance Services Office, Inc., with its permission.

E0147-ED1 04 03
Page 1 of 1

EXH·: 000102 of 000154

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk    DOCUMENT
                                                                                          08/22/2017 02:53:31 PM
                                                                                          89056

# CHANGES TO LIMITS OF INSURANCE


**ZURICH**®

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS LIABILITY COVERAGE FORM**
**APARTMENT OWNERS LIABILITY COVERAGE FORM**
**CONDOMINIUM LIABILITY COVERAGE FORM**

The following provision replaces **D.1.**:

1.  The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a.  Insureds;

    b.  Claims made or "suits" brought;

    c.  Persons or organizations making "claims" or bringing "suits"; or

    d.  Policy terms involved.

    All bodily injury, personal injury and property damage resulting from one accident or from continuous or repeated exposure to the same general conditions is considered the result of one loss.

    This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all the terms of the policy.

J6353-ED2 06 08
PAGE 1 of 1

EXH - 000103 of 000154

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                        Farmers 000103

Filed       17-CI-003863   08/14/2017       David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
08/22/2017 02:53:31 PM

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT PERIOD |
|---|---|---|---|---|
| D | PAS 05027414 | 02084218 | M020317113-001-00001 | NONE |
| BRANCH | ZQ EASTERN PENNSYLVANIA OFFICE | | | NEW BUSINESS EFF 12/13/2011 |



# ZURICH

## PRECISION AMERICA

## HABITATIONAL PROGRAM - PREFERRED

## COMMERCIAL UMBRELLA DECLARATIONS

This coverage part consists of this declarations form and the coverage form and endorsements indicated as applicable on the forms list.

### LIMITS OF INSURANCE

| | |
|---|---|
| GENERAL AGGREGATE LIMIT | $1,000,000 |
| PRODUCTS AND COMPLETED OPERATIONS AGGREGATE LIMIT | $1,000,000 |
| EACH OCCURRENCE LIMIT | $1,000,000 |
| RETAINED LIMIT (NOT COVERED BY UNDERLYING INSURANCE) | $10,000 |

### SCHEDULE OF UNDERLYING INSURANCE

| TYPE | CARRIER/POLICY NUMBER | POLICY PERIOD | LIMITS OF INSURANCE | |
|---|---|---|---|---|
| Commercial Automobile Liability | EXCLUDED | | | |
| Commercial General Liability | MARYLAND CASUALTY COMPANY PAS 05027414 | 12/13/2011 12/13/2012 | General Aggregate Limit | $2,000,000 |
| | | | Products & Completed Operations Aggregate Limit | $2,000,000 |
| | | | Personal and Advertising Injury Limit | $1,000,000 |
| | | | Each Occurrence Limit | $1,000,000 |
| Employers Liability | EXCLUDED | | Bodily Injury Each Accident | |
| | | | Bodily Injury By Disease Policy Limit | |
| | | | Bodily Injury By Disease Each Employee | |
| AUTO LIABILITY HIRED & NON-OWNED | MARYLAND CASUALTY COMPANY PAS 05027414 | 12/13/2011 12/13/2012 | EACH OCCURRENCE | $1,000,000 |
| | | | | |
| | | | | |

COMMERCIAL UMBRELLA
982001 Ed. 1-96

INSURED'S COPY

12/14/2011

EXH : 000104 of 000154

5.1.1

# COMMERCIAL UMBRELLA COVERAGE FORM
# CONTENTS

| | Item | Page |
|---|---|---|
| **SECTION 1. INSURING AGREEMENTS** | | |
| Coverage | 1.01 | 2 |
| Defense, Settlement and Supplementary Payments | 1.02 | 2 |
| Limits of Insurance | 1.03 | 3 |
| Territory | 1.04 | 4 |
| | | |
| **SECTION 2. EXCLUSIONS** | | |
| Advertising Injury, Personal Injury | 2.01 | 4 |
| Aircraft | 2.02 | 4 |
| Aircraft Products | 2.03 | 5 |
| Asbestos | 2.04 | 5 |
| Contractual Liability | 2.05 | 5 |
| Discrimination, Humiliation | 2.06 | 5 |
| Employees Retirement Income Security Act | 2.07 | 5 |
| Employers Liability | 2.08 | 5 |
| Expected or Intended Injury | 2.09 | 6 |
| Fellow Employee Injury | 2.10 | 6 |
| Impaired Property | 2.11 | 6 |
| Nuclear Energy | 2.12 | 6 |
| Personal Injury | 2.01 | 4 |
| Pollution | 2.13 | 8 |
| Property Damage | 2.14 | 9 |
| Racing | 2.15 | 9 |
| Recall of Products, Work or Impaired Property | 2.16 | 10 |
| Uninsured Motorist, No-Fault | 2.17 | 10 |
| War | 2.18 | 10 |
| Watercraft | 2.19 | 10 |
| Workers Compensation and Similar Laws | 2.20 | 10 |
| | | |
| **SECTION 3. WHO IS INSURED** | | |
| Insured | 3.01 | 10 |
| Newly Acquired or Formed Organizations | 3.02 | 11 |
| Other Insureds | 3.03 | 11 |
| | | |
| **SECTION 4. COMMERCIAL UMBRELLA CONDITIONS** | | |
| Appeals | 4.01 | 11 |
| Assignment – Transfer of Your Rights and Duties | 4.02 | 11 |
| Bankruptcy | 4.03 | 12 |
| Cancellation – Non Renewal | 4.04 | 12 |
| Changes | 4.05 | 12 |
| Drop Down Over Underlying Insurance Aggregate Reduction Or Exhaustion | 4.06 | 12 |
| Duties in the Event of An Occurrence, Claim or Suit | 4.07 | 13 |
| Inspections and Surveys | 4.08 | 13 |
| Legal Action Against Us | 4.09 | 14 |
| Maintenance of Underlying Insurance | 4.10 | 14 |
| Other Insurance | 4.11 | 14 |
| Premiums, Premium Audit, Examination Of Your Books and Records | 4.12 | 14 |
| Representations | 4.13 | 15 |
| Separation of Insureds | 4.14 | 15 |
| Settlement of Claims or Suits | 4.15 | 15 |
| Transfer of Rights of Recovery Against Others to Us | 4.16 | 15 |
| Unintentional Errors or Omissions | 4.17 | 15 |
| | | |
| **SECTION 5. DEFINITIONS** | | |
| Advertising Injury | 5.01 | 15 |
| Auto | 5.02 | 16 |
| Bodily Injury | 5.03 | 16 |
| Claim | 5.04 | 16 |
| Employee | 5.05 | 16 |
| Executive Officer | 5.06 | 16 |
| Impaired Property | 5.07 | 16 |
| Insured Contract | 5.08 | 16 |
| Leased Worker | 5.09 | 17 |
| Loading and Unloading | 5.10 | 17 |
| Mobile Equipment | 5.11 | 17 |
| Occurrence | 5.12 | 18 |
| Personal Injury | 5.13 | 18 |
| Pollutants | 5.14 | 18 |
| Products–Completed Operations Hazard | 5.15 | 18 |
| Property Damage | 5.16 | 19 |
| Retained Limit | 5.17 | 19 |
| Suit | 5.18 | 19 |
| Temporary Worker | 5.19 | 19 |
| Underlying Insurance | 5.20 | 19 |
| Your Product | 5.21 | 19 |
| Your Work | 5.22 | 20 |

EXH - 000105 of 000154

982003 Ed. 1-96    Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk          CONFIDENTIAL DOCUMENT
08/22/2017 02:53:31 PM
89056

# COMMERCIAL UMBRELLA COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the NAMED INSURED stated on the DECLARATIONS PAGE, and any other person or organization qualifying as a NAMED INSURED under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under SECTION 3. WHO IS AN INSURED.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION 5. DEFINITIONS.

## SECTION 1. INSURING AGREEMENTS

### 1.01    Coverage

A) We will pay on behalf of the insured those sums in excess of the "retained limit" which the insured becomes legally obligated to pay as damages for:

   1) "Bodily injury" or "property damage" occurring during the POLICY PERIOD stated on the DECLARATIONS PAGE and caused by an "occurrence";

   2) "Personal injury" caused by an offense committed during the POLICY PERIOD stated on the DECLARATIONS PAGE and arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

   3) "Advertising injury" caused by an offense committed during the POLICY PERIOD stated on the DECLARATIONS PAGE and in the course of advertising your goods, products or services.

B) No other obligation or liability to pay sums or perform any act or service is covered unless explicitly provided for under Item 1.02, Defense, Settlement and Supplementary Payments.

### 1.02    Defense, Settlement and Supplementary Payments

A) When "underlying insurance" does not apply to an "occurrence" or offense and coverage for the "occurrence" or offense is provided by this coverage part, we have the right and duty to defend any "suit" seeking damages but:

   1) The amount we will pay for damages, subject to the "retained limit", is limited as described in Item 1.03, Limits of Insurance;

   2) We may, at our option, investigate any "occurrence" or offense and settle any "claim" or "suit" that may result;

   3) The amount we pay for defense is not subject to the "retained limit" and is in addition to the applicable LIMITS OF INSURANCE stated on the DECLARATIONS PAGE; and

   4) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments and settlements.

B) When "underlying insurance" does apply to an "occurrence" or offense, we are not obligated to investigate, defend or be responsible for payment of supplementary expenses provided by the "underlying insurance". However, we have the right and opportunity to associate with you and your underlying insurer in the defense and control of any "claim" or "suit" reasonably likely to involve us. Should this occur, you are obligated to cooperate fully with us.

When the limits of insurance, afforded to you by your "underlying insurance", are used up by an "occurrence" or offense, we will assume charge of the settlement or defense

EXH: 000106 of 000154

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk          NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

of any "claim" or "suit" against you resulting from the same "occurrence" or offense. Our coverage part must cover the "occurrence" or offense and be the immediate excess coverage of your "underlying insurance". When we associate with you or assume charge of the defense of any "claim" or "suit", we will do so at our own expense. The amount we pay for defense is in addition to the applicable LIMITS OF INSURANCE stated on the DECLARATIONS PAGE. Our right and duty to defend end when we have used up the applicable limits of insurance in the payment of judgments and settlements.

C) Supplementary Payments. We will pay with respect to any "claim" or "suit" we defend under this coverage part:

1) All expenses we incur.

2) The cost of bail bonds required because of an "occurrence" or traffic law violations arising out of the use of any vehicle to which this coverage part applies. We do not have to furnish these bonds.

3) The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

4) All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the "claim" or "suit", including actual loss of earnings up to $250 a day because of time off from work.

5) All costs taxed against the insured in the "suit".

6) Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

7) All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

The amount we pay for Supplementary Payments is in addition to the applicable LIMITS OF INSURANCE stated on the DECLARATIONS PAGE. Our duty to make Supplementary Payments described in 1), 2), 3), 4), and 5), above, ends when we have used up the applicable limit of insurance in the payments of judgments and settlements.

### 1.03   Limits of Insurance

A) The LIMITS OF INSURANCE shown on the DECLARATIONS PAGE and the rules below fix the most we will pay regardless of the number of:

1) Insureds;

2) "Claims" made or "suits" brought; or

3) Persons or organizations making "claims" or bringing "suits".

