**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO.: 3:17-CV-522**

*Electronically Filed*

WILLOWBROOK INVESTMENTS, LLC                                          PLAINTIFF

v.

MARYLAND CASUALTY COMPANY,                                            DEFENDANTS
et al.

**NOTICE OF SETTLEMENT**

The Defendants, Maryland Casualty Company, Zurich American Insurance Company, and Farmers Insurance, by counsel, hereby give notice to the Court that the Plaintiff and the Defendants have reached a settlement. The parties will file an Agreed Order of Dismissal as soon as the formal terms are arranged.

                                          MAZANEC, RASKIN & RYDER CO., LPA

                                          *s/Tia J. Combs*
                                          Barry M. Miller, Esq.
                                          Tia J. Combs, Esq.
                                          230 Lexington Green Circle, Suite 605
                                          Lexington, KY 40503
                                          *Counsel for Defendants,*
                                          *Maryland Casualty Company, Zurich American Insurance Company, and Farmers Insurance*

**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was served on August 7, 2018, by the Court's ECF filing system upon all parties of record.

                                          *s/Tia J. Combs*
                                          *Counsel for Defendants*