B) If there is a GENERAL AGGREGATE LIMIT stated in the LIMITS OF INSURANCE on the DECLARATIONS PAGE, that limit is the most we will pay for all injuries and damages other than those arising out of the "products-completed operations hazard" or arising out of the ownership, operation, maintenance, use, "loading or unloading", or entrustment to others of an "auto".

C) If there is a PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT stated in the LIMITS OF INSURANCE on the DECLARATIONS PAGE, that limit is the most we will pay for all injuries or damages arising out of the "products-completed operations hazard".

D) If there is a COMBINED AGGREGATE LIMIT stated in the LIMITS OF INSURANCE on the DECLARATIONS PAGE, that limit is the most we will pay for all injuries or damages, other than those arising out of the ownership, operation, maintenance, use, "loading or unloading", or entrustment to others of an "auto".

EXH - 000107 of 000154

Filed          982003 Ed. 1-96 17-CI-003863   08/14/2017   Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993          David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                                                          Farmers 000107

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

E) Subject to B), C), or D) above, whichever applies, the EACH OCCURRENCE LIMIT stated in the LIMITS OF INSURANCE on the DECLARATIONS PAGE, is the most we will pay for all damages arising from a single "occurrence" or offense.

The Limits of Insurance set forth in A), B), C), D), and E), above, apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the POLICY PERIOD shown on the DECLARATIONS PAGE, unless the POLICY PERIOD is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be considered part of the last preceding period for purposes of determining the Limits of Insurance.

1.04 **Territory**

This coverage part applies to a covered "occurrence" or offense that happens anywhere.

## SECTION 2. EXCLUSIONS

This insurance does not apply to:

2.01 **Advertising Injury, Personal Injury**

A) "Advertising injury" or "personal injury":

1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

2) Arising out of oral or written publication of material whose first publication took place before the beginning of the POLICY PERIOD;

3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

4) For which the insured has assumed liability in a contract or agreement. However, this does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

B) "Advertising injury" arising out of:

1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

2) The failure of goods, products or services to conform with advertised quality or performance;

3) The wrong description of the price of goods, products or services; or

4) An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

2.02 **Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

A) Any insured while using or legally responsible for the use of any non-owned aircraft chartered with paid crew, by or on behalf of any insured provided the actual use is with your permission. For purposes of this paragraph, the owner, pilot or aircrew or any other person operating the aircraft is not an insured.

B) Liability for "bodily injury" to any "employee" of yours arising out of and in the course of employment by you; or

C) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft.

982003 Ed. 1-96    Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk

EXH - 000108 of 000154

Filed          17-CI-003863   08/14/2017     David L. Nicholson, Jefferson Circuit Clerk    DOCUMENT
                                                                                08/22/2017 02:53:31 PM
                                                                                        89056

2.03   **Aircraft Products**

"Bodily injury", "property damage", "personal injury" or "advertising injury" included in the "products–completed operations hazard" that arises out of any aircraft product designed or manufactured by you as an aircraft or for installation in any aircraft. This incudes ground support or control equipment while used with aircraft.

As used in this exclusion, aircraft product means:

A)  Aircraft, including missiles or spacecraft, or any part or portion thereof; or

B)  Any article, good or product designed or manufactured for use in the control, maintenance or operation of any aircraft.

2.04   **Asbestos**

A)  "Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of or relating in any way to asbestos;

B)  Any "claim", "suit" or proceeding arising out of or relating in any way to any demand, requirement, order, direction, determination or request that you or any other entity pay, repay or reimburse sums expended or to be expended to test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos;

C)  Any "claim", "suit" or proceeding arising out of or relating in any way to any demand, requirement, order, direction, determination or request that you or any other entity test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos;

D)  Any sums that you become legally obligated to pay as damages because of the actual, alleged or threatened discharge, dispersal, release, leakage, leaching, friability, flaking, escape or presence of asbestos; or

E)  Any loss, cost or expense arising out of or relating in any way to asbestos.

2.05   **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

A)  Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

B)  That the insured would have in the absence of the contract or agreement.

2.06   **Discrimination, Humiliation**

"Bodily injury" or "personal injury" arising out of discrimination or humiliation:

A)  That is directly or indirectly related to the employment or prospective employment by the insured of any person or persons; or

B)  That is based on race, creed, color, sex, age or national origin.

2.07   **Employees Retirement Income Security Act**

Liability imposed upon any insured under the Employees Retirement Income Security Act (ERISA) of 1974 as now or hereafter amended, or any similar law.

2.08   **Employers Liability**

A)  1)  a)  "Bodily injury" to any "employee" of the insured arising out of and in the course of his or her employment by the insured for which the insured may be held liable as an employer or in any other capacity;

b)  Any obligation of the insured to indemnify or contribute with another because of damages for "bodily injury" to an "employee" arising out of and in the course of his or her employment by the insured; or

Filed     982003 Ed. 1–96   17-CI-003863   08/14/2017   Includes copyrighted material of Insurance Services Office, Inc., with its permission.   David L. Nicholson, Jefferson Circuit Clerk
                                                          Copyright, Insurance Services Office, Inc., 1992, 1993
8/14/2017                                                                                                                    Farmers 000109

EXH - 000109 of 000154

Filed        17-CI-003863  08/14/2017        David L. Nicholson, Jefferson Circuit Clerk        NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

   c) "Bodily injury" to the spouse, child, parent, brother or sister of an "employee" of the insured as a consequence of "bodily injury" to such "employee" arising out of and in the course of his or her employment by the insured.

2) However, A)1)a), b), and c) do not apply:

   a) To liability assumed by the insured under an "insured contract".

   b) To the extent coverage is available to the insured in a policy listed in the SCHEDULE OF UNDERLYING INSURANCE.

B) "Bodily injury" to your "employees" if the "bodily injury" arises out of and in the course of employment that is subject to the Workers Compensation Law of Massachusetts, Missouri, New Jersey, or New York. However, this provision does not apply to liability assumed by the insured under an "insured contract".

## 2.09   Expected or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force in protecting persons or property.

## 2.10   Fellow Employee Injury

Any "employee" as an insured with respect to "bodily injury" or "personal injury":

A) To you, to your partners or members (if you are a partnership or joint venture), or to a co–"employee" while in the course of his or her employment or while performing duties related to the conduct of your business;

B) To the spouse, child, parent, brother or sister of that co–"employee" as a consequence of paragraph A) above;

C) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs A) and B) above; or

D) Arising out of his or her providing or failing to provide professional health care services.

However, this exclusion does not apply to the extent that coverage for fellow employee injury is available to the insured by a policy listed in the SCHEDULE OF UNDERLYING INSURANCE.

## 2.11   Impaired Property

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

A) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

B) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

## 2.12   Nuclear Energy

A) "Bodily injury" or "property damage":

1) With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection

Filed        17-CI-003863  08/14/2017        David L. Nicholson, Jefferson Circuit Clerk
982003 Ed. 1–96   Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993
8/14/2017        Farmers 000110

EXH - 000110 of 000154

Filed          17-CI-003863    08/14/2017       David L. Nicholson, Jefferson Circuit Clerk      NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B) Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

C) "Bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

   2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an insured, or

   3) The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion 3) applies only to "property damage" to such "nuclear facility" and any property thereat.

D) As used in this exclusion:

   1) "Hazardous properties" includes radioactive, toxic or explosive properties.

   2) "Nuclear material" means "source material", "special nuclear material" or "by-product material".

   3) "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

   4) "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

   5) "Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

   6) "Nuclear facility" means:

      a) Any "nuclear reactor";

      b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

      c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

      d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1992, 1993

EXH: 000111 of 000154

Filed          982003 Ed. 1-96    17-CI-003863       David L. Nicholson, Jefferson Circuit Clerk
8/14/2017                                                                                 Farmers 000111

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

## 2.13   Pollution

A) "Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

   1) At or from any premises, site or location which is or was at any time owned or occupied by or rented or loaned to, any insured;

   2) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

   3) Which are or were at any time transported, handled, stored, treated, disposed of or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

   4) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

      a) If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

      b) If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   Subparagraphs A)1) and A)4)a), above, do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

B) Any loss, cost or expense arising out of any:

   1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

   2) "Claim" or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

C) "Bodily injury", "property damage", "personal injury", or "advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

   1) That are, or that are contained in any property that is:

      a) Being transported or towed by, handled, or handled for movement into, onto or from any "auto";

      b) Otherwise in the course of transit by or on behalf of the insured; or

      c) Being stored, disposed of, treated or processed in or upon any "auto";

   2) Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the insured for movement into or onto any "auto"; or

   3) After the "pollutants" or any property in which the "pollutants" are contained are moved from any "auto" to the place where they are finally delivered, disposed of or abandoned by the insured.

EXH-000112 of 000154

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

982003 Ed. 1-96   Includes copyrighted material of Insurance Services Office, Inc., used with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993

8/14/2017                                                                                      Farmers 000112

Filed        17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk        DOCUMENT
08/22/2017 02:53:31 PM
89056

Paragraph C)1), above, does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of any "auto", or its parts, insured by a policy listed in the SCHEDULE OF UNDERLYING INSURANCE, if:

a) The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

b) The "bodily injury", "property damage", "personal injury" or "advertising injury" does not arise out of the operation of any equipment listed in paragraphs F)2) and F)3) of the definition of "mobile equipment".

Paragraphs C)2 and C)3), above, of this exclusion do not apply to accidents that occur away from premises owned by or rented to an insured with respect to "pollutants" not in or upon any "auto" insured by a policy listed in the SCHEDULE OF UNDERLYING INSURANCE, if:

a) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned, or damaged as a result of the maintenance or use of that "auto"; and

b) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

### 2.14   Property Damage

"Property damage" to:

A) Property which is owned by, leased by, rented to or used by you;

B) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

C) Personal property in the care, custody or control of the insured;

D) Property, other than aircraft or watercraft, rented or loaned to you, occupied or used by you or in your care, custody or control to the extent you are obligated by contract to provide insurance for such property;

E) Aircraft or watercraft owned or rented by you or in your care, custody or control; or

F) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations;

G) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it. This paragraph does not apply to "property damage" included in the "products–completed operations hazard";

H) "Your product" arising out of it or any part of it; or

I) "Your work" arising out of it or any part of it and included in the "products–completed operations hazard". This exclusion does not apply if the damaged work or work out of which the damage arises was performed on your behalf by a subcontractor.

Paragraph B) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs A), F) and G) of this exclusion do not apply to liability assumed under a sidetrack agreement.

### 2.15   Racing

"Bodily injury" or "property damage" arising out of the use of any "auto" or "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity. However, this exclusion does not apply to those activities for which coverage is afforded to the insured by a policy listed in the SCHEDULE OF UNDERLYING INSURANCE.

EXH - 000113 of 000154

Filed        17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk
8/14/2017                                                                                      Farmers 000113

982003  Ed.  1–96        Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993

Filed        17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

2.16    **Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

A) "Your product";

B) "Your work"; or

C) "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

2.17    **Uninsured Motorist, No-Fault**

Damages claimed for any loss, cost, or expense under any uninsured motorist, underinsured motorist, automobile no-fault or first party personal injury protection law, or any similar law.

2.18    **War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

2.19    **Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

A) A watercraft that is:

    1) Less than 51 feet long owned by any insured; or

    2) Not owned by any insured;

    but only if the watercraft is not being used to carry persons or property for a charge;

B) A watercraft while ashore on premises you own, rent or occupy;

C) Liability for "bodily injury" to any "employee" of yours arising out of and in the course of employment by you; or

D) Liability assumed under an "insured contract" for the ownership, maintenance or use of watercraft.

2.20    **Workers Compensation and Similar Laws**

Any obligation of the insured under a Workers Compensation, disability benefits, occupational disease or unemployment compensation law or any similar law except this exclusion does not apply to liability assumed by the insured under an "insured contract".

## SECTION 3. WHO IS AN INSURED

3.01    If you are designated on the DECLARATIONS PAGE as:

A) An individual, you and your spouse are an insured, but only with respect to the conduct of a business of which you are the sole owner.

B) A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

C) An organization other than a partnership or joint venture, you are an insured. Your "executive officers" and directors are also insureds, but only with respect to their

EXH - 000114 of 000154

Filed        17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk
982003 Ed. 1-96        Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993
8/14/2017                                                                                    Farmers 000114

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk          DOCUMENT

08/22/2017 02:53:31 PM
89056

duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

3.02   Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or interest which is greater than 50%, will qualify as a NAMED INSURED if there is no other similar insurance available to that organization. However, this coverage part does not apply to:

A)   "Bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

B)   "Personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

3.03   Each of the following is also an insured:

A)   Any person or organization for which you have agreed in a written contract to include as an insured, however:

1)   Only in connection with liability arising out of the operation of your business;

2)   Only to the extent that coverage is afforded to that person or organization by "underlying insurance"; and

3)   Only up to the extent of the limits of liability required by such contract, not to exceed the applicable LIMITS OF INSURANCE of this coverage part.

B)   Any other person or organization that is included as an insured or additional insured under "underlying insurance" is an insured but only to the extent that coverage is afforded to that person or organization by the "underlying insurance".

C)   Any person or organization while acting on your behalf as a real estate manager.

D)   Your "employees", while acting within the scope of their duties as your "employees", except in connection with the ownership, maintenance, operation, use, "loading or unloading" of an "auto", other than one owned by, loaned to, or hired for use by you.

E)   Anyone is an insured while using, with your permission, any "auto" owned, hired or borrowed by you except:

1)   Someone engaged in the business of selling, servicing, repairing, parking or storing "autos" unless you own or operate that business.

2)   The owner of an "auto" you hire or borrow including one of your "employees" or a member of the "employees" household.

F)   Any of your subsidiary companies or any company over which you exercise control and actively manage, but only to the extent that coverage is afforded to the subsidiary or managed company by "underlying insurance".

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a NAMED INSURED on the DECLARATIONS PAGE.

## SECTION 4. COMMERCIAL UMBRELLA CONDITIONS

### 4.01   Appeals

In the event you or your underlying insurer elect not to appeal a judgment in excess of the "retained limit", we may do so at our expense and will be responsible for the taxable costs, disbursements and interest incidental to those items, but in no event will our liability exceed the applicable limit specified in the LIMITS OF INSURANCE on the DECLARATIONS PAGE.

### 4.02   Assignment - Transfer of Your Rights and Duties

Your rights and duties under this coverage part may not be transferred without our written consent except in the case of death of an individual NAMED INSURED.

EXH - 000115 of 000154

Filed          982003 Ed. 1-96          17-CI-003863          Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993          David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                                                    Farmers 000115

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk          NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

### 4.03 Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this coverage part.

### 4.04 Cancellation - Non Renewal

A) The first NAMED INSURED shown on the DECLARATIONS PAGE may cancel this policy by mailing or delivering to us advance written notice of cancellation.

B) We may cancel this policy by mailing or delivering to the first NAMED INSURED written notice of cancellation at least:

   1) 10 days before the effective date of cancellation if we cancel for non-payment of premium; or

   2) 30 days before the effective date of cancellation if we cancel for any other reason.

C) We will mail or deliver our notice to the first NAMED INSURED'S last mailing address known to us.

D) Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

E) If this policy is cancelled, we will send the first NAMED INSURED any premium refund due. If we cancel, the refund will be pro rata. If the first NAMED INSURED cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

F) If we decide not to renew this policy, we will mail or deliver to the first NAMED INSURED shown on the DECLARATIONS PAGE written notice of the non-renewal not less than 30 days before the expiration date.

G) If notice of cancellation or non-renewal is mailed, proof of mailing will be sufficient proof of notice.

### 4.05 Changes

This coverage part contains all the agreements between you and us concerning the insurance afforded. The first NAMED INSURED shown on the DECLARATIONS PAGE is authorized to make changes in the terms of this coverage part with our consent. This coverage part's terms can be amended or waived only by endorsement issued by us and made a part of this coverage part.

### 4.06 Drop Down Over Underlying Insurance Aggregate Reduction Or Exhaustion

If an aggregate limit of insurance of any "underlying insurance" should be reduced or exhausted by reason of payment of damages due to injuries or offenses which occur during the POLICY PERIOD shown in the DECLARATIONS PAGE, then, subject to the applicable limits of insurance of this coverage part:

A) In the event of "underlying insurance" aggregate reduction, this coverage part will drop down and apply in excess of the applicable reduced "underlying insurance" aggregate; or

B) In the event of "underlying insurance" aggregate exhaustion, this coverage part will drop down and apply as "underlying insurance" subject to terms and conditions of this coverage part, for the remainder of the policy period of such "underlying insurance" or the end of this POLICY PERIOD, whichever occurs first.

No "retained limit" will apply.

EXH- 000116 of 000154

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk
982003 Ed. 1-96          Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993
8/14/2017                                                                              Farmers 000116

Filed       17-CI-003863    08/14/2017       David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

4.07    **Duties in the Event of Occurrence, Claim or Suit**

A) You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a "claim". To the extent possible, notice should include:

   1) The insured's name and address;

   2) How, when and where the "occurrence" or offense took place;

   3) The names and addresses of any injured persons and witnesses; and

   4) The nature and location of any injury or damage arising out of the "occurrence" or offense.

B) Notice of an "occurrence" or offense is not notice of a "claim". However, if a "claim" is made or "suit" is brought against any insured you must:

   1) Immediately record the specifics of the "claim" or "suit" and the date received;

   2) Notify us as soon as practicable; and

   3) Provide us with written notice of the "claim" or "suit" as soon as practicable.

C) You and any other involved insured must:

   1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

   2) Authorize us to obtain records and other information;

   3) Cooperate with us in the investigation, settlement or defense of the "claim" or "suit"; and

   4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

D) No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, without our consent.

E) Knowledge of an "occurrence" or offense, "claim" or "suit" by the agent, servant or "employee" of an insured shall not in itself constitute your knowledge unless your officer, manager, or partner has received notice of the "occurrence", offense, "claim", or "suit".

F) Failure by an agent, servant or "employee" of an insured (other than an officer, manager, or partner) to notify us of an "occurrence" or offense will not be considered a failure to comply with paragraphs A) and B) above.

4.08    **Inspections and Surveys**

We have the right but are not obligated to:

A) Make inspections and surveys at any time;

B) Give you reports on the conditions we find; and

C) Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public, and we do not warrant that conditions:

A) Are safe or healthful; or

B) Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

982003 Ed. 1-96          Includes copyrighted material of Insurance Services Office, Inc., with its permission.
                         Copyright, Insurance Services Office, Inc., 1992, 1993

EXH - 000117 of 000154

Filed       17-CI-003863    08/14/2017       David L. Nicholson, Jefferson Circuit Clerk
8/14/2017                                                    Farmers 000117

Filed         17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

4.09 **Legal Action Against Us**

No person or organization has a right under this coverage part:

A) To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

B) To sue us on this coverage part, unless all its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this coverage part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured, and the claimant or the claimant's legal representative.

4.10 **Maintenance of Underlying Insurance**

A) You agree that you will maintain the "underlying insurance" without alteration of terms, limits or conditions in full effect during this POLICY PERIOD, except for any reduction or exhaustion of the aggregate or occurrence limits in the "underlying insurance" as described in Condition 4.06, Drop Down Over Underlying Insurance Aggregate Reduction Or Exhaustion.

B) If any "underlying insurance" is not available or collectible because of:

1) the bankruptcy or insolvency of the underlying insurer(s) providing that "underlying insurance"; or

2) the inability or failure for any other reason of the underlying insurer(s) to comply with any of the obligations of its policy,

then this coverage part will apply (and amounts payable will be determined) as if that "underlying insurance" were available and collectible.

C) Your failure to comply with this condition will not invalidate this coverage part. In the event you fail to comply, we will be liable only to the extent we would have been had you maintained the "underlying insurance".

4.11 **Other Insurance**

If you have collectible insurance available to you covering a loss also covered by this coverage part, the insurance afforded by this coverage part will apply as excess of and not contribute with such other insurance. However, this limitation does not apply to other insurance which is specifically written as excess insurance over the limits afforded by this coverage part.

4.12 **Premiums, Premium Audit, Examination Of Your Books And Records**

A) The first NAMED INSURED shown on the DECLARATIONS PAGE:

1) Is responsible for the payment of all premiums; and

2) Will be the payee for any return premiums we pay.

B) We will compute all premiums for this coverage part in accordance with our rules and rates.

C) The premium on the DECLARATIONS PAGE, if stated as subject to audit, is a deposit premium only. At the close of each audit period we will compute the earned premium for that period.

D) If stated as subject to audit, audit premiums are due and payable on notice to the first NAMED INSURED. If the sum of the POLICY PREMIUM shown on the DECLARATIONS PAGE and the audit premiums paid for the POLICY PERIOD is greater than the earned premium, we will return the excess to the first NAMED INSURED.

E) The first NAMED INSURED must keep records of the information we need for premium computation and send us copies at such times as we may request.

982003 Ed. 1–96     Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993

EXH - 000118 of 000154

Filed         17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                          Farmers 000118

Filed        17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk        DOCUMENT

08/22/2017 02:53:31 PM
89056

    F) We may examine and audit your books and records as they relate to this coverage part at any time during the POLICY PERIOD and up to three years afterward.

### 4.13 Representations

By accepting this policy, you agree:

A) The statements on the DECLARATIONS PAGE are accurate and complete;

B) Those statements are based upon representations you made to us; and

C) We have issued this policy in reliance upon your representations.

### 4.14 Separation of Insureds

Except with respect to the LIMITS OF INSURANCE, and any rights or duties specifically assigned in this coverage part to the first NAMED INSURED, this insurance applies:

A) As if each NAMED INSURED were the only NAMED INSURED; and

B) Separately to each insured against whom "claim" is made or "suit" is brought.

### 4.15 Settlement of Claims or Suits

We may pay, but we are not obligated to pay, any part or all of the "retained limit" which is not covered by "underlying insurance" to effect settlement of any "claim" or "suit". Upon notification of this action, you will promptly reimburse us for the amount of such part of the "retained limit" paid by us.

### 4.16 Transfer of Rights of Recovery Against Others to Us

If any insured has rights to recover all or part of any payment we have made under this coverage part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

Recoveries received will be applied first to reimburse any insured for payment it may have made in excess of the "retained limit" plus the LIMIT OF INSURANCE provided by this coverage part to the extent of such payments. We will be reimbursed next to the extent of our payments under this coverage part. If any balance remains it will be applied to reimburse you or any underlying insurer as your respective interests appear. The expenses of such recovery will be apportioned in the ratio of the respective recoveries. If there is no recovery in proceedings conducted solely by us, the expenses will be borne by us.

### 4.17 Unintentional Errors and Omissions

Any unintentional error or omission in the description of, or failure to describe completely, any premises or operations intended to be covered by this coverage part will not invalidate or affect coverage for those premises or operations. However, you must report such error or omission to us as soon as practicable after its discovery.

## SECTION 5. DEFINITIONS

### 5.01 Advertising Injury

"Advertising injury" means injury arising out of one or more of the following offenses:

A) Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

B) Oral or written publication of material that violates a person's right of privacy;

C) Misappropriation of advertising ideas or style of doing business; or

D) Infringement of copyright, title or slogan.

EXH-000119 of 000154

982003 Ed. 1-96        Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993
Filed        17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                                    Farmers 000119

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

5.02   **Auto**

"Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. "Auto" does not include "mobile equipment".

5.03   **Bodily Injury**

"Bodily injury" means bodily injury, sickness or disease sustained by a person. This includes mental anguish, mental injury, shock, fright or death resulting from bodily injury, sickness or disease.

5.04   **Claim**

"Claim" means a demand upon the insured for damages. "Claim" does not include reports of accidents, acts, errors, "occurrences", offenses or omissions which may give rise to a "claim" under this coverage part.

5.05   **Employee**

"Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

5.06   **Executive Officer**

"Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

5.07   **Impaired Property**

"Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

A)  It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

B)  You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

A)  The repair, replacement, adjustment or removal of "your product" or "your work"; or

B)  Your fulfilling the terms of the contract or agreement.

5.08   **Insured Contract**

"Insured contract" means:

A)  A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

B)  A sidetrack agreement;

C)  Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

D)  An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

E)  An elevator maintenance agreement;

F)  That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph F) does not include that part of any contract or agreement:

1)  That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and

EXH - 000120 of 000154

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk
982003 Ed. 1-96                  Includes copyrighted material of Insurance Services Office, Inc. with its permission.
                                        Copyright, Insurance Services Office, Inc., 1992, 1993
8/14/2017                                                                                            Farmers 000120

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

a) Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in 2) above and supervisory, inspection or engineering services.

**5.09  Leased Worker**

"Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**5.10  Loading or Unloading**

"Loading or unloading" means the handling of property:

A) After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

B) While it is in or on an aircraft, watercraft or "auto"; or

C) While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**5.11  Mobile Equipment**

"Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

A) Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

B) Vehicles maintained for use solely on or next to premises you own or rent;

C) Vehicles that travel on crawler treads;

D) Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

1) Power cranes, shovels, loaders, diggers or drills; or

2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

E) Vehicles not described in A), B), C) or D) above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

1) Air compressors, pumps and generators, including spraying, welding, building clean-ing, geophysical exploration, lighting and well servicing equipment; or

2) Cherry pickers and similar devices used to raise or lower workers;

F) Vehicles not described in A), B), C) or D) above maintained primarily for purposes other than the transportation of persons or cargo.

EXH : 000121 of 000154

982003 Ed. 1-96    Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                        Farmers 000121

Filed          17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk        NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos".

1) Equipment designed primarily for:

   a) Snow removal;

   b) Road maintenance, but not construction or resurfacing;

   c) Street cleaning;

2) Cherry pickers and similar devices mounted on "auto" or truck chassis and used to raise or lower workers; and

3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

### 5.12 Occurrence

"Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

All damages that arise from continuous or repeated exposure to substantially the same general harmful conditions are considered to arise from one "occurrence".

### 5.13 Personal Injury

"Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

A) False arrest, detention or imprisonment;

B) Malicious prosecution;

C) The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

D) Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

E) Oral or written publication of material that violates a person's right of privacy; or

F) Discrimination or humiliation, but only with respect to injury to the feelings or reputation of a natural person.

### 5.14 Pollutants

"Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

### 5.15 Products-Completed Operations Hazard

A) "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

1) Products that are still in your physical possession; or

2) Work that has not yet been completed or abandoned.

B) "Your work" will be deemed completed at the earliest of the following times:

1) When all of the work called for in your contract has been completed.

2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

982003 Ed. 1-96    17-CI-003863   Includes copyrighted material of Insurance Services Office, Inc., with its permission.on, Jefferson Circuit Clerk
Copyright, Insurance Services Office, Inc., 1992, 1993

Filed          17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

8/14/2017

Farmers 000122

EXH - 000122 of 000154

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk
08/22/2017 02:53:31 PM
89056

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

C) This hazard does not include "bodily injury" or "property damage" arising out of:

1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it;

2) The existence of tools, uninstalled equipment or abandoned or unused materials;

3) Products or operations for which the classification in the "underlying insurance" carrier's policy, coverage part, or manual of rules, includes products or completed operations.

## 5.16   Property Damage

"Property damage" means:

A) Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use will be deemed to occur at the time of the physical injury that caused it; or

B) Loss of use of tangible property that is not physically injured. All such loss will be deemed to occur at the time of the "occurrence" that caused it.

## 5.17   Retained Limit

"Retained limit" means:

A) An amount equal to the applicable limit of insurance for "underlying insurance"; or

B) The amount specified in the RETAINED LIMIT (Not Covered by Underlying Insurance) on the DECLARATIONS PAGE applying to damages arising out of any one "occurrence" or offense not covered by "underlying insurance".

## 5.18   Suit

"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

A) An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

B) Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

## 5.19   Temporary Worker

"Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short–term workload conditions.

## 5.20   Underlying Insurance

"Underlying insurance" means:

A) Those policies designated in the SCHEDULE OF UNDERLYING INSURANCE;

B) Any other policies purchased or issued for any newly acquired or formed organization which qualifies as a NAMED INSURED in SECTION 3. WHO IS AN INSURED;

C) Renewals or replacements of the policies in A) and B), above, if renewed or replaced during the POLICY PERIOD of this coverage part; and

D) Any other insurance available to, collectible by or payable on your behalf, except for other insurance which is specifically written as excess insurance over this coverage part.

## 5.21   Your Product

A) "Your product" means:

982003 Ed. 1–96          Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1992, 1993

EXH - 000123 of 000154

Filed          17-CI-003863          08/14/2017          David L. Nicholson, Jefferson Circuit Clerk
8/14/2017                                                                                    Farmers 000123

Filed   17-CI-003863   08/14/2017   David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT

08/22/2017 02:53:31 PM
89056

1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   a) You;

   b) Others trading under your name; or

   c) A person or organization whose business or assets you have acquired; and

2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

B) "Your product" includes:

1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

2) The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

### 5.22 Your Work

A) "Your work" means:

1) Work or operations performed by you or on your behalf; and

2) Materials, parts or equipment furnished in connection with such work or operations.

B) "Your work" includes:

1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

2) The providing of or failure to provide warnings or instructions.

EXH - 000124 of 000154

982003 Ed. 1–96   17-CI-003863   Includes copyrighted material of Insurance Services Office, Inc. with its permission.   David L. Nicholson, Jefferson Circuit Clerk
Copyright, Insurance Services Office, Inc., 1992, 1993

8/14/2017   Farmers 000124

Filed          17-CI-003863   08/14/2017       David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                        08/22/2017 02:53:31 PM
                                                                        89056

# Exclusion – Violation Of Statutes That Govern E-Mails, Fax, Phone Calls Or Other Methods Of Sending Material Or Information



**ZURICH**®

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

COMMERCIAL UMBRELLA LIABILITY COVERAGE PART

The following exclusion is added to **Section 2. Exclusions**:

This insurance does not apply to:

**Distribution of Material in Violation of Statutes**

"Bodily injury", "property damage" or "personal and advertising injury" resulting from or arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**A)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**B)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**C)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

EXH - 000125 of 000154

Filed          17-CI-003863   08/14/2017       David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                              Farmers 000125

Filed          17-CI-003863    08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:31 PM
89056

COMMERCIAL UMBRELLA LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAR EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM**

**A.** Paragraph **2.1 8** under **SECTION 2. EXCLUSIONS** is replaced with the following:

### 2.  EXCLUSIONS

This insurance does not apply to:

**2.1 8   War**

"Bodily injury" or "property damage" arising, directly or indirectly, out of:

(a)  War, including undeclared or civil war; or

(b)  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(c)  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these,

regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

**B.** The following exclusion is added to **SECTIONS 2. EXCLUSIONS:**

### 2.  EXCLUSIONS

This insurance does not apply to:

**War**

"Personal and advertising injury" arising, directly or indirectly, out of:

(a)  War, including undeclared or civil war; or

(b)  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(c)  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these,

regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage.

EXH-I - 000126 of 000154

Includes Copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 2003

Filed          17-CI-003863    08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                                    Farmers 000126

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk DOCUMENT

08/22/2017 02:53:31 PM
89056

COMMERCIAL UMBRELLA LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ALL HAZARDS IN CONNECTION WITH DESIGNATED PREMISES EXCLUSION - AUTOMOBILE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

This insurance does not apply to "bodily injury", "property damage", "personal injury", or "advertising injury" arising out of:

A) The ownership, maintenance or use of the premises shown in the SCHEDULE below, or any property located on these premises;

B) Operations on those premises or elsewhere which are necessary or incidental to the ownership, maintenance or use of those premises; or

C) Goods or products manufactured at or distributed from those premises.

However, this exclusion does not apply to the ownership, maintenance, operation, use, "loading or unloading" of any covered "auto".

### SCHEDULE

**Description and Location of Premises:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

EXH - 000127 of 000154

Filed          17-CI-003863     08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:31 PM
89056

COMMERCIAL UMBRELLA LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AUTOMOBILE LIABILITY
# FOLLOWING FORM ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

With respect to "bodily injury" or "property damage" arising out of the ownership, maintenance, operation, use, "loading or unloading" or entrustment to others of any "auto" owned or operated by or rented or loaned to any insured, the coverage afforded by this insurance is limited to the extent that coverage is provided to the insured by a policy listed in the SCHEDULE OF UNDERLYING INSURANCE.

However, this endorsement does not modify Exclusions 2.13, **Pollution**, or 2.17, **Uninsured Motorist, No-Fault** of this coverage form.

EXH-I - 000128 of 000154

Filed         17-CI-003863   08/14/2017      David L. Nicholson, Jefferson Circuit Clerk DOCUMENT

08/22/2017 02:53:31 PM
89056

COMMERCIAL UMBRELLA LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SILICA OR SILICA MIXED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

The following exclusion is added to **Section 2. Exclusions:**

This insurance does not apply to:

**Silica or Silica Mixed Dust**

A) "Bodily injury", "property damage"  or  "personal and advertising injury" caused directly or indirectly, in whole or in part,  by  the actual, alleged or threatened inhalation, ingestion, absorption, exposure to, existence of or presence of "silica"; or

B) Loss, costs or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, con- taining, treating, detoxifying, neutralizing, remediating or disposing of, or in any manner responding to or assessing the effects of "silica" by any insured or by any other person or entity.

C) For the purposes of this exclusion, the following definition applies:

"Silica" means:

1) Any form of crystalline or non-crystalline (amorphous) silica, silica particles, silica compounds, silica dust or silica mixed or combined with dust or other particles; or

2) Synthetic silica, including precipitated silica, silica gel, pyrogenic or fumed silica or silica-flour.

Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc, with its permission.

F983146 Ed. 06-04

17-CI-003863      08/14/2017       David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                    Farmers 000129

EXH - 000129 of 000154

Filed          17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk DOCUMENT

08/22/2017 02:53:31 PM
89056

# Watercraft Liability Exclusion

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the:

### COMMERCIAL UMBRELLA COVERAGE FORM

**SECTION 2. EXCLUSIONS**, Item **2.19**, **Watercraft**, is replaced by the following:

2.19    **Watercraft**

"Bodily Injury", "property damage", "personal injury" or "advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any watercraft owned or operated by or rented or loaned to any insured.  Use includes operation and "loading or unloading".

EXH - 000130 of 000154

Filed          17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                            Farmers 000130

Filed          17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT

08/22/2017 02:53:31 PM
89056

# Cross Suit or Cross Claim Exclusion

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**COMMERCIAL UMBRELLA COVERAGE FORM**

The following exclusion is added to **SECTION 2. EXCLUSIONS:**

This insurance does not apply to:

**Cross Suits or Cross Claims**

Any "claim" or "suit" for injury or damages by any one insured against any other insureds.

EXH: - 000131 of 000154

983157 09 09
Page 1 of 1

Filed          17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
                                                                              08/22/2017 02:53:31 PM
                                                                              89056

# Mold and Microorganism Exclusion

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**COMMERCIAL UMBRELLA COVERAGE FORM**

The following provisions apply to your policy.

The following exclusion is added to **SECTION 2. EXCLUSIONS:**

This insurance does not apply to:

### Mold and Microorganism

A) "Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of, resulting from, caused by or contributed to, whether directly or indirectly by "mold" or "microorganism", which would not have occurred in whole or in part but for the actual, alleged or threatened inhalation or ingestion of, contact with or exposure to the existence of presence of any "mold or "microorganism";

B) Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, or disposing of, or in any way responding to assessing the effect of "mold" or "microorganism", by any insured or by any other person or entity;

C) Any supervision, instruction, recommendation, warning or advice given or which should have been given in connection with A) or B) above; and

D) Any obligation to share damages with or repay someone else who must pay damages because of injury or damage as described in items A) through C) above.

This exclusion applies regardless of any other cause that contributed concurrently or in any sequence to the injury or damage.

However, this exclusion does not apply to any "mold" or "microorganism" that are on, or are contained in, a good or product intended for consumption.

The following definitions are added to **SECTION 5. DEFINITIONS:**

### Mold

"Mold" means any type or form of fungus, including but not limited to, mildew, mycotoxins, spores, scents or by-products produced or released by "mold".

### Microorganism

"Microorganism" means any organism (animal or plant) of microscopic size, including but not limited to any type or form of bacteria, bacterium, germ, intestinal flora, microbe, pathogen or virus or any part of by-product of any the above.

EXH - 000132 of 000154

Filed          17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                            Farmers 000132

Filed          17-CI-003863     08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:31 PM
89056

# Punitive or Exemplary Damages Exclusion

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**COMMERCIAL UMBRELLA COVERAGE FORM**

The following exclusion is added to **SECTION 2. EXCLUSIONS:**

This insurance does not apply to:

**Punitive or Exemplary Damages**

Punitive or exemplary damages or the cost of defense related to such damages.

EXH - 000133 of 000154

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk          DOCUMENT
                                                                                                      08/22/2017 02:53:31 PM
                                                                                                      89056

# Lead Poisoning and Contamination Exclusion

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**COMMERCIAL UMBRELLA COVERAGE FORM**

The following exclusion is added to **SECTION 2. EXCLUSIONS:**

This insurance does not apply to:

**Lead Poisoning and Contamination**

A) "Bodily injury", "property damage", "personal injury", or "advertising injury" arising out of, resulting from, caused by or contributed to by lead, or any hazardous properties of lead, including, but not limited to, lead poisoning and lead contamination and the threat or fear of lead poisoning or lead contamination.

   Lead poisoning includes, but is not limited to, actual "bodily injury", "property damage", "personal injury" or "advertising injury" resulting from exposure to or ingestion of any nature, cause or duration of lead, or objects or substances comprised of or containing lead.

   Lead contamination includes, but is not limited to, the presence of lead in paint, soil, plants, animals, water, pipes, buildings or structures.

B) Any loss, cost or expense arising out of, resulting from, caused by or contributed to by:

   1) The testing or monitoring for, abatement, mitigation, neutralization, removal or disposal of lead, lead compounds or materials containing lead;

   2) The testing or monitoring for or treatment of lead poisoning or lead contamination in humans or animals;

   3) Any supervision, instructions, recommendations, warnings or advice given, or which should have been given, in connection with lead poisoning or lead contamination; or

   4) Any obligation to share damages with or repay someone else who must pay damages in connection with lead poisoning or lead contamination.

For the purposes of this exclusion, the definitions of "bodily injury" and "personal injury" are amended to include mental injury, anguish, distress or fear of lead poisoning or lead contamination.

For the purposes of this exclusion, the definition of "property damage" is amended to include actual or threatened loss of property value, loss of equity, loss of use, loss of rents or other economic injury caused by lead poisoning or lead contamination.

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                      Farmers 000134

Filed          17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk    DOCUMENT
                                                                                                08/22/2017 02:53:31 PM
                                                                                                89056

# Exclusion – Building Conversions

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**COMMERCIAL UMBRELLA COVERAGE FORM**

A. The following exclusion is added to **SECTION 2. EXCLUSIONS**:

This insurance does not apply to:

### Building Conversions

"Bodily Injury", "Property Damage", "Personal Injury" or "Advertising Injury" resulting from actions or omissions during work performed by any insured or on behalf of any insured by any "contractor" in the course of a "Conversion Project".

This exclusion does not apply to routine maintenance and/or repair work performed by any insured or on behalf of any insured whether during the course of conversion or not, provided such maintenance or repair work is not part of the "Conversion Project" and would have occurred in the absence of such project.

B. **DEFINITIONS**

As used in this endorsement:

1. Condominiums, townhouses, apartments, hotels, motels and/or any multiple use residential or commercial units are defined as any multiple unit building consisting of two or more residential units, whether or not the building is also designed or intended for any commercial use, regardless of the number of developers involved in the project.

2. "Contractor" means any investor, developer, project manager, general contractor, subcontractor or any other person involved in the "Conversion Project" whether that entity or person is an insured or not.

3. "Conversion Project" means a planned action where part or all of an existing structure is being or has been converted into a condominium, townhouse, apartment, hotel, motel or any multiple use residential or commercial building or defined by and subject to the local ordinance in which the property resides.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

983162 09 09

Page 1 of 1

EXH - 000135 of 000154

8/14/2017                                                                        Farmers 000135

Filed        17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk     DOCUMENT

08/22/2017 02:53:31 PM
89056

# Professional Services Exclusion

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**COMMERCIAL UMBRELLA COVERAGE FORM**

The following exclusion is added to **SECTION 2. EXCLUSIONS:**

This insurance does not apply to:

**Professional Services**

Injury or damage arising out of the rendering or failure to render professional services, by any insured, or any person for whose acts or omissions any insured is legally responsible, unless such injury or damage is covered by valid "underlying insurance" scheduled in the Declarations of this policy.

983164 09 09
Page 1 of 1

EXH - 000136 of 000154

Filed       17-CI-003863   08/14/2017       David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

# No Coverage for Certain Computer Related Losses

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**COMMERCIAL UMBRELLA COVERAGE FORM**

With respect to computer related losses, the provisions of the Coverage Form apply unless modified by this endorsement.

The following exclusion is added to **SECTION 2. EXCLUSIONS:**

This insurance does not apply to:

**Computer Related Losses**

A) "Bodily injury", "property damage", "personal injury", or "advertising injury" for which any "insured" may be held liable by reason of:

  1)  The failure or malfunction of:

    a)  Any of the following, whether belonging to "you" or to others:

      i)  Computer hardware;

      ii)  Computer software;

      iii)  Computer operating systems;

      iv)  Computer networks;

      v)  Microprocessors (computer chips);

      vi)  Any other computerized or electronic equipment or components;

      vii)  Any electronic data processing equipment, computer programs and software; or

    b)  Any other products or services that directly or indirectly use or rely upon, in any manner, any of the items listed in paragraph A) 1) of this endorsement due to the inability of those products or services described in paragraph A) 1) to correctly recognize, distinguish, interpret, accept or process any encoded, abbreviated or encrypted date(s) or time(s).

  2)  Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair or supervision done by "you" or for "you" to determine, rectify or test any potential or actual failure or malfunction described in paragraph A) 1) above.

B) Repair or modification of any part of any electronic data processing system or its related equipment to correct deficiencies or features of logic or operation.

EXH - 000137 of 000154

983165 09 09
Page 1 of 1

Filed          17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
                                                                          08/22/2017 02:53:31 PM
                                                                          89056

# Supplementary Payments Amendatory Endorsement

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the:

**COMMERCIAL UMBRELLA COVERAGE FORM**

**SECTION 1. INSURING AGREEMENTS,** is amended
as follows:

Item C) 5) of 1.02 **Defense, Settlement and
Supplementary Payments** is deleted and replaced by
the following:

5) All costs taxed against the insured in the
"suit", exclusive of any opposing party's
attorneys' fees.

EXH - 000138 of 000154

985025 09 09
Page 1 of 1

Filed        17-CI-003863      08/14/2017      David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
08/22/2017 02:53:31 PM
89056

COMMERCIAL UMBRELLA LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# UMBRELLA AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

I.  A) The following replaces the title in **SECTION 2. EXCLUSIONS**, for Advertising Injury, Personal Injury in the TABLE OF CONTENTS:

Personal and Advertising Injury

B) The following replaces the titles in **SECTION 5. DEFINITIONS**, for Advertising Injury and Personal Injury in the TABLE OF CONTENTS:

Personal and Advertising Injury

II. The following replaces paragraphs A)2) and A)3) of **SECTION I. INSURING AGREEMENTS**, Item 1.01, **Coverage:**

A) 2) "Personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed during the POLICY PERIOD.

III. The following replaces Exclusion 2.01, **Advertising Injury, Personal Injury:**

2.01 **Personal and Advertising Injury**

A) "Personal and advertising injury":

1) Committed by, at the direction or with the consent or acquiescence of, the insured with the intention or expectation to inflict "personal and advertising injury";

2) Arising out of publication of material, if done by or at the direction of the insured with knowledge of its falsity;

3) Arising out of publication of material whose first publication took place before the beginning of the POLICY PERIOD;

4) Arising out of a criminal act committed by or at the direction of any insured;

5) Arising out of a violation of an antitrust law;

6) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement; to injury arising out of false arrest, detention or imprisonment, malicious prosecution; or to the wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

provided the contract or agreement is an "insured contract" and the injury is caused by an offense which occurs subsequent to the execution of the contract or agreement;

7) Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

8) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

9) Arising out of the wrong description of the price of goods, products or services stated in your "advertisement"; or

10) Committed by an insured whose business is:

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc., 1994, 1997, 2000

EXH - 000139 of 000154

Filed          17-CI-003863   08/14/2017   David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

a) Advertising, broadcasting, publishing or telecasting;

b) Designing or determing content of web-sites for others; or

c) An Internet search, access, content or service provider.

However, this exclusion does not apply to paragraphs A), B) or C) of "personal and adver-tising injury" under **SECTION 5. DEFINITIONS**. For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecast-ing;

(11) Arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control;

(12) Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copy-right, trade dress or slogan; or

(13) Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential custom-ers.

IV. The following replaces the first paragraph of Item 2.03, **Aircraft Products:**

2.03 **Aircraft Products**

"Bodily injury", "property damage" or "personal and advertising injury" included in the "products-completed operations hazard" that arises out of any aircraft product designed or manufactured by you as an aircraft or for installation in any aircraft. This includes ground support or control equip-ment while used with aircraft.

V. The following replaces paragraph A) of Item 2.04, **Asbestos:**

A) "Bodily injury", "property damage" or "personal and advertising injury" arising out of or relating in any way to asbestos;

VI. The following replaces the lead-in phrase of Item 2.06, **Discrimination, Humiliation:**

"Bodily injury" or "personal and advertising injury" arising out of discrimination or humiliation:

VII. The following replaces the lead-in phrase of Item 2.10, **Fellow Employee Injury:**

Any "employee" as an insured with respect to "bodily injury" or "personal and advertising injury":

VIII. A) The following replaces paragraph A)1) of Item 2.13, **Pollution:**

A) "Bodily injury", "property damage" or "personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

1) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.

However, subparagraph 1) does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

2) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

3) Which are or were at any time transported, handled, stored, treated, disposed of or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

4) At or from any premises, site or location on which any insured or any contractors or subcon-tractors working directly or indirectly on any insured's behalf are performing operations:

a) If the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

EXH - 000140 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc. 1994, 1997, 2000

Filed          17-CI-003863   08/14/2017   David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                                         Farmers 000140

Filed        17-CI-003863    08/14/2017       David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
08/22/2017 02:53:31 PM
89056

    b) If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

Subparagraphs A)1) and A)4)a), above, do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

B) The following replaces the lead–in phrase of paragraph C) of Item 2.13, **Pollution:**

    c) "Bodily injury", "property damage" or "personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

C) The following replaces paragraph C)3)b) of Item 2.13, **Pollution:**

    b) The "bodily injury", "property damage" or "personal and advertising injury" does not arise out of the operation of any equipment listed in paragraphs F)2) and F)3) of the definition of "mobile equipment".

IX. The following replaces paragraph B) of Item 3.02:

B) "Personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

X. The following condition is added to **SECTION 4. COMMERCIAL UMBRELLA CONDITIONS:**

**Two Or More Coverage Forms Or Policies Issued By Us**

If this Commercial Umbrella Coverage Form and any other Umbrella or Excess Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "occurrence", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

XI. Definitions 5.01, **Advertising Injury;** 5.13, **Personal Injury** and 5.16, **Property Damage,** are replaced with the following:

    5.01  **Advertisement**

    "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. . For the purposes of this definition:

    (A) Notices that are published include material placed on the Internet or on similar electronic means of communication; and

    (B) Regarding web–sites, only that part of a web–site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

    5.13  **Personal and Advertising Injury**

    "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    A) False arrest, detention or imprisonment;

    B) Malicious prosecution;

    C) The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    D)–Publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    E) Publication, in any manner, of material that violates a person's right of privacy;

    F) The use of another's advertising idea in your "advertisement"; or

    G) Infringing upon another's copyright, trade dress or slogan in your "advertisement".

    5.16  **Property Damage**

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1994, 1997, 2000

Filed        17-CI-003863    08/14/2017       David L. Nicholson, Jefferson Circuit Clerk

EXH : 000141 of 000154

8/14/2017

Farmers 000141

Filed   17-CI-003863   08/14/2017   David L. Nicholson, Jefferson Circuit Clerk DOCUMENT

08/22/2017 02:53:31 PM
89056

"Property damage" means:

A) Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

B) Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance,   "electronic data" is not tangible property.

As used in this definition, "electronic data" means  information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD–ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

XII. Definition 5.05, **Employee**, is amended to include the following:

If the definition of "employee" has been amended by an endorsement to a policy listed in the SCHEDULE OF UNDERLYING INSURANCE, that definition supersedes the definition of "employee" in this policy.

XIII. The following replaces the first sentence of Item 5.18, **Suit**:

"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged.

EXH- : 000142 of 000154

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright Insurance Services Office, Inc., 1994, 1997, 2000

Filed   17-CI-003863   08/14/2017   David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                          Farmers 000142

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk DOCUMENT

08/22/2017 02:53:31 PM
89056

COMMERCIAL UMBRELLA LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# KENTUCKY AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

The following replaces paragraphs B) and F) of Item 4.04, Cancellation – Non Renewal:

B) 1) If this policy has been in effect for 60 days or less, we may cancel this policy for any reason by mailing or delivering to the first NAMED INSURED written notice of cancellation, stating the reason for cancellation, at least 14 days before the effective date of cancellation.

   2) a) If this policy has been in effect for more than 60 days or is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

      (1) Nonpayment of premium;

      (2) Discovery of fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

      (3) Discovery of willful or reckless acts or omissions on your part which increase any hazard insured against;

      (4) The occurrence of a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued or renewed;

      (5) A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any insured property or the occupancy thereof which substantially increases any hazard insured against;

      (6) We are unable to reinsure any risk covered by the policy; or

      (7) A determination by the commissioner that the continuation of the policy would place us in violation of the Kentucky insurance code or regulations of the commissioner.

   b) If we cancel this policy based on paragraph 2)a) above, we will mail or deliver a written notice of cancellation to the first NAMED INSURED, stating the reason for cancellation, at least:

      (1) 14 days before the effective date of the cancellation, if cancellation is for nonpayment of premium; or

      (2) 75 days before the effective date of the cancellation, if cancellation is for any reason stated in 2)a)(2) through 2)a)(7) above.

F) 1) For the purpose of this Condition:

   a) Any POLICY PERIOD or term of less than 6 months shall be considered to be a POLICY PERIOD or term of six months; and

Page 1 of 2

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1991.

Filed      988017 Ed. 17-96   17-CI-003863   08/14/2017      David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                                Farmers 000143

Filed          17-CI-003863   08/14/2017   David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT

08/22/2017 02:53:31 PM
89056

    b) Any POLICY PERIOD or term of more than 1 year or any policy with no fixed expiration date shall be considered a POLICY PERIOD or term of 1 year.

2) If we elect not to renew this policy, we will mail or deliver written notice of non renewal, stating the reason for non renewal, to the first NAMED INSURED shown on the DECLARATIONS PAGE, at the last mailing address known to us, at least 75 days before the expiration date of the policy period.

3) If notice of non renewal is not provided pursuant to this Condition, coverage under the same terms and conditions shall be deemed to be renewed for the ensuing POLICY PERIOD upon payment of the appropriate premium until you have accepted replacement coverage with another insurer, or until you have agreed to the non renewal.

4) If we mail or deliver a renewal notice to the first NAMED INSURED at least 30 days before the end of the POLICY PERIOD, stating the renewal premium and its due date, the policy will terminate without further notice unless the renewal premium is received by us or our authorized agent by the due date.

5) If this policy terminates because the renewal premium has not been received by the due date, we will, within 15 days, mail or deliver to the first NAMED INSURED at his last known address a notice that the policy was not renewed and the date it was terminated.

6) If notice is mailed, proof of mailing is sufficient proof of notice.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1991

Filed          17-CI-003863   08/14/2017   David L. Nicholson, Jefferson Circuit Clerk

98017 Ed. 1-96

8/14/2017

EXH-I-000144 of 000154

Farmers 000144

Filed        17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk    DOCUMENT

08/22/2017 02:53:31 PM
89056

COMMERCIAL UMBRELLA LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FUNGI OR BACTERIA EXCLUSION ENDORSMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

The following exclusion is added to **Section 2. Exclusions:**

This insurance does not apply to:

**Fungi or Bacteria**

A) "Bodily injury", "property damage" or "personal and advertising injury " caused directly or indirectly by the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any:

1) "Fungi" or "bacteria"; or

2) Substance, vapor or gas produced by or arising out of any "fungi" or "bacteria".

B) Loss, costs or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or "bacteria", by any insured or by any other person or entity.

C) For the purposes of this exclusion, the following definitions are added:

1) "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, "spores", scents or byproducts produced or released by fungi.

2) "Spores" means reproductive bodies produced by or arising out of "fungi".

3) "Bacteria" means any type or form of bacteria and any materials or substances that are produced or released by bacteria.

This exclusion does not apply to any "fungi" or "bacteria" that are, are on, or are contained in, an edible good or edible product intended for human or animal consumption.

EXH - 000145 of 000154

Includes copyrighted material of Insurance Services Office, Inc, with its permission

983109 Ed. 08-04

Filed        17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                            Farmers 000145

Filed        17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                08/22/2017 02:53:31 PM
                                                                89056

COMMERCIAL UMBRELLA LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT - RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE FORM

This insurance does not apply to "bodily injury", "personal injury", or "advertising injury" to:

A) A person arising out of any:

   1) Refusal to employ that person;

   2) Termination of that person's employment; or

   3) Employment—related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

B) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury", "personal injury", or advertising injury" to that person at whom any of the employment—related practices described in Paragraphs 1), 2), or 3) above is directed.

This exclusion applies:

1) Whether the insured may be liable as an employer or in any other capacity; and

2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

EXH : 000146 of 000154

Copyright, ISO Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 2000

983104  Ed. 9-00   17-CI-003863        08/14/2017        David L. Nicholson, Jefferson Circuit Clerk   Page   of 1

Filed          17-CI-003863     08/14/2017          David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                                                    08/22/2017 02:53:31 PM
                                                                                                    89056

COMMERCIAL UMBRELLA LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURING AGREEMENT - KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA COVERAGE FORM

I. Item 1.01, Coverage, is replaced by the following:

1.01 Coverage

A) We will pay on behalf of the insured those sums in excess of the "retained limit" which the insured becomes legally obligated to pay as damages for:

1) "Bodily injury" or "property damage" to which this insurance applies, occurring during the POLICY PERIOD stated on the DECLARATIONS PAGE and caused by an "occurrence";

2) "Personal injury" to which this insurance applies, caused by an offense committed during the POLICY PERIOD  stated on the DECLARATIONS PAGE and arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

3) "Advertising injury" to which this insurance applies, caused by an offense committed during the POLICY PERIOD stated on the DECLARATIONS PAGE and in the course of advertising your goods, products or services.

B) This insurance applies to "bodily injury" and "property damage" only if:

1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the coverage territory;

2) The "bodily injury" or "property damage" occurs during the POLICY PERIOD; and

3) Prior to the POLICY PERIOD, no insured listed under Item 3.01, of SECTION 3. WHO IS AN INSURED and no "employee" authorized by you to give or receive notice of an "occurrence" or "claim", knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the POLICY PERIOD, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the POLICY PERIOD will be deemed to have been known prior to the POLICY PERIOD.

C) "Bodily injury" or "property damage" which occurs during the POLICY PERIOD and was not, prior to the POLICY PERIOD, known to have occurred by any insured listed under Item 3.01, of SECTION 3. WHO IS AN INSURED or any "employee" authorized by you to give or receive notice of an "occurrence" or "claim", includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the POLICY PERIOD.

EXH - 000147 of 000154

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc. 1999.

Filed          17-CI-003863     08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                                              Farmers 000147

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk DOCUMENT

08/22/2017 02:53:31 PM
89056

D)  "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Item 3.01, of SECTION 3. WHO IS AN INSURED or any "employee" authorized by you to give or receive notice of an "occurrence" or "claim":

   1)  Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

   2)  Receives a written or verbal demand or "claim" for damages because of the "bodily injury" or "property damage"; or

   3)  Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

E)  Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

F)  No other obligation or liability to pay sums or perform any act or service is covered unless explicitly provided for under Item 1.02, Defense, Settlement and Supplementary Payments.

EXH - 000148 of 000154

Includes copyrighted material of Insurance Services Office, Inc, with its permission.
Copyright, Insurance Services Office, Inc. 1998.

Filed                David L. Nicholson, Jefferson Circuit Clerk

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk DOCUMENT

08/22/2017 02:53:31 PM
89056

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|----------------|-------|
| D | PAS 05027414 | | 02084218 | | M020317113-001-00001 | NONE |

| BRANCH EASTERN PENNSYL | NEW BUSINESS EFF 12/13/2011 |



**Z ZURICH**

### PRECISION PORTFOLIO POLICY
### FORMS AND ENDORSEMENTS APPLICABLE
### PRECISION AMERICA
### MARYLAND CASUALTY COMPANY

| | FORM NUMBER | | PROP | LIAB | AUTO | UMB | FORM OR ENDORSEMENT NAME |
|---|-------------|------|------|------|------|-----|--------------------------|
| * | 9S5008 | 0300 | X | X | | | SUPPLEMENTAL DECLARATIONS |
| * | 9S1111 | 1108 | X | | | | BUSINESSOWNERS PROPERTY DECLARATIONS |
| * | 9S1112 | 1108 | X | | | | BUSINESSOWNERS PROPERTY SCHEDULE |
| * | E0124-ED1 | 1002 | X | | | | MECHANICAL BREAKDOWN COVERAGE ENDORSEMENT |
| * | E0122-ED3 | 0807 | X | | | | Period of Restoration Redefined |
| * | 9S2354 | 1108 | | X | | | BUSINESSOWNERS LIABILITY DECLARATIONS |
| * | E6289-ED1 | 1207 | X | | | | Business Income and Extra Expense - 18 Months |
| * | 9S2355 | 1108 | | X | | | BUSINESSOWNERS LIABILITY SCHEDULE |
| * | E3335-ED3 | 0602 | | X | | | Apartment Owners Liability Coverage Form |
| * | E0147-ED1 | 0403 | | X | | | WAR LIABILITY EXCLUSION |
| * | E3336-ED2 | 0702 | | X | | | Hired Auto and Non-Owned Auto Liability |
| * | E3424-ED3 | 0302 | X | | | | Apartment Owners Property Coverage Form |
| * | E6097-ED3 | 1205 | X | | | | EXTENDED REPLACEMENT COST ENDORSEMENT COVERAGE A - BUILDING |
| * | E0104-ED1 | 0903 | | X | | | BUSINESS LIABILITY COVERAGE - TENANTS LIABILITY |
| * | E2041-ED1 | 0707 | | X | | | MULTIPLE OR ENHANCED DAMAGES EXCLUSION |

\* These forms are attached. Remaining forms were attached to a previous copy of the policy.

**COMMON**

9S5009 Ed 3-00    INSURED'S COPY    12/14/2011

EXH- 000149 of 000154

Filed 17-CI-003863 08/14/2017 David L. Nicholson, Jefferson Circuit Clerk

8/14/2017    Farmers 000149

Filed          17-CI-003863    08/14/2017        David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
                                                                                        08/22/2017 02:53:31 PM
                                                                                                       89056

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|------------------|-------|
| D | PAS 05027414 | | 02084218 | | M020317113-001-00001 | NONE |

BRANCH   EASTERN PENNSYL                                    NEW BUSINESS EFF 12/13/2011



## PRECISION PORTFOLIO POLICY
## FORMS AND ENDORSEMENTS APPLICABLE
## PRECISION AMERICA
## MARYLAND CASUALTY COMPANY
### (CONTINUED)

| | FORM NUMBER | | PROP | LIAB | AUTO | UMB | FORM OR ENDORSEMENT NAME |
|---|-------------|------|------|------|------|-----|--------------------------|
| * | E4009-ED4 ✓ | 1203 | | X | | | MOLD AND MICROORGANISM EXCLUSION |
| * | J6316-ED1 ✓ | 1106 | X | | | | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| * | E6288-ED2 ✓ | 0909 | | X | | | EXCLUSION – BUILDING CONVERSIONS |
| * | J6347-ED1 ✓ | 0107 | | X | | | EXCLUSION – VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION |
| * | J6353-ED2 ✓ | 0608 | | X | | | CHANGES TO LIMITS OF INSURANCE |
| * | J6829-ED 1 ✓ | 0310 | X | | | | LIMITED COVERAGE FOR FUNGI, WET ROT, DRY ROT AND BACTERIA |
| * | 983109 ✓ | 0804 | | | | X | FUNGI OR BACTERIA EXCLUSION ENDORSEMENT |
| * | E3331-ED3 ✓ | 0807 | | X | | | LIMITATION OF COVERAGE TO DESIGNATED PREMISES |
| * | 983104 ✓ | 0900 | | | | X | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| * | 985021 ✓ | 0300 | | | | X | AMENDMENT OF INSURING AGREEMENT – KNOWN INJURY OR DAMAGE |
| * | 983153 ✓ | 1105 | | | | X | EXCLUSION–VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION |
| * | 982001 ✓ | 0196 | | | | X | COMMERCIAL UMBRELLA DECLARATIONS |
| * | 988017 ✓ | 0196 | | | | X | KENTUCKY AMENDATORY ENDORSEMENT |
| * | 982003 ✓ | 0196 | | | | X | COMMERCIAL UMBRELLA COVERAGE FORM |
| * | 983139 ✓ | 1202 | | | | X | WAR EXCLUSION |

* These forms are attached. Remaining forms were attached to a previous copy of the policy.

**COMMON**

9S5009 Ed 3-00                        INSURED'S COPY                              12/14/2011

EXH : 000150 of 000154

8/14/2017                                                                    Farmers 000150

Filed        17-CI-003863   08/14/2017        David L. Nicholson, Jefferson Circuit Clerk   DOCUMENT
08/22/2017 02:53:31 PM
89056

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|------|---------------|-----|-----------------|-----|----------------|-------|
| D | PAS 05027414 | | 02084218 | | M020317113-001-00001 | NONE |

| BRANCH | EASTERN PENNSYL | | | NEW BUSINESS EFF 12/13/2011 |

### PRECISION PORTFOLIO POLICY
### FORMS AND ENDORSEMENTS APPLICABLE
### PRECISION AMERICA
### MARYLAND CASUALTY COMPANY
### (CONTINUED)

| | FORM NUMBER | | PROP | LIAB | AUTO | UMB | FORM OR ENDORSEMENT NAME |
|---|-------------|---|------|------|------|-----|--------------------------|
| * | 983004 | 0196 | | | | X | ALL HAZARDS IN CONNECTION WITH DESIGNATED PREMISES EXCLUSION – AUTOMOBILE EXCEPTION |
| * | 983146 | 0604 | | | | X | SILICA OR SILICA MIXED DUST EXCLUSION |
| * | 983065 | 0909 | | | | X | WATERCRAFT LIABILITY EXCLUSION |
| * | 983157 | 0909 | | | | X | CROSS SUIT OR CROSS CLAIM EXCLUSION |
| * | 983158 | 0909 | | | | X | MOLD AND MICROORGANISM EXCLUSION |
| * | 983159 | 0909 | | | | X | PUNITIVE OR EXEMPLARY DAMAGES EXCLUSION |
| * | 983160 | 0909 | | | | X | LEAD POISONING AND CONTAMINATION EXCLUSION |
| * | 983162 | 0909 | | | | X | EXCLUSION – BUILDING CONVERSIONS |
| * | 983164 | 0909 | | | | X | PROFESSIONAL SERVICES EXCLUSION |
| * | 983165 | 0909 | | | | X | NO COVERAGE FOR CERTAIN COMPUTER RELATED LOSSES |
| * | 985025 | 0909 | | | | X | SUPPLEMENTARY PAYMENTS AMENDATORY ENDORSEMENT |
| * | 984004 | 0196 | | | | X | AUTOMOBILE LIABILITY FOLLOWING FORM ENDORSEMENT |
| * | 985013 | 0901 | | | | X | UMBRELLA AMENDATORY ENDORSEMENT |

\* These forms are attached. Remaining forms were attached to a previous copy of the policy.

**COMMON**

955009 Ed 3-00

INSURED'S COPY

12/14/2011

EXH - 000151 of 000154

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:31 PM

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT PERIOD |
|------|---------------|-----------------|----------------|--------------|
| D | PAS 05027414 | 02084218 | M020317113-001-00001 | NONE |

BRANCH  ZQ EASTERN PENNSYLVANIA OFFICE                    NEW BUSINESS EFF 12/13/2011



# FORMS AND ENDORSEMENTS APPLICABLE LIST

## MARYLAND CASUALTY COMPANY

| | FORM NUMBER | | FORM OR ENDORSEMENT NAME |
|---|---|---|---|
| | **COMMON** | | |
| * | U-GU-630-C | 12-07 | DISCLOSURE OF IMPORTANT INFORMATION RELATING TO TERRORISM RISK INSURANCE ACT |
| * | U-GU-767-A CW | 01-08 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| * | 9S5087 | 08-08 | NOTICE TO OUR CUSTOMERS VIRTUAL CONSULTING REPORT |
| * | U-GU-753-A CW | 04-07 | SMALL BUSINESS POLICY JACKET |
| * | 9S5217 | 12-09 | POLICY COVER PAGE - MARYLAND CASUALTY COMPANY |
| * | W1013-ED1 | 08-08 | KENTUCKY CHANGES |
| * | E0125-ED1 | 10-02 | LEAD POISONING AND CONTAMINATION EXCLUSION |
| * | U-CL-D-100-A CW | 06-04 | COMMON POLICY DECLARATIONS |
| * | E3015-ED2 | 07-02 | CALCULATION OF PREMIUM |
| * | E3025-ED3 | 07-02 | Apartment Owners Common Policy Conditions |
| * | S9936-ED2 | 05-07 | ASBESTOS AND SILICA EXCLUSION |

*THESE FORMS ARE ATTACHED. REMAINING FORMS WERE ATTACHED TO A PREVIOUS COPY OF THE POLICY.

9C0010 Ed. 06-04                    INSURED'S COPY                    12/14/2011

EXH- 000152 of 000154

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                             Farmers 000152

Filed          17-CI-003863   08/14/2017          David L. Nicholson, Jefferson Circuit Clerk

08/22/2017 02:53:31 PM

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT PERIOD |
|------|---------------|-----------------|-----------------|--------------|
| D | PAS 05027414 | 02084218 | M020317113-001-00001 | NONE |

BRANCH  ZQ EASTERN PENNSYLVANIA OFFICE                          NEW BUSINESS EFF 12/13/2011



# ZURICH

## LIST OF ADDITIONAL FORMS ENCLOSED - NON-POLICY FORMS

## MARYLAND CASUALTY COMPANY

| FORM NUMBER | | FORM DESCRIPTION |
|-------------|------|------------------|
| 9S5001 | 10-92 | PRECISION POLICY MAILING SHEET - AGENT, INSURED AND OTHER RECIPIENTS |
| U-GU-1041-A | 03-11 | ADVISORY NOTICE TO POLICYHOLDERS REGARDING THE U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") REGULATIONS |
| 9C0015 | 01-96 | COMMISSION SCHEDULE |
| 9S5322 | 10-09 | EMPLOYMENT PRACTICES LIABILITY INSURANCE OPT-OUT ACKNOWLEDGEMENT |

12/14/2011                    INSURED'S COPY                    U-CL-103-A CW (06/04)

EXH - 000153 of 000154

Filed          17-CI-003863   08/14/2017      David L. Nicholson, Jefferson Circuit Clerk DOCUMENT
08/22/2017 02:53:31 PM
89056


**The Maryland**®
Commercial Insurance Group

| BILL | POLICY NUMBER | PRODUCER NUMBER | ACCOUNT NUMBER | AUDIT PERIOD |
|------|---------------|-----------------|----------------|--------------|
| D | PAS 05027414 | 02084218 | M020317113-001-00001 | NONE |
| BRANCH   ZQ EASTERN PENNSYLVANIA OFFICE | | | | NEW BUSINESS EFF 12/13/2011 |

## PRECISION AMERICA
## HABITATIONAL PROGRAM - PREFERRED

## COMMISSION SCHEDULE

| LINE OF BUSINESS | COMMISSION |
|------------------|------------|
| Commercial Property and General Liability | 21.0 |
| Commercial Umbrella Coverage Part | 21.0 |

9C0015 Ed. 1-96                    INSURED'S COPY                    12/14/2011

EXH-: 000154 of 000154

Filed          17-CI-003863   08/14/2017      David L. Nicholson, Jefferson Circuit Clerk

8/14/2017                                                          Farmers 000154

**COMMONWEALTH OF KENTUCKY**
**JEFFERSON CIRCUIT COURT**
**DIVISION I**
**CIVIL ACTION NO.: 17-CI-0003863**

*Electronically Filed*

WILLOWBROOK INVESTMENTS, LLC                                        PLAINTIFF

v.

MARYLAND CASUALTY COMPANY, ET AL.                          DEFENDANTS

<u>**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**</u>

---

      Pursuant to the 28 U.S.C. §§ 1332, 1441, and 1446, the Defendants, Maryland Casualty Company, Zurich American Insurance Company, and Farmers Insurance, hereby give notice that they have filed the attached copy of a Notice of Removal of this action in the United States District Court for the Western District of Kentucky at Louisville.[1] This Notice of Removal has been duly filed in the United States District Court.

      Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, the filing of this copy of the Notice of Removal removes this action from the State Court to the United States District Court, and the State Court shall proceed no further herein.

---

[1] Exhibit A, Notice of Removal.

MAZANEC, RASKIN & RYDER CO., LPA

*s/Tia J. Combs*

BARRY M. MILLER
CHRISTINA L. VESSELS
TIA J. COMBS
230 Lexington Green Circle, Suite 605
Lexington, KY 40503
(859) 899-8499
(859) 899-8498 – Fax
bmiller@mrrlaw.com
cvessels@mrrlaw.com
tcombs@mrrlaw.com
*Counsel for Defendant,*
*Maryland Casualty Company, Zurich American*
*Insurance Company, and Farmers Insurance*

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served on August 25, 2017, via First Class US Mail, postage prepaid, upon the following:

F. Larkin Fore, Esq.
Sarah M. Fore, Esq.
Fore, Miller & Schwartz
200 South Fifth Street, Suite 700 N
Louisville, KY 40202
*Counsel for Plaintiff*

*s/Tia J. Combs*
*Counsel for Defendant*

SAEG-17K062/State Court Notice of Removal

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO.: 17-CI-_____**

*Electronically Filed*

WILLOWBROOK INVESTMENTS, LLC                                      PLAINTIFF

v.

MARYLAND CASUALTY COMPANY, ZURICH                         DEFENDANTS
AMERICAN INSURANCE COMPANY, and
FARMERS INSURANCE

<u>NOTICE OF REMOVAL</u>

---

Please take notice the Defendants, Maryland Casualty Company, Zurich American Insurance Company, and Farmers Insurance, have removed this action from the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky at Louisville. Copies of all process, pleadings, and order served on these Defendants are attached hereto and made a part hereof.

<u>GROUNDS FOR REMOVAL</u>

1.      This Court has original jurisdiction over this type of action pursuant to 28 U.S.C. § 1332(a)(1), and the Defendant may therefore remove this action to this Court pursuant to 28 U.S.C. § 1441(a) because the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs and complete diversity of citizenship exists.

2.      The Plaintiff commenced this action in the Jefferson Circuit Court by filing a Complaint on or about July 24, 2017, styled *Willowbrook Investments, LLC v. Maryland Casualty Company, Zurich American Insurance Company, and Farmers Insurance*, Civil Action No. 17-CI-3863.  The Plaintiff's Complaint alleges it is entitled to recover compensatory and punitive

EXHIBIT A

damages and asserts causes of action for alleged unfair claims settlement practices and other bad faith conduct violations of KRS § 304.12-230.

3.      The Plaintiff served a copy of the Complaint upon Zurich American Insurance Company on July 27, 2017, via its statutory agent.  The Plaintiff served a copy of the Complaint upon Farmers Insurance Exchange on August 1, 2017, via its statutory agent.  The Plaintiff served a copy of the Complaint upon Maryland Casualty Company on August 2, 2017, via the Kentucky Secretary of State.  The Defendants filed an Answer to the Plaintiff's Complaint on August 14, 2017.

4.      This Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days of the Defendants' receipt of the Complaint.

5.      Pursuant to L.R. 3.1(b)(4), Jefferson Circuit Court is located within the jury division of the United States District for the Western District of Kentucky at Louisville.

6.      Pursuant to 28 U.S.C. § 1446(a), a copy of  the docket summary and all process, pleadings, and orders served upon the Defendants are attached hereto at Exhibit A.[1]

7.      As required by 28 U.S.C. § 1332(a), the amount in controversy exceeds $75,000.00, exclusive of interest and costs.  In the Complaint, the Plaintiff has requested judgment in the amount of $308,509.54 for "special damages of a liquidated sum," in addition to other amounts for other categories of alleged damages.

8.      As required by 28 U.S.C. § 1332(a)(1), there is diversity of citizenship amongst the parties.

9.      Under 28 U.S.C. § 1332, the Plaintiff is a citizen of Kentucky.

---

[1] Exhibit A, Jefferson Circuit Court Record.

2

10.     Pursuant to *Key Equipment Fin. Inc. v. McCarty Trans., LLC*, No. 08-83, 2008 WL 1868033, at *1 (E.D. Ky. April 24, 2008), limited liability companies are citizens of all states where their members are citizens.  Based on filings made by Willowbrook Investments, LLC with the Kentucky Secretary of State, the members of Willowbrook Investments, LLC are Timothy Mulloy, Mark Pulliam, Renato Larocca, and Robert Ogburn.   Based on filings made by Willowbrook Investments, LLC with the Kentucky Secretary of State, all of these individuals are domiciled in the Commonwealth of Kentucky. Exhibit B.

11.     Pursuant to 28 U.S.C. § 1332, the Defendants are citizens of states other than Kentucky.

12.     Maryland Casualty Company was merged into Zurich American Insurance Company on December 31, 2015.  Zurich American Insurance Company was the surviving entity. In order for diversity of citizenship to exist after two corporations merge, the citizenship of the surviving entity must to be diverse. *Hoefferle Truck Sales, Inc. v. Divco-Wayne Corp.*, 523 F.2d 543, 549 (7th Cir. 1975).  Therefore the citizenship of Maryland Casualty Company is determined by the citizenship of Zurich American Insurance Company.

13.     Zurich American Insurance Company is a citizen of the State of New York, as its principal place of business is in New York and it was incorporated in New York.

14.     There is no such entity as "Farmers Insurance."  To the extent the Plaintiff is referring to "Farmers Insurance Exchange," Farmers Insurance Exchange is a citizen of the State of California, as its principal place of business is in California and it was incorporated in California. To the extent the Plaintiff is referencing "Farmers Insurance Company, Inc.," Farmers Insurance Company, Inc., is a citizen of the State of Kansas, as its principal place of business is in Kansas and it was incorporated in Kansas.

3

15.     By removing this action to this Court, the Defendant does not waive any defenses available to it and expressly reserves the right to assert all such defenses.

16.     All Defendants in this action are represented by undersigned counsel, and pursuant to 28 U.S.C. § 1446(b)(2)(A), undersigned counsel hereby expressly represents and warrants that all Defendants in this action consent to removal.

WHEREFORE, the Defendants, Maryland Casualty Company, Zurich American Insurance Company, and Farmers Insurance, respectfully request this Court assume jurisdiction over the above-captioned case.

MAZANEC, RASKIN & RYDER CO., LPA

*s/Tia J. Combs*
_____
CHRISTINA L. VESSELS
TIA J. COMBS
230 Lexington Green Circle, Suite 605
Lexington, KY 40503
(859) 899-8499
(859) 899-8498 – Fax
bmiller@mrrlaw.com
cvessels@mrrlaw.com
tcombs@mrrlaw.com
*Counsel for Defendant,*
*Maryland Casualty Company, Zurich American*
*Insurance Company, and Farmers Insurance*

4

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and accurate copy of the foregoing was served on August 25,

2017, via First Class US Mail, postage prepaid, upon the following:

F. Larkin Fore, Esq.
Sarah M. Fore, Esq.
Fore, Miller & Schwartz
200 South Fifth Street, Suite 700 N
Louisville, KY 40202
*Counsel for Plaintiff*

*s/Tia J. Combs*
*Counsel for Defendant*

SAEG-17K016/Federal Court Notice of Removal